# APPEARANCE
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

**Instructions** — *See Back/Page 2*
**ADA Notice** — *See Back/Page 2*

### Notice To Self-Represented Parties
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

[ ] *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number
**NNHFA196096801S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

## THEODORA F ANTAR vs. MATTHEW J LODICE

[X] Judicial District  [ ] Housing Session  [ ] Small Claims  [ ] Geographic Area number

Address of Court *(Number, street, town and zip code)*
**235 CHURCH STREET, NEW HAVEN, CT 06510**

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party ... / attorney
*Matthew J Lodice*

Juris number of attorney or firm

Mailing Address ...
*48 Quarry Hill Road*

Post office box

Telephone number *(Area code first)*
*860 518 2788*

City/town *Waterbury*  State *CT*  Zip code *06706*  Fax number  E-mail address

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance.)

[ ] The Plaintiff *(includes the person suing another person).*
[ ] All Plaintiffs.
[ ] The following Plaintiff(s) only:
[X] The Defendant *(includes the person being sued or charged with a crime).*
[ ] The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
[ ] All Defendants.
[ ] The following Defendant(s) only:
[ ] Other *(Specify):*
[X] This is a Family Matters case and my appearance is for: ("x" one or both)
  [ ] matters in the Family Division of the Superior Court  [X] Title IV-D Child Support matters.

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. [ ] This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____ *(Name and Juris Number)*
2. [ ] This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**  [ ] Yes  [ ] No

Signed *(Individual attorney or self-represented party)*
Name of person signing at left *(Print or type)* *Matthew Lodice*
Date signed *11/5/19*

## Certification
I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Judicial District of New Haven
SUPERIOR COURT
FILED
NOV 05 2019
CHIEF CLERK'S OFFICE

Name and address of each party and attorney that copy was mailed or delivered to*

Signed *(Signature of filer)*  Print or type name of person signing  Date signed  Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions** — *See Back/Page 2*
**ADA Notice** — *See Back/Page 2*

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date

Docket number
**NNHFA196096801S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
**THEODORA F ANTAR vs. MATTHEW J LODICE**

☒ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number ___

Address of Court *(Number, street, town and zip code)*
**235 CHURCH STREET, NEW HAVEN, CT 06510**

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney

Theodora Antar

Juris number of attorney or firm

Mailing Address *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*

856 Shagbark drive

Post office box

Telephone number *(Area code first)*
2032738419

City/town   Orange   State CT   Zip code 06477   Fax number *(Area code first)*   E-mail address   theodora.antar@gmail.com

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☒ The Plaintiff *(includes the person suing another person).*
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime).*
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify):* _____
☒ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☒ Title IV-D Child Support matters

Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
2. ☐ This appearance is in addition to an appearance already on file. _____ *(Name and Juris Number)*

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*
▶

Name of person signing at left *(Print or type)*
Theodora Antar

Date signed
11·5·19

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

For Court Use Only
Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
NOV 05 2019
CHIEF CLERK'S OFFICE

Signed *(Signature of filer)*
▶

Print or type name of person signing

Date signed

Telephone number

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**APPEARANCE**
JD-CL-12 Rev. 9-13
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Instructions — See Back/Page 2
ADA Notice — See Back/Page 2

*Notice To Self-Represented Parties*
*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☑ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

Return date

Docket number
NNH-FA19-6096051-S

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

☐ Judicial District   ☐ Housing Session   ☐ Small Claims   ☐ Geographic Area number

Address of Court *(Number, street, town and zip code)*
235 Church St, New Haven CT

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
Theodora Antar

Juris number of attorney or firm

**Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)*
654 Sherpark drive

Post office box

Telephone number *(Area code first)*
2032738419

City/town
Orange

State
CT

Zip code
06477

Fax number *(Area code first)*

E-mail address
theodoraantar@gmail.com

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☑ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify)*: _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
   ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____
   *(Name and Juris Number)*
2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   ☐ Yes   ☐ No

Signed *(Individual attorney or self-represented party)*
▶

Name of person signing at left *(Print or type)*
Theodora Antar

Date signed
3-29-22

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* _____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
Matthew Couloute
48 Quarry Hill Rd, Waterbury, CT

Signed *(Signature of filer)*
▶

Print or type name of person signing
Theodora Antar

Date signed
3/29/22

Telephone number
2032738419

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
MAR 29 2022   4/6
**CHIEF CLERK'S OFFICE**

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**SHORT CALENDAR LIST
CLAIM/RECLAIM**
JD-CL-6   Rev. 10-19
P.B. §§ 11-13, 11-18, 17-31, 17-45, 19-16, 22-2, 25-34, 25a-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Note:** If you are an attorney and the file is electronic, and you are not exempt from
E-filing, do not use this form. Use the 'E-file a reclaim' option in the E-filing system.

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

*Instructions*
1. Use this form for reclaiming motions or for motions that must be claimed by rule.
   Do not file this form with original motions.
2. File the completed form with the clerk of court.
3. Keep a copy for your records.
4. Give a copy to each attorney or self-represented party of record.

Return date
**Oct-07-2019**

Docket number
**NNH-FA-19-6096801-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA F (ST/CT)  v. LODICE, MATTHEW J**

[x] Judicial District   [ ] Housing Session   Address of court *(Number, street, town and zip code)*
**235 CHURCH STREET NEW HAVEN, CT 06510**

The:   [x] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer
[ ] Other *(Specify)*

is claiming or reclaiming the following motion(s) for the **SHORT CALENDAR LIST:**

| Date Motion was filed | Number of Motion *(If known)* | Title of Motion |
|---|---|---|
| MAR 29 2022 | 111.00 | MOTION TO TRANSFER |
| JUN 14 2023 | 114.00 | MOTION TO TRANSFER |
| JUN 14 2023 | 115.00 | MOTION FOR ORDER |
| JUN 14 2023 | 116.00 | MOTION FOR ORDER |
| | | |
| | | |
| | | |
| | | |
| | | |

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on
(date)_____Jun-15-2023_____ to all attorneys and self-represented parties of record and that written consent for electronic delivery was
received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**OFFICE OF CHILD SUPPORT SERVICES A - DEPT OF SOCIAL SERVICES/50 HUMPHREY STREET/NEW HAVEN, CT 06513
GAIL LAWRENCE - AG-COLLECTIONS/CHILD SUP/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶ Lookittstheo | **THEODORA ANTAR** | **Jun-16-2023** |

Mailing address *(Number, street, town, state and zip code)*
**856 SHAGBARK DRIVE ORANGE, CT 06477**

Telephone number
**203-273-8419**

[ ] Superior Court *(Other than Family Support Magistrate Matters)*   [ ] Assigned for Trial   [x] Family Support Magistrate Matters

**Continuation of JDCL6 Reclaim for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCL6)**

**Name and Address at which service was made:**

MATTHEW J LODICE (Self Represented) - 48 QUARRY HILL ROAD WATERBURY, CT 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

JD-FM-148 (IV-D)                                              731274*2 JAN
Page 1 of 2 (Rev. 06-09)                                     Case Type F-85
P.A. 93-187

|                                    |   |                                    |
|------------------------------------|---|------------------------------------|
| COMMISSIONER OF SOCIAL SERVICES    | : | DOCKET NUMBER:                     |
| (THEODORA F ANTAR)                 | : | SUPERIOR COURT                     |
| VS.                                | : | FAMILY SUPPORT MAGISTRATE DIVISION |
|                                    | : | JUDICIAL DISTRICT OF NEW HAVEN     |
|                                    | : | AT NEW HAVEN                       |
| MATTHEW J LODICE                   | : | September 09, 2019                 |

## SUPPORT PETITION

     Pursuant to C.G.S. Secs. 17b-745, 46b-215, and/or 46b-172, the pe-
tioner, on behalf of the State, brings this action against the named
defendant as he/she is the legally liable parent of a child(ren) re-
ceiving child support services from the State.  Attached to this pe-
tition and incorporated by reference is a verified statement of facts
prepared by the petitioner's duly authorized representative which sets
forth the facts upon which this petition is based.
     The petitioner requests that the family support magistrate order the
defendant to provide financial and medical support and maintenance for
such child(ren), including applicable fees, as provided by law.  The
petitioner further requests the enforcement of such orders, as provided
by law, and payment of support to the State for disbursement to the
child(ren)'s custodian and the State, as their interests may appear.


     Petitioner,                    Please Enter the Appearance Of:
     By: William Tong
        Attorney General            _____
                                    GAIL M. LAWRENCE
                                    Assistant Attorney General
                                    Juris No. 401580 (BCSE Juris No. 104016)
                                    55 ELM STREET
                                    HARTFORD, CT 06106

## SUMMONS AND ORDER FOR HEARING AND
## NOTICE TO DEFENDANT

To Any Proper Officer:
     By authority of the State of Connecticut you are hereby commanded to
make service of this Petition, Order and Summons on the above named de-
fendant at the address provided herein by leaving a true and attested copy
in his hands, at his usual place of abode, or with his employer in accor-
dance with C.G.S. Sec. 52-57(f).  SERVICE AND RETURN TO THE CLERK SHALL BE
ACCOMPLISHED NO LATER THAN_____10/15/19_____ (21 days prior to
court date).

To The Above-Named Defendant:
     1.  The State of Connecticut has instituted a support petition action
against you claiming that you are the legally liable parent of the
child(ren) named in these papers.
     2.  You are required to appear in court to raise any defense you may
have to these claims.  If you fail to appear in court for the hearing at
the date, time and place listed below, a judgment and an order for a
capias mittimus may enter in your absence.  YOUR COURT DATE, TIME AND
LOCATION ARE:

___11/5/19_____  ___9:00 am____        235 CHURCH STREET
   COURT DATE         TIME               COURTROOM 3A, NEW HAVEN, CT 06510

____Gail M. Lawrence____  _9-24-19_      ADDRESS OF COURT, ROOM NO.
Commissioner of Superior Court (Date)

JD-FM-148 (IV-D)                                           731274*2 JAN
Page 2 of 2 (Rev. 10-93)
P.A. 93-187

## VERIFIED STATEMENT OF FACTS (SUPPORT)

The individual signing this verified statement of facts states that
he/she is authorized by the Commissioner of Social Services to provide
the Attorney General's Office with the following sworn statements of fact,
based on his/her best information and belief:

1. The Office of Child Support Services, Department of Social
Services, is providing child support services on behalf of the super-
vising relative and child(ren) listed below in No. 2, of the following
type:

    TANF         TANF/FC      X Medicaid       X Non-TANF

2. Support orders are requested for the following CHILD(REN) on whose
behalf child support services are being provided:

Name of Child          Birth Date  Legal Status        Docket Number
ANGELINA LODICE        05-21-19    ACKNOWLEDGED

3. The full name, address and relationship of the DEFENDANT are:

NAME:     MATTHEW J LODICE
ADDRESS:  48 QUARRY HILL RD

          WATERBURY, CT 06706-2836
RELATIONSHIP:  ACKNOWLEDGED FATHER

4. The petitioner has determined the defendant's ability to make child
support and arrearage payments, and the arrearages due, in accordance with
the attached child support guidelines worksheet.

5. No order of judgment has been entered requiring such payments, and
no proceeding has been brought or is pending seeking such payments.

6. The defendant has refused or neglected to support the child(ren)
as provided by law and the Department of Social Services has request-
ed that the Attorney General's Office institute support petition proceed-
ings in order to establish financial and medical support obligations.

Dated at _New Haven_____ , Connecticut _September 9_ , 20_19_.

                                    _Janet Nied_
                                    Investigator/~~Supervisor~~
                                    Department of Social Services

Personally appeared, _Janet Niederhauser_ , Investigator/~~Supervisor~~,
Department of Social Services, who being duly sworn, made oath that the
facts stated in the foregoing verified statement of facts are true.

                                    ~~Commissioner of Superior Court~~
                                    Notary Public (MCE  5-31-2y
                                    ~~BCSE Investigator~~

**NOTICE OF AUTOMATIC ORDERS**
**Petition for Child Support**
JD-FM-210  Rev. 1-12
P.B. §§ 25-5A, 25a-7

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



*Attach this notice to a petition for child support to be served on the respondent (delivered to the respondent by an authorized person).*

The following automatic orders apply to both parties in this case unless there is already an order of the judicial authority that is different than these orders.

The automatic orders apply to the petitioner or the applicant when the attached document is signed.

The automatic orders apply to the respondent when a copy of the attached document and this notice are served on the respondent.

The automatic orders stay in effect during the case unless the order is changed, modified or terminated by the judicial authority based on a motion of the petitioner or the applicant or a motion of the respondent.

**Order:**

**The applicant and the respondent must not take each other off any existing medical, hospital, or dental insurance policy and must not let any of those insurance policies lapse (end).**

**The applicant and the respondent must not take children who are involved in the complaint, petition or application off any existing medical, hospital, or dental insurance policy and they must not let any of those policies lapse (end).**

**By Order of the Judicial Authority**

**If you do not follow or obey these orders you may be punished by contempt of court. If you object to these orders or would like to have them changed or modified while your case is pending, you have the right to a hearing by a judicial authority within a reasonable time.**

---

**ADA Notice**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

731274*2

F00179                                                                731274*2 JAN
(Rev. 7/09)

STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL SERVICES
OFFICE OF CHILD SUPPORT SERVICES

DOCKET NUMBER:

COMMISSIONER OF SOCIAL SERVICES    : SUPERIOR COURT
(THEODORA F ANTAR)                 : FAMILY SUPPORT MAGISTRATE DIVISION
        VS.                        : JUDICIAL DISTRICT OF NEW HAVEN
MATTHEW J LODICE                   : AT  NEW HAVEN

RETURN OF SERVICE - SUPPORT PETITION

     This is to certify that, by virtue of the foregoing order and summons,
I left a true and attested copy of the foregoing petition, order and
summons

        [    ] with and in the hands
        [ ✗ ] at the usual place of abode
        [    ] by delivery to the employer

of MATTHEW J LODICE at _48 Quarry Hill Rd., Waterbury, Ct  06706_
_____ on _October 1, 2019._

Remarks: _Abode verified by U.S. Postal Service and defendant's employer at_
_the above address_

     The within and foregoing is the original petition, order and
summons.

     Dated at _Waterbury_, Connecticut, this _1st_
day of _October_, 20_19_.

                         ATTEST: _Karl J. Blank_
                                 BCSE Investigator.
                                 Other Officer: _____

COPY_____

ENDORSEMENT_____

SERVICE_____

TRAVEL_____

TOTAL_____

**AFFIDAVIT CONCERNING MILITARY SERVICE**

JD-FM-178 Rev. 11-11
P.B. § 17-21

**STATE OF CONNECTICUT
SUPERIOR COURT**

Court Use Only

AE



### Instructions

*Anyone who knows the military status of the defendant may complete the form below. You must swear that your statement is true and sign it in front of a court clerk, a notary public, or an attorney who will also sign and date the affidavit. Make one copy for yourself and give the original to the court clerk.*

*Explanation: A military service affidavit is required in every case where the defendant has not filed an Appearance form with the court clerk's office by the time of the court hearing. The purpose is to protect men and women serving in the U.S. military from getting a court judgment against them without first receiving notice of the lawsuit and a chance to defend the case. The affidavit gives the court the necessary facts to find that the defendant is not in the U.S military.*

| Judicial District of **NEW HAVEN** | At *(Town)* **NEW HAVEN** | Return date *(Month, day, year)* | Docket number **NNHFA196096801S** |
|---|---|---|---|

| Plaintiff's name *(Last, first, middle initial)* **ANTAR, THEODORA F** | Defendant's name *(Last, first, middle initial)* **LODICE, MATTHEW J** |
|---|---|

I certify that the following is true *(check all that apply and complete)*:

☐ 1. The defendant is in the U.S. Military.

☒ 2. The defendant is not in the U.S. Military. I know this because:

    ☐ the defendant is working at _____

    ☐ the defendant currently lives at _____

    ☐ the defendant is _____ years old.

    ☒ other *(state reasons)*   Department of Defense states the Defendant is not in the military.

    _____

    _____

    _____

☐ 3. I do not know whether the defendant is in the U.S. military service.

| Signature | Print name **JANET S NIEDERHAUSER** |
|---|---|

| Signed and sworn to before me *(Assistant Clerk/Notary Public/Commissioner of Superior Court)* | At *(Town, State)* *New Haven, CT* | Date signed *10/28/19* |
|---|---|---|

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

Department of Defense Manpower Data Center

Results as of : Oct-28-2019 09:30:28 AM

SCRA 5.1



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2874 |
| Birth Date: | May-XX-1983 |
| Last Name: | LODICE |
| First Name: | MATTHEW |
| Middle Name: | J |
| Status As Of: | Oct-28-2019 |
| Certificate ID: | 7RS42YNFR2PV60Z |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individual's active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days· preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 6-16

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |



| **ADA NOTICE** |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA* |

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of paternity, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | | **NNHFA196096801S** |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| --- | --- | --- | --- |
| | **Yes** | **No** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **Yes** | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **MATTHEW J LODICE** | **Yes** | | | |

| **Case Description** | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | **Support** | | **petition for support** | **100.30** |
| | Type of Judgment | | Type of service | |
| | **Support (JDGSPT)** | | **10-1-2019 Abode** | |

| **Children** *(if paternity action, fill in date of birth)* | Name | D.O.B. *(If paternity action)* | Name | D.O.B. *(If paternity action)* |
| --- | --- | --- | --- | --- |
| | 1. **Angelina Lodice** | **05-21-2019** | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| **Order** | |
| --- | --- |
| **Additional Orders** | **The Court finds a duty and obligation to support the minor child. AG's office requests a copy of the transcript from 11-5-2019 to be ready for 12-02-2019 hearing** |
| **Continuance** | CONTINUED TO 12-2-2019 2pm |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **DONALD RENE GREEN, F.S.M.** | **Michael Imme (By the Clerk 089998)** | **11/5/2019** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

COURT ORDER -
FAMILY SUPPORT MAGISTRATE
JD-FM-170 Rev. 6-16

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| Court Use Only |
| --- |
| **JDFM170** |



**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of paternity, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | Docket number |
| --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | **NNHFA196096801S** |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| --- | --- | --- | --- |
| | **Yes** | **No** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **Yes** | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **MATTHEW J LODICE** | **Yes** | | | |

| Case Description | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | **Support** | | **petition for support** | **100.30** |
| | Type of Judgment | | Type of service | |
| | **Support (JDGSPT)** | | **10-1-2019 Abode** | |

| Children *(if paternity action, fill in date of birth)* | Name | D.O.B. *(If paternity action)* | Name | D.O.B. *(If paternity action)* |
| --- | --- | --- | --- | --- |
| | 1. **Angelina Lodice** | **05-21-2019** | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| Order | | | |
| --- | --- | --- | --- |
| Additional Orders | **The Court finds a duty and obligation to support the minor child. AG' s office requests a copy of the transcript from 11-5-2019 to be ready for 12-02-2019 hearing** | | |
| Continuance | CONTINUED TO 12-2-2019 2pm | | |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **DONALD RENE GREEN, F.S.M.** | **Michael Imme (By the Clerk 089998)** | **11/5/2019** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT  New 1-14
P.B. §§ 25-30, 25a-15

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| **FINAFFS** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Instructions

*Use this short version if your **gross annual income** is less than $75,000 (see Section I. Income) and your **total net assets** are less than $75,000 (see Section IV. Assets). Otherwise, use the long version, form JD-FM-6-LONG.*

Docket number
**NNHFA196096801S**

| For the Judicial District of | At (Address of Court) |
| --- | --- |
| NEW HAVEN | 235 CHURCH STREET, NEW HAVEN, CT 06510 |

Name of case
THEODORA F ANTAR        MATTHEW J LODICE

Name of affiant *(Person submitting this form)*

☐ Plaintiff    ☐ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

*Judicial District of New Haven*
**SUPERIOR COURT**
**FILED**

**NOV 0 5 2019**

~~CHIEF CLERK'S OFFICE~~

## I. Income

### 1) Gross Weekly Income/Monies and Benefits From All Sources

Computed based on year-to-date, but no less than the last 13 weeks.  If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain:

Paid:  ☐ Weekly   ☐ Bi-weekly   ☐ Monthly   ☐ Semi-monthly   ☒ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
| --- | --- |
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

| (a) | Employer(s) | Address(es) | | Base Pay: |
| --- | --- | --- | --- | --- |
| Job 1 | Self employed | | ☐ Salary ☐ Wages | $ 13,258 |
| Job 2 | | | ☐ Salary ☐ Wages | $ |
| Job 3 | | | ☐ Salary ☐ Wages | $ |

**Total of base pay from salary and wages of all jobs** .......................... $

| | | | | |
| --- | --- | --- | --- | --- |
| (b) Overtime ......................... | $ | (j) Child Support *(Actually received)* ........... | $ |
| (c) Self-employment ................................. | $ | (k) Alimony *(Actually received)* .................. | $ |
| (d) Tips ................................................. | $ | (l) Rental and income producing property.... | $ |
| (e) Social Security ..................................... | $ | (m) Contributions from household member(s) | $ |
| (f) Disability............................................. | $ | (n) Cash income.......................................... | $ |
| (g) Unemployment ..................................... | $ | (o) Veterans Benefits ................................. | $ |
| (h) Worker's compensation .......................... | $ | (p) Other: | $ |
| (i) Public Assistance *(Welfare, TFA payments)* | $ | | |

**(q) Total Gross Weekly Income/Monies and Benefits From All Sources** *(Add items a through p)*  $ 13,258

Hours worked per week _____
Gross yearly income from prior tax year. Provide amount of income, not copies of forms ............................... $

List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

(Page 1 of 4)

731274*2 JAN

**2) Mandatory Deductions**  *(If consistent deductions don't occur every pay check **provide average amounts**.)*

|  | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ___ exemptions)* | $_____ | $_____ | $_____ | $_____ |
| (2) Social Security or Mandatory Retirement | $_____ | $_____ | $_____ | $_____ |
| (3) State income tax deductions *(claiming ___ exemptions)* | $_____ | $_____ | $_____ | $_____ |
| (4) Medicare | $_____ | $_____ | $_____ | $_____ |
| (5) Health insurance | $_____ | $_____ | $_____ | $_____ |
| (6) Union dues | $_____ | $_____ | $_____ | $_____ |
| (7) Prior court order — child support or alimony | $_____ | $_____ | $_____ | $_____ |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $_____ | $_____ | $_____ | $_____ |

**3) Net Weekly Income**................................................................................................ $_____

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

Home:

Rent or Mortgage *(Principal, Interest — Real Estate Taxes and Insurance if escrowed)*  ☐ $_____     Property taxes and assessments ........... ☐ $_____

Utilities:

Oil ................................................. ☐ $_____     Telephone/Cell/Internet........................... ☐ $_____

Electricity ..................................... ☐ $_____     Trash Collection ..................................... ☐ $_____

Gas ............................................... ☐ $_____     T.V./Internet........................................... ☐ $_____

Water and Sewer............................ ☐ $_____

Groceries *(after food stamps):* Including household supplies, formula, diapers .......................... ☐ $_____

Transportation:

Gas/Oil .......................................... ☐ $_____     Auto Loan or Lease ................................ ☐ $_____

Repairs/Maintenance ..................... ☐ $_____     Public Transportation.............................. ☐ $_____

Automobile Insurance/Tax/Registration ... ☐ $_____

Insurance Premiums:

Medical/Dental *(Out-of-pocket expense after Health Savings Account/Plan)*....... ☐ $_____     Life ...................................................... ☐ $_____

Uninsured Medical/Dental not paid by insurance  ............................................................. ☐ $_____

Clothing .......................................................................................................................... ☐ $_____

Child(ren):

Child Support of this case ..................... ☐ $ *157*     Child Care Expense *(after deductions, credits and subsidies)*............................ ☐ $_____

Child Support of other children other than this case *(attach a copy of the order)* ... ☐ $_____     Child(ren)'s activities *(e.g., lessons, sports, etc.)* ................................................. ☐ $_____

Alimony: Payable to this spouse ........... ☐ $_____     Alimony: Payable to another spouse ....... ☐ $_____

Extraordinary travel expenses for visitation with child(ren) ............................................. ☐ $_____

Other *(Specify)*: _____ ☐ $_____

**Total Weekly Expenses Not Deducted From Pay** ......................................................... $_____

## III. Liabilities *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred/ Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
| ☐ Sole  ☐ Joint | $ | | | $ |
| ☐ Sole  ☐ Joint | $ | | | $ |

| | | | | | |
|---|---|---|---|---|---|
| | ☐ Sole | ☐ Joint | $ | | $ |
| | ☐ Sole | ☐ Joint | $ | | $ |
| | ☐ Sole | ☐ Joint | $ | | $ |
| **(A). Total Liabilities**  *(Total Balance Due on Debts)*................................. | | | $ | | |
| **(B). Total Weekly Liabilities Expense**  ....................................................... | | | | | $ |

## IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

### A. Real Estate *(including time share)*

| Address | Ownership S | JTS | JTO | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity (d = a minus (b + c)) | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| Home | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| Other | | | | | | | | |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| **Total Net Value of Real Estate:** | | | | | | | | $ |

### B. Motor Vehicles

| Year | Make | Model | Ownership S | JTS | JTO | a. Value | b. Loan Balance | c. Equity (c = a minus b) | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |
| 2: | | | ☐ | ☐ | ☐ | $ | $ | $ | $ |
| **Total Net Value of Motor Vehicles:** | | | | | | | | | $ |

### C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| Institution | Account Number *(last 4 numbers only)* | Ownership S | JTS | JTO | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|
| Checking | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| Savings | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| Other | | | | | | |
| | | ☐ | ☐ | ☐ | $ | $ |
| **Total Net Value of Bank Accounts:** | | | | | | $ |

### D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ |
| | | | $ |
| **Total Net Value of Stocks, Bonds, Mutual Funds:** | | | $ |

### E. Insurance *(exclude children) D = Disability    L = Life*

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |
| **Total Net Value of Insurance:** | | | | | | $ |

### F. Retirement Plans *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | Current Balance/ Value |
|---|---|---|---|---|---|
| | | | | ☐ Yes  ☐ No | $ |
| | | | | ☐ Yes  ☐ No | $ |
| **Total Net Value of Retirement Plans:** | | | | | $ |

### G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | Value |
|---|---|---|
| | % | $ |
| **Total Net Value of Business Interest/Self-Employment:** | | $ |

## H. Other Assets

| Name of Asset | Current Balance/ Value | Name of Asset | Current Balance/ Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | **Total Net Value of Other Assets:** | $ |

**I. Total Net Value All Assets** *(add items A through H)*............................................................................. | $

# V. Child(ren)'s Assets

*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number *(last 4 numbers only)* | Listed Beneficiary | Person Who Controls the Account *(Fiduciary)* | Current Balance/ Value |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | **Total Net Value of Child(ren)'s Assets:** | $ |

# VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| | |

Do you or any member of your family have HUSKY Health Insurance Coverage?  ☐ Yes  ☐ No  ☐ I Don't Know
If Yes, whom?

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

## Summary *(Use the amounts shown in Sections I. through IV.)*

**Total Net Weekly Income** *(See Section I. 3)* ....................................................... $_____

**Total Weekly Expenses and Liabilities** *(Total From Section II. + III.(B))* ................ $_____

**Total Cash Value of Assets** *(See Section IV. I.)* ................................................. $_____

**Total Liabilities** *(Total Balance Due on Debts)(See Section III. (A))* ..................... $_____

## Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

I, _Matthew Lodice_ the ☐ Plaintiff ☒ Defendant herein, residing at _48 Quarry hill Road_ , telephone number _860 5183389_ , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed *(Affiant)* | | Date signed 11/5/19 |
|---|---|---|
| Signed *(Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes)* | Print name and title of person signing at left | Date signed |

**FINANCIAL AFFIDAVIT**
JD-FM-6-SHORT  New 1-14
P.B. §§ 25-30, 25a-15

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
|---|
| **FINAFFS** |

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ca.gov/ADA*.

## Instructions

*Use this short version if your **gross annual income is less than $75,000** (see Section I. Income) and your **total net assets are less than $75,000**. Otherwise, use the long version, form JD-FM-6-LONG.*

Docket number

| For the Judicial District of | At (Address of Court) |
|---|---|
| NEW HAVEN | 235 CHURCH STREET, NEW HAVEN, CT 06510 |

Name of case
THEODORA F ANTAR          MATTHEW J LODICE

Name of affiant *(Person submitting this form)*
X Theodora Antar                    ☒ Plaintiff   ☐ Defendant

## Certification

I understand that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

## I. Income

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

NOV 05 2015

**CHIEF CLERK'S OFFICE**

**1) Gross Weekly Income/Monies and Benefits From All Sources**

Computed based on year-to-date, but no less than the last 13 weeks.  If computation is based on less than 13 weeks or if your computations are not reflective of current wages, explain:

Paid:  ☒ Weekly   ☐ Bi-weekly   ☐ Monthly   ☐ Semi-monthly   ☒ Annually

If income is not paid weekly, adjust the rate of pay to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

(a)

| | Employer(s) | Address(es) | | Base Pay: |
|---|---|---|---|---|
| Job 1 | Casanova Remodeling | PO BOX 283, Plymouth | ☐ Salary ☒ Wages | $ 502/week |
| Job 2 | | | ☐ Salary ☐ Wages | $ |
| Job 3 | | | ☐ Salary ☐ Wages | $ |

**Total of base pay from salary and wages of all jobs**.............................. $ 502/week

| | | | | | | |
|---|---|---|---|---|---|---|
| (b) | Overtime ......................... | $ 0 | (j) | Child Support *(Actually received)*........... | $ | 87/week |
| (c) | Self-employment................... | $ 0 | (k) | Alimony *(Actually received)* ................... | $ 0 |
| (d) | Tips............................... | $ 0 | (l) | Rental and income producing property.... | $ 0 |
| (e) | Social Security.................... | $ 0 | (m) | Contributions from household member(s) | $ 0 |
| (f) | Disability......................... | $ 0 | (n) | Cash income........................... | $ 0 |
| (g) | Unemployment ..................... | $ 0 | (o) | Veterans Benefits ..................... | $ 0 |
| (h) | Worker's compensation ............. | $ 0 | (p) | Other: _____ | $ |
| (i) | Public Assistance *(Welfare, TFA payments)* | $ 0 | | | |

**(q)  Total Gross Weekly Income/Monies and Benefits From All Sources** *(Add items a through p)*        $ 589

Hours worked per week  40

Gross yearly income from prior tax year. Provide amount of income, not copies of forms ............................... $ 26,112

List here and explain any other income including but not limited to: non-reported income; and support provided by relatives, friends, and others:

N/a

(Page 1 of 4)

731274*2 DKD

**2) Mandatory Deductions**  *(If consistent deductions don't occur every pay check **provide average amounts**.)*

| | Job 1 | Job 2 | Job 3 | Totals |
|---|---|---|---|---|
| (1) Federal income tax deductions *(claiming ___ exemptions)* | $ | $ | $ | $ |
| (2) Social Security or Mandatory Retirement | $ | $ | $ | $ |
| (3) State income tax deductions *(claiming ___ exemptions)* | $ | $ | $ | $ |
| (4) Medicare | $ | $ | $ | $ |
| (5) Health insurance | $ | $ | $ | $ |
| (6) Union dues | $ | $ | $ | $ |
| (7) Prior court order — child support or alimony | $ | $ | $ | $ |
| **(8) Total Mandatory Deductions** *(add items 1 through 7)* | $ | $ | $ | $ |

**3) Net Weekly Income** ............................................................. $509

Subtract the Total Mandatory Deductions [see item I., 2), (8)] from the Total Gross Weekly Income/Monies and Benefits From All Sources [see item I., 1), q) ]

## II. Weekly Expenses Not Deducted From Pay

If expenses are not paid weekly, adjust the rate of payment to weekly as follows:

| Bi-weekly → divide by 2 | Semi-monthly → multiply by 2, multiply by 12, divide by 52 |
|---|---|
| Monthly → multiply by 12, divide by 52 | Annually → divide by 52 |

Insert an ("x") in the box if you are **not** currently paying the expense, or if someone else is paying the expense.

Home:

Rent or Mortgage *(Principal, Interest, Real Estate Taxes and Insurance if escrowed)* ☒ $ 455.77    Property taxes and assessments ........... ☒ $ 115.39

Utilities:

Oil ........................... ☒ $ 69.23    Telephone/Cell/Internet ........................... ☒ $ 32.65
Electricity ............... ☒ $ 57.70    Trash Collection ........................... ☒ $ 24.54
Gas ......................... ☒ $ 30.00    T.V./Internet ........................... ☒ $ 9.23
Water and Sewer ... ☒ $ 10.00

Groceries *(after food stamps):* Including household supplies, formula, diapers ......... ☒ $ 200.00

Transportation:

Gas/Oil ................... ☒ $ 100.00    Auto Loan or Lease ........................... ☒ $ 90.00
Repairs/Maintenance ......... ☒ $ 38.46    Public Transportation ........................... ☒ $ 0
Automobile Insurance/Tax/Registration ... ☒ $ 100.00

Insurance Premiums:

Medical/Dental *(Out-of-pocket expense after Health Savings Account/Plan)* ☒ $ 0    Life ........................... ☒ $ 0

Uninsured Medical/Dental not paid by insurance ........................... ☒ $ 200.00
Clothing ........................... ☒ $ 30.00

Child(ren):

Child Support of this case ............ ☐ $ 0    Child Care Expense *(after deductions, credits and subsidies)* ........................... ☒ $ 237.02
Child Support of other children other than this case *(attach a copy of the order)* ... ☐ $ 0    Child(ren)'s activities *(e.g., lessons, sports, etc.)* ........................... ☒ $ 46.15
Alimony: Payable to this spouse ......... ☐ $ 0    Alimony: Payable to another spouse ... ☐ $ 0
Extraordinary travel expenses for visitation with child(ren) ........................... ☐ $ 0
Other *(Specify):* ........................... ☐ $

**Total Weekly Expenses Not Deducted From Pay** ........................... $ 1840.14

## III. Liabilities  *(Debts)*

Do not include expenses listed above. Do not include mortgage current principal balance or loan balances that are listed under "Assets."

| Creditor Name /Type of Debt | | Balance Due | Date Debt Incurred/ Revolving | Weekly Payment |
|---|---|---|---|---|
| Credit Card, Consumer, Tax, Health Care, Other Debt | | | | |
| Student loans | ☒ Sole ☐ Joint | $ 20,068 | 2009-2014 | $ 92.31 |
| Credit cards | ☒ Sole ☐ Joint | $ 32,311.76 | 2009-Present | $ 463.84 |

| | | | | | |
|---|---|---|---|---|---|
| | ☐ Sole | ☐ Joint | $ | | $ |
| | ☐ Sole | ☐ Joint | $ | | $ |
| | ☐ Sole | ☐ Joint | $ | | $ |

**(A). Total Liabilities**  *(Total Balance Due on Debts)*................. $ *62,379.76*

**(B). Total Weekly Liabilities Expense** ................................................. $ *556.15*

## IV. Assets

*Note: Under "Ownership" indicate S for sole, JTS for joint with spouse, and JTO for joint with other.*
*You must complete the last column to the right "Value of Your Interest" in each applicable section.*

### A. Real Estate *(including time share)*

| Address | Ownership S | JTS | JTO | a. Fair Market Value *(Estimate)* | b. Mortgage Current Principal Balance | c. Equity Line of Credit and Other Liens | d. Equity *(d = a minus (b + c))* | e. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|
| Home | ☒ | ☐ | ☐ | $ *260,000* | $ *269,000* | $ *0* | $ *-9000* | $ *0* |
| Other | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |
| | ☐ | ☐ | ☐ | $ | $ | $ | $ | $ |

**Total Net Value of Real Estate:** $ *-9000.00*

### B. Motor Vehicles

| Year | Make | Model | Ownership S | JTS | JTO | a. Value | b. Loan Balance | c. Equity *(c = a minus b)* | d. Value of Your Interest |
|---|---|---|---|---|---|---|---|---|---|
| 1: *2016* | *Acura* | *MDX* | ☒ | ☐ | ☐ | $ *15,000* | $ *30,000* | $ *-15,000* | *0* |
| 2: | | | ☐ | ☐ | ☐ | $ | $ | $ | |

**Total Net Value of Motor Vehicles:** $ *-15,000*

### C. Bank Accounts

Do not include custodial accounts or child(ren)'s assets — complete Section V. below.

| | Institution | Account Number *(last 4 numbers only)* | Ownership S | JTS | JTO | Current Balance/ Value | Value of Your Interest |
|---|---|---|---|---|---|---|---|
| Checking | *Wells Fargo* | | ☒ | ☐ | ☐ | $ *100.00* | $ *0* |
| Savings | *Chase Bank* | | ☒ | ☐ | ☐ | $ *1100.00* | $ *0* |
| Other | *Chase Checking Act* | | ☒ | ☐ | ☐ | $ *350.00* | $ *0* |

**Total Net Value of Bank Accounts:** $ *1550.00*

### D. Stocks, Bonds, Mutual Funds

| Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|
| | | | $ *0* |
| | | | $ *0* |

**Total Net Value of Stocks, Bonds, Mutual Funds:** $ *0*

### E. Insurance *(exclude children)* D = Disability    L = Life

| Name of Insured | D | L | Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Current Balance/ Value |
|---|---|---|---|---|---|---|
| | | | | | | $ *0* |
| | | | | | | $ *0* |

**Total Net Value of Insurance:** $ *0*

### F. Retirement Plans *(Pensions on Interest, Individual IRA, 401K, Keogh, etc.)*

| Type of Plan | Name of Plan/Bank/Company | Account Number *(last 4 numbers only)* | Listed Beneficiary | Receiving Payments | Current Balance/ Value |
|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ No | $ |
| | | | | ☐ Yes ☐ No | $ *0* |

**Total Net Value of Retirement Plans:** $ *0*

### G. Business Interest/Self-Employment

If you own an interest in a business, or are self-employed, complete this section.

| Name of Business | Percent Owned | Value |
|---|---|---|
| | % | $ *0* |

**Total Net Value of Business Interest/Self-Employment:** $ *0*

## H. Other Assets

| Name of Asset | Current Balance/ Value | Name of Asset | Current Balance/ Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | | **Total Net Value of Other Assets:** | $ |

**I. Total Net Value All Assets** *(add items A through H)*.................................................. $2,450.00

## V. Child(ren)'s Assets

*Include Uniform Gift to Minor Account, Uniform Trust to Minor Account, College Accounts/529 Account, Custodial Account, etc.*

| Institution | Account Number *(last 4 numbers only)* | Listed Beneficiary | Person Who Controls the Account *(Fiduciary)* | Current Balance/ Value |
|---|---|---|---|---|
| TD BANK | | Julianna Viglione | Theodora Antar | $ 900.00 |
| | | | | $ |
| | | | **Total Net Value of Child(ren)'s Assets:** | $ 900.00 |

## VI. Health *(Medical and/or Dental Insurance)*

| Company | Name of Insured Person(s) Covered by the Policy |
|---|---|
| HUSKY | Theodora Antar, Julianna Viglione, Angelina Lodice |

Do you or any member of your family have HUSKY Health Insurance Coverage? ☒ Yes ☐ No ☐ I Don't Know
If Yes, whom?

Theodora Antar, Angelina Lodice, Julianna Viglione.

**Important:**
**If you have other financial information that has not yet been disclosed, you have an affirmative duty to disclose that information. List additional information below:**

N/a

## Summary *(Use the amounts shown in Sections I. through IV.)*

**Total Net Weekly Income** *(See Section I. 3)*............................................................. $ 589.00

**Total Weekly Expenses and Liabilities** *(Total From Section II. + III.(B))*..................... $ 2402.29

**Total Cash Value of Assets** *(See Section IV. I.)*....................................................... $ -22,450

**Total Liabilities** *(Total Balance Due on Debts) (See Section III. (A))*.......................... $ 62,379.76

## Certification

I certify under the penalties of perjury that the information stated on this Financial Statement and the attached Schedules, if any, is complete, true, and accurate. **I understand that willful misrepresentation of any of the information provided will subject me to sanctions and may result in criminal charges being filed against me.**

I, Theodora Antar  the ☒ Plaintiff ☐ Defendant  herein, residing at 8856 Shagbark Drive, Orange, CT , telephone number 2032738419 , being duly sworn, depose and say that the following is an accurate statement of my income from all sources, my liabilities, my assets and my net worth, from whatever sources, and whatever kind and nature, and wherever situated.

| Signed *(Affiant)* | | Date signed 11.5.19 |
|---|---|---|
| Signed *(Notary, Commissioner of Superior Court, Assistant Clerk, Other Proper Officer under Section 1-24 of the Connecticut General Statutes)* | Print name and title of person signing at left  Jordyn Styles (inv | Date signed 11/5/19 |

JD-FM-6-SHORT   New 1-14            (Page 4 of 4)                         731274*2 DKD

Form **1040**  Department of the Treasury—Internal Revenue Service  (99)
U.S. Individual Income Tax Return  **2018**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

**Filing status:** ☐ Single  ☐ Married filing jointly  ☐ Married filing separately  ☒ Head of household  ☐ Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Matthew | Lodice | |

**Your standard deduction:** ☐ Someone can claim you as a dependent  ☐ You were born before January 2, 1954  ☐ You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

**Spouse standard deduction:** ☐ Someone can claim your spouse as a dependent  ☐ Spouse was born before January 2, 1954  ☐ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind  ☐ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.
48 Quarry Hill Road

**Presidential Election Campaign** (see inst.)  ☐ You  ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
Waterbury CT 06706

If more than four dependents, see inst. and ✓ here ☐

**Dependents (see instructions):**

| (1) First name        Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| Domenic G        Lodice | 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 | Son | ☒ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | Sales Person | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
| Peter J. Badas | | P01460960 | 81-0779600 | ☒ 3rd Party Designee |
| Firm's name ▶ Innovative Tax & Accounting Group, Inc. | | Phone no. (203)775-0605 | | ☐ Self-employed |
| Firm's address ▶ 246 Federal Rd Ste D24 Brookfield CT 06804 | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Form **1040** (2018)

---

Form 1040 (2018)  Page **2**

DEFENDANT'S EXHIBIT 11-5-19

| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | |
|---|---|---|---|---|
| | 2a | Tax-exempt interest . . . | 2a | **b** Taxable interest . . . | 2b | |
| | 3a | Qualified dividends . . . | 3a | **b** Ordinary dividends . . | 3b | |
| | 4a | IRAs, pensions, and annuities . | 4a | **b** Taxable amount . . . | 4b | |
| | 5a | Social security benefits . . | 5a | **b** Taxable amount . . . | 5b | |

| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22  13,258. | 6 | 13,258. |
|---|---|---|---|---|
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | 7 | 12,321. |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

| | 8 | Standard deduction or itemized deductions (from Schedule A) | 8 | 18,000. |
|---|---|---|---|---|
| | 9 | Qualified business income deduction (see instructions) | 9 | 0. |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 10 | 0. |
| | 11 | a Tax (see inst.)  0. (check if any from: 1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ ) b Add any amount from Schedule 2 and check here ▶ ☐ | 11 | 0. |
| | 12 | a Child tax credit/credit for other dependents  0. b Add any amount from Schedule 3 and check here ▶ ☐ | 12 | 0. |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 13 | 0. |
| | 14 | Other taxes. Attach Schedule 4 | 14 | 1,873. |
| | 15 | Total tax. Add lines 13 and 14 | 15 | 1,873. |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | 16 | |
| | 17 | Refundable credits: a EIC (see inst.)  3,461. b Sch. 8812  1,400. c Form 8863 | 17 | 4,861. |
| | | Add any amount from Schedule 5 | | |
| | 18 | Add lines 16 and 17. These are your total payments | 18 | 4,861. |

**Refund**
Direct deposit? See instructions.

| | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | 19 | 2,988. |
|---|---|---|---|---|
| | 20a | Amount of line 19 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | 20a | 2,988. |
| | ▶ b | Routing number  2 1 1 1 7 0 1 0 1 ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number  0 0 2 2 8 1 3 0 1 9 | | |
| | 21 | Amount of line 19 you want applied to your 2019 estimated tax . ▶ 21 | | |

**Amount You Owe**

| | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | 22 | |
|---|---|---|---|---|
| | 23 | Estimated tax penalty (see instructions) . . . ▶ 23 | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 03/13/19 PRO   Form **1040** (2018)

| SCHEDULE 1<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Income and Adjustments to Income**<br><br>▶ Attach to Form 1040.<br>▶ Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1545-0074<br><br>20**18**<br>Attachment<br>Sequence No. **01** |

Name(s) shown on Form 1040

Matthew Lodice

Your social security number

| | | | | |
|---|---|---|---|---|
| **Additional Income** | **1–9b** | Reserved . . . . . . . . . . . . . . . . . . . . | **1–9b** | |
| | **10** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . | **10** | 0. |
| | **11** | Alimony received . . . . . . . . . . . . . . . . | **11** | |
| | **12** | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . | **12** | 13,258. |
| | **13** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| | **14** | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . | **14** | |
| | **15a** | Reserved . . . . . . . . . . . . . . . . . . | **15b** | |
| | **16a** | Reserved . . . . . . . . . . . . . . . . . . | **16b** | |
| | **17** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| | **18** | Farm income or (loss). Attach Schedule F . . . . . . . . . . . | **18** | |
| | **19** | Unemployment compensation . . . . . . . . . . . . . . | **19** | |
| | **20a** | Reserved . . . . . . . . . . . . . . . . . . | **20b** | |
| | **21** | Other income. List type and amount ▶ | **21** | |
| | **22** | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 . . | **22** | 13,258. |
| **Adjustments to Income** | **23** | Educator expenses . . . . . . . . . . . | **23** | | |
| | **24** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . | **24** | | |
| | **25** | Health savings account deduction. Attach Form 8889 . | **25** | | |
| | **26** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . . . . . . . . | **26** | | |
| | **27** | Deductible part of self-employment tax. Attach Schedule SE | **27** | 937. | |
| | **28** | Self-employed SEP, SIMPLE, and qualified plans . . | **28** | | |
| | **29** | Self-employed health insurance deduction . . . . | **29** | | |
| | **30** | Penalty on early withdrawal of savings . . . . . . | **30** | | |
| | **31a** | Alimony paid   **b** Recipient's SSN ▶ | **31a** | | |
| | **32** | IRA deduction . . . . . . . . . . . . . | **32** | | |
| | **33** | Student loan interest deduction . . . . . . . . | **33** | | |
| | **34** | Reserved . . . . . . . . . . . . . . | **34** | | |
| | **35** | Reserved . . . . . . . . . . . . . . | **35** | | |
| | **36** | Add lines 23 through 35 . . . . . . . . . . . . . . . . . | **36** | 937. |

For Paperwork Reduction Act Notice, see your tax return instructions.

REV 12/21/18 PRO

Schedule 1 (Form 1040) 2018

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
**(Sole Proprietorship)**

► Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
► Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **09**

| | |
|---|---|
| Name of proprietor | Social security number (SSN) |
| Matthew Iodice | |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | Remodeling and home improvement | ► 8 1 2 9 9 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|

E  Business address (including suite or room no.) ► 48 Quarry Hill Road
City, town or post office, state, and ZIP code   Waterbury, CT 06706

| F | Accounting method: | (1) ☒ Cash | (2) ☐ Accrual | (3) ☐ Other (specify) ► | |
|---|---|---|---|---|---|

| G | Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses | ☒ Yes ☐ No |
|---|---|---|
| H | If you started or acquired this business during 2018, check here | ► ☒ |
| I | Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes ☒ No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes ☐ No |

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . ► ☐ | 1 | 55,458. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 55,458. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 55,458. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ► | 7 | 55,458. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) | 18 | 1,950. |
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | 24,239. | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . | 20b | |
| 12 | Depletion . . . . . | 12 | | 21 | Repairs and maintenance . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 1,040. | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . . | 24a | 2,650. |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . | 24b | 8,687. |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . | 25 | 1,200. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits). | 26 | |
| b | Other . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | 2,220. |
| 17 | Legal and professional services | 17 | 450. | b | Reserved for future use . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ► | 28 | 42,436. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 13,022. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions).
**Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br>• If a profit, enter on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 13,022. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk. <br> 32b ☐ Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.   BAA   REV 12/21/18 PRO   Schedule C (Form 1040) 2018

| SCHEDULE 4 (Form 1040) | **Other Taxes** | OMB No. 1545-0074 |
|---|---|---|

**SCHEDULE 4**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Other Taxes

▶ Attach to Form 1040.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **04**

Name(s) shown on Form 1040

Matthew Bodice

Your social security number

| | | | | |
|---|---|---|---|---|
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . | 57 | 1,873. |
| | 58 | Unreported social security and Medicare tax from: Form **a** ☐ 4137  **b** ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, and other tax-favored accounts. Attach Form 5329 if required . . . . . . . . . . . . . . | 59 | |
| | 60a | Household employment taxes. Attach Schedule H . . . . . . . . . . | 60a | |
| | b | Repayment of first-time homebuyer credit from Form 5405. Attach Form 5405 if required . . . . . . . . . . . . . . . . . . . . . . | 60b | |
| | 61 | Health care: individual responsibility (see instructions) . . . . . . . . . | 61 | |
| | 62 | Taxes from: **a** ☐ Form 8959  **b** ☐ Form 8960 **c** ☐ Instructions; enter code(s) _____ | 62 | |
| | 63 | Section 965 net tax liability installment from Form 965-A . . . . . . . . . . . . . 63 | | |
| | 64 | Add the amounts in the far right column. These are your **total other taxes**. Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . | 64 | 1,873. |

For Paperwork Reduction Act Notice, see your tax return instructions.          REV 12/21/18 PRO                    Schedule 4 (Form 1040) 2018

# SCHEDULE C
# (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **09**

Name of proprietor: Matthew Lodice

Social security number (SSN): ▮▮▮▮▮▮▮

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | Transportation services | ▶ 4 8 5 3 0 0 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|

E   Business address (including suite or room no.) ▶ 48 Quarry Hill Road
    City, town or post office, state, and ZIP code    Waterbury, CT 06706

F   Accounting method:   (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

G   Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses   ☒ Yes   ☐ No

H   If you started or acquired this business during 2018, check here   ▶ ☒

I   Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes   ☒ No

J   If "Yes," did you or will you file required Forms 1099?   ☐ Yes   ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   ▶ ☐ | 1 | 1,778. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,778. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 1,778. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6   ▶ | 7 | 1,778. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 913. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a | |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| 17 | Legal and professional services | 17 | | 27a | Other expenses (from line 48) | 27a | 629. |
| | | | | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a   ▶ | 28 | 1,542. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 236. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ | | |
| | and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | 236. |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 12/21/18 PRO    Schedule C (Form 1040) 2018

Schedule C (Form 1040) 2018                                                                                          Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |

33  Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . | **40** | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

44  Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

**a** Business _____   **b** Commuting (see instructions) _____   **c** Other _____

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . ☐ Yes   ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**b**  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |

| | | |
|---|---|---|
| Uniforms | | 2,220. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . | **48** | 2,220. |

Form 4562 (2018)

## Part V   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A—Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No   **24b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . | | | | | **25** | | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| 2015 Dodge | 01/01/2018 | 81.53 % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | | **28** | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . | | | | | | | **29** | |

### Section B—Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) . | | 44,475 | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . | | 10,075 | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . | | 54,550 | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| | | ☒ | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | ☒ | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | ☒ | | | | | | | | | | |

### Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2018 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2018 tax year . . . . . . . . . . **43** | | | | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . **44** | | | | | |

Form **4562** (2018)

Matthew Lodice                                                                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                          1

# Additional information from your 2018 Federal Tax Return

**Schedule C (Remodeling and home improvement): Profit or Loss from Business**
**Line 18**                                                    Itemization Statement

| Description | Amount |
|---|---|
| Paper | 350. |
| Toner | 550. |
| Clipboards | 100. |
| Supplies | 950. |
| **Total** | **1,950.** |

**Schedule C (Remodeling and home improvement): Profit or Loss from Business**
**Line 24a**                                                   Itemization Statement

| Description | Amount |
|---|---|
| Hotels | 2,150. |
| Parking | 225. |
| Tolls | 275. |
| **Total** | **2,650.** |

**Schedule C (Remodeling and home improvement): Profit or Loss from Business**
**Line 25**                                                    Itemization Statement

| Description | Amount |
|---|---|
| Cell Phone | 1,200. |
| **Total** | **1,200.** |

| SCHEDULE SE (Form 1040) | **Self-Employment Tax** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleSE* for instructions and the latest information. ▶ **Attach to Form 1040 or Form 1040NR.** | 20**18** Attachment Sequence No. **17** |

| Name of person with **self-employment** income (as shown on Form 1040 or Form 1040NR) | Social security number of person with **self-employment** income ▶ |
|---|---|
| Matthew Lodice | ▬▬▬▬▬ |

*Before you begin:* To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note:** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



Section A—Short Schedule SE.   Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---:|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( ) |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report . . . . . . . . . . . . . | **2** | 13,258. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . | **3** | 13,258. |
| **4** | Multiply line 3 by 92.35% (0.9235). If less than $400, you don't owe self-employment tax; **don't** file this schedule unless you have an amount on line 1b . . . . . . . . . . . ▶ | **4** | 12,244. |
| | **Note:** If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** | **Self-employment tax.** If the amount on line 4 is:<br>• $128,400 or less, multiply line 4 by 15.3% (0.153). Enter the result here and on **Schedule 4 (Form 1040), line 57,** or **Form 1040NR, line 55**<br>• More than $128,400, multiply line 4 by 2.9% (0.029). Then, add $15,921.60 to the result. Enter the total here and on **Schedule 4 (Form 1040), line 57,** or **Form 1040NR, line 55** . . | **5** | 1,873. |
| **6** | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (0.50). Enter the result here and on **Schedule 1 (Form 1040), line 27,** or **Form 1040NR, line 27** . | **6** | 937. |

For Paperwork Reduction Act Notice, see your tax return instructions.   BAA   REV 12/22/18 PRO   Schedule SE (Form 1040) 2018

Schedule C (Form 1040) 2018                                                                                     Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

33    Method(s) used to value closing inventory:    **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation)

34    Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ Yes    ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation   .   .   . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use   .   .   .   .   .   .   .   .   . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself .   .   .   .   .   .   .   . | **37** | |
| 38 | Materials and supplies   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **38** | |
| 39 | Other costs .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **39** | |
| 40 | Add lines 35 through 39   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **40** | |
| 41 | Inventory at end of year   .   .   .   .   .   .   .   .   .   .   .   .   .   . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4   .   .   .   .   .   . | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43    When did you place your vehicle in service for business purposes? (month, day, year)   ▶ 01/01/2018

44    Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

**a**  Business _____1,675_____  **b** Commuting (see instructions) _____  **c** Other _____52,875

45    Was your vehicle available for personal use during off-duty hours?   .   .   .   .   .   .   .   .   . ☒ Yes    ☐ No

46    Do you (or your spouse) have another vehicle available for personal use?.   .   .   .   .   .   .   . ☐ Yes    ☒ No

47a   Do you have evidence to support your deduction?   .   .   .   .   .   .   .   .   .   .   . ☒ Yes    ☐ No

  **b**  If "Yes," is the evidence written?   .   .   .   .   .   .   .   .   .   .   .   .   .   . ☒ Yes    ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| | |
|---|---|
| Uber Fees | 629. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| 48 | **Total other expenses.** Enter here and on line 27a   .   .   .   .   .   .   .   . | **48** | 629. |

**SCHEDULE EIC**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit
## Qualifying Child Information



▶ **Complete and attach to Form 1040 only if you have a qualifying child.**
▶ Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

20**18**

Attachment
Sequence No. **43**

Name(s) shown on return

Matthew Lodice

Your social security number



***Before you begin:***
- See the instructions for Form 1040, line 17a, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

⚠️ **CAUTION**
- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| **1** | **Child's name** <br> If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name  Last name <br><br> Domenic G Lodice | First name  Last name | First name  Last name |
| **2** | **Child's SSN** <br> The child must have an SSN as defined in the instructions for Form 1040, line 17a, unless the child was born and died in 2018. If your child was born and died in 2018 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | 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 | | |
| **3** | **Child's year of birth** | Year **2 0 0 6** <br> *If born after 1999 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ <br> *If born after 1999 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ <br> *If born after 1999 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4 a** | Was the child under age 24 at the end of 2018, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* |
| **b** | Was the child permanently and totally disabled during any part of 2018? | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.*  ☐ No. *The child is not a qualifying child.* |
| **5** | **Child's relationship to you** <br> (for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | Son | | |
| **6** | **Number of months child lived with you in the United States during 2018** <br><br> • If the child lived with you for more than half of 2018 but less than 7 months, enter "7." <br> • If the child was born or died in 2018 and your home was the child's home for more than half the time he or she was alive during 2018, enter "12." | **7** months <br> *Do not enter more than 12 months.* | ____ months <br> *Do not enter more than 12 months.* | ____ months <br> *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.          BAA          REV 12/21/18 PRO          Schedule EIC (Form 1040) 2018

| SCHEDULE 8812<br>(Form 1040) | **Additional Child Tax Credit** | OMB No. 1545-0074 |
|---|---|---|
| | ▶ Attach to Form 1040 or 1040NR. | **2018** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest<br>information. | Attachment<br>Sequence No. **47** |



Name(s) shown on return

Matthew Lodice

Your social security number

**Part I    All Filers**

**Caution:** If you file Form 2555 or 2555-EZ, **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise: | | |
| | **1040 filers:**    Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040, line 12a). | | |
| | **1040NR filers:**    Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040NR, line 49). | **1** | 2,000. |
| 2 | Enter the amount from Form 1040, line 12a, or Form 1040NR, line 49  . . . . . . . . . . . | **2** | 0. |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . | **3** | 2,000. |
| 4 | Number of qualifying children under 17 with the required social security number: ___1___ X $1,400. | | |
| | Enter the result. If zero, **stop here;** you cannot claim this credit  . . . . . . . . . . | **4** | 1,400. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | |
| 5 | Enter the **smaller** of line 3 or line 4  . . . . . . . . . . . . . . . . . . . . . . | **5** | 1,400. |

| 6a | Earned income (see separate instructions)  . . . . . | 6a | 12,321. | | |
|---|---|---|---|---|---|
| b | Nontaxable combat pay (see separate instructions)  . . . . . . . . . . . | 6b | | | |
| 7 | Is the amount on line 6a more than $2,500? | | | | |
| | ☐ **No.**  Leave line 7 blank and enter -0- on line 8. | | | | |
| | ☒ **Yes.**  Subtract $2,500 from the amount on line 6a. Enter the result  . . . | 7 | 9,821. | | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . . . . . . . . . | | | **8** | 1,473. |

| | |
|---|---|
| | **Next.** On line 4, is the amount $4,200 or more? |
| | ☒ **No.**  If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15. |
| | ☐ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9. |

**Part II    Certain Filers Who Have Three or More Qualifying Children**

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see separate instructions . . . . . . | 9 | |
| 10 | **1040 filers:**    Enter the total of the amounts from Schedule 1 (Form 1040), line 27, and Schedule 4 (Form 1040), line 58, plus any taxes that you identified using code "UT" and entered on Schedule 4 (Form 1040), line 62. | | |
| | **1040NR filers:**    Enter the total of the amounts from Form 1040NR, lines 27 and 56, plus any taxes that you identified using code "UT"  and entered on line 60. | 10 | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | **1040 filers:**    Enter the total of the amounts from Form 1040, line 17a, and Schedule 5 (Form 1040), line 72. | | |
| | **1040NR filers:**    Enter the amount from Form 1040NR, line 67. | 12 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . | **13** | |
| 14 | Enter the **larger** of line 8 or line 13 . . . . . . . . . . . . . . . . . . . . | **14** | |
| | **Next,** enter the **smaller** of line 5 or line 14 on line 15. | | |

**Part III    Additional Child Tax Credit**

| | | | |
|---|---|---|---|
| 15 | This is your additional child tax credit . . . . . . . . . . . . . . . . | **15** | 1,400. |

Enter this amount on
Form 1040, line 17b, or
Form 1040NR, line 64.

1040 ◄
1040NR ◄

Form **8867**

Department of the Treasury
Internal Revenue Service

# Paid Preparer's Due Diligence Checklist

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

▶ To be completed by preparer and filed with Form 1040, 1040NR, 1040SS, or 1040PR.
▶ Go to *www.irs.gov/Form8867* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **70**

Taxpayer name(s) shown on return

Matthew Lodice

Taxpayer identification number

Enter preparer's name and PTIN

Peter J. Badas                                                                      P01460960

| Part I | Due Diligence Requirements |
|---|---|

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on this return and complete the related Parts I–V for the benefit(s), and/or HOH filing status claimed (check all that apply).

| EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|
| ☒ | ☒ | ☐ | ☒ |

| | | |
|---|---|---|
| **1** | Did you complete the return based on information for tax year 2018 provided by the taxpayer or reasonably obtained by you? . . . . . . . . . . | ☒ Yes  ☐ No |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040SS, 1040PR, or 1040NR instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? . . . . . . | ☐ Yes  ☐ No  ☒ N/A |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. <br> • Interview the taxpayer, ask questions, and document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. <br> • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and the amount of any credit(s) claimed. | ☒ Yes  ☐ No |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) . . . . . . . . . . . . | ☐ Yes  ☒ No |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ Yes  ☐ No |
| **b** | Did you document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . . . . . . . . . . . . | ☐ Yes  ☐ No |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount of the credit(s) . . . . . . . . . . . . . | ☒ Yes  ☐ No |
| | List those documents, if any, that you relied on. <br> _____ <br> _____ <br> _____ | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount of any credit(s) claimed on the return if his/her return is selected for audit? . . . . . . . . . . . . . . . . . . . . . | ☒ Yes  ☐ No |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? . . . . . . . . . . . . . . . . | ☐ Yes  ☐ No  ☒ N/A |
| | (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | |
| **a** | Did you complete the required recertification Form 8862? . . . . . . | ☐ Yes  ☐ No  ☐ N/A |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Form 1040, Schedule C? . . . . . | ☒ Yes  ☐ No  ☐ N/A |

For Paperwork Reduction Act Notice, see separate instructions.          REV 12/22/18 PRO          Form **8867** (2018)

Form 8867 (2018)

Page **2**

## Part II — Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **9a** Have you determined that this taxpayer is, in fact, eligible to claim the EIC for the number of children for whom the EIC is claimed, or to claim the EIC if the taxpayer has no qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) . . . . . . . . . | ☒Yes ☐No | | | |
| **b** Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? . . . | ☒Yes ☐No | | | |
| **c** Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? . . . . | ☐Yes ☐No ☒ N/A | | | |

## Part III — Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **10** Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | | ☒Yes ☐No | | |
| **11** Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | | ☐Yes ☐No ☐N/A | | |
| **12** Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | | ☐Yes ☐No ☐N/A | | |

## Part IV — Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **13** Did the taxpayer provide the required substantiation for the credit, including a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? . . . . . . . . . . . . . . . . . | | | ☐Yes ☐No | |

## Part V — Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **14** Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? . . . . . | | | | ☒Yes ☐No |

## Part VI — Eligibility Certification

▶ **You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

A. Interview the taxpayer, ask adequate questions, document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to determine the amount of the credit(s) claimed;

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; **and**

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

   1. A copy of Form 8867;

   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed;

   3. Copies of any documents provided by the taxpayer on which you relied to determine eligibility for the credit(s) and/or HOH filing status;

   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained; and

   5. A record of any additional questions you may have asked to determine eligibility to claim the credit(s), and/or HOH filing status and the amount(s) of any credit(s) claimed and the taxpayer's answers.

▶ **If you have not complied with all due diligence requirements, you may have to pay a $520 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.**

| **15** Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? . . . . . . . . . | ☒ Yes | ☐ No |
|---|---|---|

REV 12/22/18 PRO

Form **8867** (2018)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
**(Including Information on Listed Property)**
▶ Attach to your tax return.
▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Matthew Lodice | Sch C Remodeling and home improvement | |

## Part I — Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . | **1** | 1,000,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . | **2** | 1,040. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . | **3** | 2,500,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . | **5** | 1,000,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | HP Printer | 200. | 200. |
| | iPhone | 840. | 840. |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . | **8** | 1,040. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | **9** | 1,040. |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions . | **11** | 14,298. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . . | **12** | 1,040. |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | **13** | 0. | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . | **16** | |

## Part III — MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . ▶ ☐ | | |

### Section B—Assets Placed in Service During 2018 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C—Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 1,040. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**  BAA

REV 01/02/19 PRO

Form **4562** (2018)

Form **8965**

Department of the Treasury
Internal Revenue Service

# Health Coverage Exemptions

▶ Attach to Form 1040.
▶ Go to *www.irs.gov/Form8965* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **75**

Name as shown on return
Matthew Lodice

Your social security number

Complete this form if you have a Marketplace-granted coverage exemption or you are claiming a coverage exemption on your return.

**Part I** — **Marketplace-Granted Coverage Exemptions for Individuals.** If you and/or a member of your tax household have an exemption granted by the Marketplace, complete Part I.

| | (a)<br>Name of Individual | (b)<br>SSN | (c)<br>Exemption Certificate Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**Part II** — **Coverage Exemptions Claimed on Your Return for Your Household**

| 7 | If you are claiming a coverage exemption because your household income or gross income is below the filing threshold, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | ☒ |

**Part III** — **Coverage Exemptions Claimed on Your Return for Individuals.** If you and/or a member of your tax household are claiming an exemption on your return, complete Part III.

| | (a)<br>Name of Individual | (b)<br>SSN | (c)<br>Exemption Type | (d)<br>Full Year | (e)<br>Jan | (f)<br>Feb | (g)<br>Mar | (h)<br>Apr | (i)<br>May | (j)<br>June | (k)<br>July | (l)<br>Aug | (m)<br>Sept | (n)<br>Oct | (o)<br>Nov | (p)<br>Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.          BA          REV 12/22/18 PR          Form **8965** (2018)

| Form **9325** (January 2017) | Department of the Treasury - Internal Revenue Service **Acknowledgement and General Information for Taxpayers Who File Returns Electronically** |
|---|---|

Thank you for participating in IRS *e-file*.

Taxpayer name   MATTHEW LODICE

Taxpayer address (optional)

48 QUARRY HILL ROAD

WATERBURY CT 06706

1. [X] Your federal income tax return for _____2018_____ was filed electronically with the __Andover__ Submission Processing Center. The electronic filing services were provided by __Innovative Tax & Accounting Group, Inc.__

2. [X] Your return was accepted on __03/20/2019__ using a Personal Identification Number (PIN) as your electronic signature. You entered a PIN or authorized the Electronic Return Originator (ERO) to enter or generate a PIN for you. The Submission ID assigned to your return is __0657202019079022ak4o__ .

3. [ ] Your return was accepted on _____ Allow 4 to 6 weeks for the processing of your return. The Earned Income Credit or a dependent's exemption on your return may be reduced or disallowed due to a child's name and social security number mismatch.

4. [ ] Your electronic funds withdrawal payment request was accepted for processing.

5. [ ] Your electronic funds withdrawal payment request was not accepted for processing. Refer to the "If You Owe Tax" section.

6. [ ] Your Form 4868, Application for Automatic Extension of Time to File U.S. Individual Income Tax Return, was accepted on _____ . The Submission ID assigned to your extension is _____ .

# DO NOT SEND A PAPER COPY OF YOUR RETURN TO THE IRS.
# IF YOU DO, IT WILL DELAY THE PROCESSING OF THE RETURN.

### If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you should send a Form 1040X, Amended U.S. Individual Income Tax Return, to the IRS Submission Processing Center that processes paper returns for your area. The address is available at *www.irs.gov*, or you can call the IRS toll-free at 1-800-829-1040.

### If You Need to Ask About Your Refund

The IRS notifies your Electronic Return Originator (ERO) when your return is accepted, usually within 48 hours. If your return was not accepted, the IRS notifies your ERO of the reasons for rejection. If it has been more than three weeks since the IRS accepted your return and you have not received your refund, go to *www.irs.gov* and click on "Where's My Refund?" to view your refund status. Exception: If box 3 above is checked, allow 4 to 6 weeks for processing of your return. A notice will be sent to you advising of changes to your return.

Also, you can call the TeleTax line at 1-800-829-4477, for automated refund information. You should have available the first social security number shown on your return, your filing status, and the exact amount of the refund you expect. TeleTax gives you the date for mailing or depositing your refund. You should receive your refund check within 30 days of the date given by TeleTax, or within one week of that date, if you chose direct deposit. If you do not receive it by then, or if TeleTax does not give your refund information, call the Refund Hotline at 1-800-829-1954.

The IRS uses refunds to cover overdue taxes and notifies you when this occurs. The Fiscal Service offsets refunds through the Treasury Offset Program to cover past due child support, federal agency non-tax debts such as student loans and state income tax obligations. Fiscal Service sends you an offset notice if it applies your refund or part of your refund to non-tax debts. If you have questions about the offset, contact the agency identified in the notice. You may also call the Treasury Offset Program Call Center at 1-800-304-3107, if you have additional questions.

### If You Owe Tax



If your return has a balance due, you must pay the amount you owe by the prescribed due date. If you paid by electronic funds withdrawal (direct debit) or by credit card, no voucher is needed. The credit card service providers will charge a convenience fee based on the amount of taxes you are paying. The fees and the type of credit or debit cards accepted may vary between providers. You will be told the amount of the fee during the transaction and you will be given the option to either continue or end the transaction. For information on paying your taxes electronically, including by credit or debit card, go to *www.irs.gov/e-pay*.

If you are not paying electronically you may use Form 1040-V, Payment Voucher, which you can obtain from your Electronic Return Originator. If the IRS does not receive your payment by the prescribed due date, you will receive a notice that requests full payment of the tax due, plus penalties and interest. If you can not pay the amount in full, complete Form 9465, Installment Agreement Request, which you may file electronically. To apply for an installment agreement online, go to *www.irs.gov*. You may also order Form 9465 by calling 1-800-TAX-FORM (1-800-829-3676). If approved, the IRS charges a user fee to set up an installment agreement.

### If You Need to Inquire About Your Electronic Funds Withdrawal Payment

You may call 1-888-353-4537 to inquire about the status of your electronic funds withdrawal payment. If there is a change to the bank account information included on your return, you should call this number to cancel a scheduled payment. You should have available the social security number of the first person listed on the tax return, the payment amount, and the bank account number. Cancellation requests must be received no later than 11:59 p.m. E.T. two business days prior to the scheduled payment date.

### Tax Refund Related Financial Products

Financial institutions offer a variety of financial products to taxpayers based on their refunds. Contracts for financial products are between you and the financial institution. The IRS is not associated with the contract. **If you have questions about tax refund related products, contact your Electronic Return Originator or the lender.**

Form **8879**

## IRS *e-file* Signature Authorization

OMB No. 1545-0074

**20**18

Department of the Treasury
Internal Revenue Service

▶ Return completed Form 8879 to your ERO. (Don't send to the IRS.)
▶ Go to *www.irs.gov/Form8879* for the latest information.

Submission Identification Number (SID) ▶ 0657202019079022ak4o

| Taxpayer's name | Social security number |
|---|---|
| Matthew Lodice | ▓▓▓▓▓▓▓▓ |
| Spouse's name | Spouse's social security number |

| Part I | Tax Return Information — Tax Year Ending December 31, 2018 (Whole dollars only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 7; Form 1040NR, line 35) . . . . . . . . . | 1 | 12,321. |
| 2 | Total tax (Form 1040, line 15; Form 1040NR, line 61) . . . . . . . . | 2 | 1,873. |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040, line 16; Form 1040NR, line 62a) . | 3 | |
| 4 | Refund (Form 1040, line 20a; Form 1040-SS, Part I, line 13a; Form 1040NR, line 73a) . . . . . . | 4 | 2,988. |
| 5 | Amount you owe (Form 1040, line 22; Form 1040NR, line 75) . . . . . . . . . . . | 5 | |

| Part II | Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2018, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

☒ I authorize **Innovative Tax & Accounting Group, Inc.** to enter or generate my PIN   6 2 8 7 4
ERO firm name
Enter five digits, but
don't enter all zeros

as my signature on my tax year 2018 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2018 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ _____   Date ▶ _____

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN
ERO firm name
Enter five digits, but
don't enter all zeros

as my signature on my tax year 2018 electronically filed income tax return.

☐ I will enter my PIN as my signature on my tax year 2018 electronically filed income tax return. Check this box **only** if you are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ _____   Date ▶ _____

**Practitioner PIN Method Returns Only—continue below**

| Part III | Certification and Authentication — Practitioner PIN Method Only |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   0 6 5 7 2 0 0 6 2 2 6 8
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2018 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶ _____   Date ▶ _____

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.       BAA       REV 12/22/18 PRO       Form **8879** (2018)

Innovative Tax & Accounting Group, Inc.
246 Federal Rd Ste D24
Brookfield, CT 06804

1040

Matthew Lodice
48 Quarry Hill Road
Waterbury, CT 06706

JUN 17 2019

CONNECTICUT DEPARTMENT OF PUBLIC HEALTH          **ACKNOWLEDGMENT OF PATERNITY**          BLACK ball point pen and do not alter.
OFFICE OF VITAL RECORDS PATERNITY REGISTRY          Check One: ☒ At Birth  ☐ Post Birth

## CHILD

| CHILD'S NAME (As it currently appears on birth certificate)(First) | (Middle) | (Last) |
|---|---|---|
| Angelina | Maria | Lodice |

| SEX ☐ MALE ☒ FEMALE | DATE OF BIRTH 5·21·2019 | PLACE OF BIRTH (city and state) New Haven, Connecticut | Child's SS number (if available) N/A | IS THE CHILD'S NAME TO BE CHANGED? ☒ NO  ☐ YES *if yes, complete line below |

| CHILD'S NAME (As it will appear on new birth certificate) (First) N/A | (Middle) N/A | (Last) N/A |

STATE'S EXHIBIT
11-5-19
**A**

## MOTHER

| MOTHER'S CURRENT NAME (First) Theodora | (Middle) Fatma | (Last) Antar |
|---|---|---|

| LAST NAME PRIOR TO MARRIAGE (If applicable) N/A | DATE OF BIRTH 9·7·1991 | SOCIAL SECURITY NO | TELEPHONE NUMBER 203·273·8419 |

| PLACE OF BIRTH (CITY and STATE OR FOREIGN COUNTRY) New Haven, CT | RESIDENCE (No. and Street) 856 Shagbark drive, (Town) Orange, (State or Foreign Country) CT, (Zip Code) 06477 |

RACE (all that apply) ☒White ☐Black ☐Asian Indian ☐Chinese ☐Filipino ☐Japanese ☐Korean ☐Vietnamese ☐Native Hawaiian ☐Guamanian/Chamorro ☐Samoan
☐American Indian or Alaskan Native (specify tribe) _____  ☐ Other Races (specify) _____
☐Other Pacific Islander (specify) _____  ☐ Other Asian (specify) _____

HISPANIC ORIGIN: ☒NO  ☐ YES          IF YES, SPECIFY: ☐ Puerto Rican ☐ Cuban ☐ Mexican ☐ Other (specify)
DO YOU HAVE MEDICAL INSURANCE? ☒ YES  ☐ NO          MEDICAL INSURANCE COMPANY NAME HUSKY A          POLICY NUMBER 001874693

## FATHER

| FATHER'S NAME (First) Matthew | (Middle) John | (Last) Lodice |
|---|---|---|

| DATE OF BIRTH 5·11·1983 | PLACE OF BIRTH (CITY and STATE OR FOREIGN COUNTRY) Waterbury, Connecticut | SOCIAL SECURITY NO | TELEPHONE NUMBER 860-518-2388 |

| RESIDENCE (No. and Street) 48 Quarry Hill Rd, (Town) Waterbury, (State or Foreign Country) CT, (Zip Code) 06706 |

RACE (all that apply) ☒White ☐Black ☐Asian Indian ☐Chinese ☐Filipino ☐Japanese ☒Korean ☐Vietnamese ☐Native Hawaiian ☐Guamanian/Chamorro ☐Samoan
☐American Indian or Alaskan Native (specify tribe) _____  ☐ Other Races (specify) _____
☐Other Pacific Islander (specify) _____  ☐ Other Asian (specify) _____

HISPANIC ORIGIN: ☒NO  ☐ YES          IF YES, SPECIFY: ☐ Puerto Rican ☐ Cuban ☐ Mexican ☐ Other (specify)

EDUCATION LEVEL (highest level completed)
☐ 8th grade or less          ☐ college/no degree  ☐ Masters degree
☐ 9-12th grade/ no diploma          ☒ Associates  ☐ Doctorate/ professional degree
☐ H.S graduate or GED          ☐ Bachelors

SPOKEN LANGUAGE: (include all)
☒ English ☐Spanish ☐American Sign Language ☐Armenian ☐Chinese (Cantonese)
☐Chinese(Mandarin) ☐French(including Cajun,Patois) ☐French Creole ☐Gujarathi ☐Khmer
☐ Korean ☐Laotian ☐Persian ☐Polish ☐Portuguese ☐Russian ☐Serbo-Croatian ☐Vietnamese
☐ Other Spoken Language (specify) _____

| OCCUPATION Salesman | BUSINESS / INDUSTRY remodeling company |

| EMPLOYER Casanova Remodeling Company LLC | EMPLOYER'S ADDRESS (city, state and zip) PO Box 283, Plymouth, CT, 06782 |

DO YOU HAVE MEDICAL INSURANCE? ☒ YES  ☐ NO          MEDICAL INSURANCE COMPANY NAME HUSKY          POLICY NUMBER 003491897

## MOTHER'S AFFIRMATION

I freely and voluntarily consent to this Acknowledgment of Paternity. The man named above is the biological father of this child. I have read or have had read to me, and have had explained to me, the rights and responsibilities on the back of this form, and I understand the contents. I have had the opportunity to ask questions before I signed this form. A copy of this statement has been given to me. I attest that the above information that I have provided is true and correct to the best of my knowledge.

## FATHER'S ACKNOWLEDGMENT

I freely and voluntarily acknowledge that I am the biological father of the child named above. I accept the obligation to support this child. I understand that an order for child support may be entered. I waive my rights to a trial, a lawyer to represent me and a genetic test to determine paternity. I have read or have had read to me, and have had explained to me, the rights and responsibilities on the back of this form, and I understand the contents. I have had the opportunity to ask questions before I signed this form. A copy of this statement has been given to me. I attest that the above information that I have provided is true and correct to the best of my knowledge.

| Mother's Signature (use current last name) _____ Date 5·22·19 | Father's Signature _____ Date 5/22/19 |

| State of New Haven | County of | Town of New Haven | State of New Haven | County of | Town of New Haven |

| Sworn and subscribed before me on this 22 Day of May 20 19 | Sworn and subscribed before me on this 22 Day of May 20 19 |

| Signature of authorized officer: _____ | Signature of authorized officer: _____ |
| Name and title of authorized officer: Sandra Carrasquillo Notary (title) | Name and Title of authorized officer: Sandra Carrasquillo Notary (title) |
| If notary, date commission expires: 8/31/21 | If notary, date commission expires: 8/31/21 |

| PLACE COMPLETED | ☐ Hospital  ☐ DPH  ☐ Other _____ ☐ DSS  regional office _____ | PLACE COMPLETED | ☐ Hospital  ☐ DPH  ☐ Other _____ ☐ DSS  regional office _____ |

Form VS-56 (Rev. 01/15)    Distribution:    White-Vital Records/DPH          Yellow – Originator          Pink – Mother          Gold – Father





F0035D
Rev. 10-06
Page 1 of 2

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**
**BUREAU OF CHILD SUPPORT ENFORCEMENT**

731274*2
08-19-19

*RECEIVED SEP 2019*

## INCOME DISCLOSURE

CASANOVA REMODELING COMPANY
655 MAIN STREET
PLYMOUTH , CT 06782

Case Name: THEODORA F ANTAR

STATE'S
EXHIBIT

**B**

11-5-19

Re: MATTHEW J LODICE, Social Security Number: ████████

MATTHEW J LODICE is the subject of an investigation in a Title IV-D child support enforcement case. In accordance with section 17b 137 of the Connecticut General Statutes, you are required to disclose this individual's earnings and medical insurance information, or unemployment compensation benefit information, as requested on Page 2 of this form.  In addition to disclosing such information, if the individual is no longer employed by you, you must report below the date of his termination, his last known address, and the name and address of his new employer, if known, in accordance with section 52 362(k) of the Connecticut General Statutes.

We also request that you provide the additional information listed below, if known, for identification and location purposes.  Please return the completed form and return it in the enclosed envelope within **10 DAYS**.

Failure to provide the information required by state law may result in a subpoena being issued.

Commissioner of Social Services

By Authorized Representative: *[signature]*

Date: 08-19-19

Telephone: (203) 974-8258

JANET S NIEDERHAUSER

Fax = (203) 974-8370

Office Address: 50 HUMPHREY STREET          NEW HAVEN, CT 06513-2905

---

Your Federal Employer Identification Number (EIN): 35-2458089

Date hired: 2016          Date terminated: Current          Soc. Sec. No.: _____

[X] Current  [ ] Last Known  Address: _____

Date of Birth: _____          Place of Birth: _____

|                                                    | NAME              | ADDRESS            |
|----------------------------------------------------|-------------------|--------------------|
| Person to be contacted in case of emergency:       | John Casanoa      | 269 Main Street    |
| Previous employers:                                | ?                 |                    |
| Current employer (if terminated):                  |                   |                    |

COMPLETED BY: John Casanoa          203-843-3058          8-28-19
Signature and Title          Telephone          Date

*Please see reverse*

F0035D
Rev. 10-06
Page 2 of 2

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**
**BUREAU OF CHILD SUPPORT ENFORCEMENT**

731274*2
08-19-19

### *Medical or Health Insurance*

Type coverage: _____Doctor _____Hospital _____Rx _____Dental _____Vision _✓_None
      (PLEASE REPORT ANY LAPSE IN COVERAGE TO THE REQUESTING OFFICE)

If none, do you offer dependent medical coverage? _____Yes _✓_No

Name of insurance company, if covered: _____

Names of those covered: _____

Added cost for coverage of child(ren): $_____ per _____

Policy #: _____ Group #: _____ Effective date: _____

### *Earnings OR Unemployment Compensation Benefits*

**Number of dependents claimed for tax purposes: (     )**

***Please note***: Supply only the indicated information for the past thirteen (13) weeks or three months. We will compute federal income and social security taxes. Show deductions for retirement, union dues, and uniforms and tools only if mandatory.

| Period Ending | Gross Pay | Retirement | Medical Insurance | Union Dues | Uniforms & Tools | Hours Worked | Hourly Rate | Garnishment Amount & Type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Additional information concerning earnings: He is a subcontractor his 1099 is 60k a year

COMPLETED BY: _____Owner_____  203-843-3258  8-28-19
     Signature and Title                Telephone     Date

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 6-16

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |

| **ADA NOTICE** |
| --- |
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA* |

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of paternity, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | Docket number |
| --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | **NNHFA196096801S** |

| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| --- | --- | --- | --- |
| | **Yes** | **Yes** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **No** | | | |

| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **MATTHEW J LODICE** | **No** | | | |

| **Case Description** | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | **Support** | | **Petition for Support** | **100.30** |
| | Type of Judgment | | Type of service | |

| **Children** *(if paternity action, fill in date of birth)* | **Name** | **D.O.B.** *(If paternity action)* | **Name** | **D.O.B.** *(If paternity action)* |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| **Order** | |
| --- | --- |
| **Continuance** | CONTINUED TO 12/3/2019 |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **GLADYS IDELIS NIEVES, F.S.M.** | **Dylan Wingard (By the Clerk 089998)** | **12/2/2019** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

**COURT ORDER -**
**FAMILY SUPPORT MAGISTRATE**
JD-FM-170 Rev. 6-16

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| Court Use Only |
| --- |
| JDFM170 |

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

*Instruction to Clerk*
Keep the original and forward the copies to the State Case Registry. If this order includes a IV-D adjudication of paternity, also forward a certified copy of this form to the State Case Registry.

| Judicial District | Court location *(Number, street and town)* | | Docket number |
| --- | --- | --- | --- |
| **New Haven** | **235 Church Street New Haven, CT** | | **NNHFA196096801S** |
| Defendant in Military? | AAG Present? | SES Present? | File companionized with docket number: |
| | **Yes** | **No** | |

| Plaintiff's name | Present? | Assisted by Interpreter | Plaintiff's attorney *(Name if applicable)* | Present? |
| --- | --- | --- | --- | --- |
| **THEODORA F ANTAR** | **No** | | | |
| Defendant's name | Present? | Assisted by Interpreter | Defendant's attorney *(Name if applicable)* | Present? |
| **MATTHEW J LODICE** | **No** | | | |

| **Case Description** | Case type | | Type of Motion | Entry Number(s) |
| --- | --- | --- | --- | --- |
| | **Support** | | **Petition for Support** | **100.30** |
| | Type of Judgment | | Type of service | |

| **Children** *(if paternity action, fill in date of birth)* | Name | D.O.B. *(If paternity action)* | Name | D.O.B. *(If paternity action)* |
| --- | --- | --- | --- | --- |
| | 1. | | 4. | |
| | 2. | | 5. | |
| | 3. | | 6. | |

| Order | | |
| --- | --- | --- |
| **Additional Orders** | | **See orders entered in NNHFA195046828S.** |

| By the Court | Signed (Judge/F.S.M./Asst. Clerk) | Date of Order |
| --- | --- | --- |
| **SANDRA S SOSNOFF-BAIRD, F.S.M.** | **Dylan Wingard (By the Clerk 089998)** | **12/3/2019** |

**This document has been signed electronically in compliance with the State of Connecticut Judicial Branch E-Filing Procedures and Technical Standards which can be found at www.jud.ct.gov**

| NNH–FA19–6096801–S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | JUDICIAL DISTRICT<br>OF NEW HAVEN |
| v. | : | AT NEW HAVEN, CONNECTICUT |
| MATTHEW LODICE | : | NOVEMBER 5, 2019 |


BEFORE THE HONORABLE DONALD R. GREEN, MAGISTRATE


A P P E A R A N C E S :


Representing the Plaintiff:

    MS. THEODORA ANTAR
    Self-Represented Party
    856 Shagbark Drive
    Orange, Connecticut 06477


Representing the Defendant:

    MR. MATTHEW LODICE
    Self-Represented Party
    48 Quarry Hill Road
    Waterbury, Connecticut 06706


Also Present:

    ATTORNEY GAIL LAWRENCE
    Assistant Attorney General


Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**JAN 2 1 2020**

**CHIEF CLERK'S OFFICE**

Recorded By:
Meghan Gleason

Transcribed By:
Shannon Turbert
Court Recording Monitor
235 Church Street
New Haven, Connecticut 06510



1    ATTY. LAWRENCE:  Your Honor, if we could please

2    go to number 1 on today's calendar and that is the

3    matter of Theodora Antar and Matthew Lodice.

4        THE CLERK:  Both please raise your right.  Do

5    you both solemnly swear and sincerely affirm

6    everything -- all the evidence that you will be

7    giving today be the truth, the whole truth, and

8    nothing but the truth so help you God or upon penalty

9    of perjury?

10       MS. ANTAR:  Yes.

11       MR. LODICE:  Yes, your Honor.

12       THE CLERK:  Please state your name and address

13   for the record.

14       Ma'am, you first.

15       MS. ANTAR:  Theodora Antar, 856 Shagbark Drive,

16   Orange, Connecticut, 06477.

17       THE CLERK:  Thank you.

18       Sir.

19       MR. LODICE:  Matthew Lodice, 48 Quarry Hill

20   Road, Waterbury, Connecticut.

21       ATTY. LAWRENCE:  Your Honor, this is a support

22   petition, first time on.  Defendant was served at his

23   usual place of abode on October 1st, 2019.  I have

24   appearances for both parties and financial affidavits

25   which have been prepared.  I'll pass those forward.

26       THE COURT:  The Court finds proper service in

27   this matter.  The defendant Mr. Matthew Lodice was

1    served at the usual place of abode 48 Quarry Hill

2    Road, Waterbury, Connecticut on October 1st, 2019.

3    The defendant is also present in court.

4         ATTY. LAWRENCE:  Thank -- thank you, your Honor.

5         If I may inquire?

6         THE COURT:  You may.

7         ATTY. LAWRENCE:  Thank you.

8         Ma'am, I'm showing you a photocopy of an

9    acknowledgment of paternity for the child Angelina

10   Maria Lodice who was born on May 21st, 2019.  And,

11   ma'am, do you recognize your signature on this

12   photocopy?

13        MS. ANTAR:  Yes.

14        ATTY. LAWRENCE:  You signed this on May 22nd,

15   2019?

16        MS. ANTAR:  Yes.

17        ATTY. LAWRENCE:  And you name Matthew John

18   Lodice who's standing to your immediate right as

19   Angelina's father.  Is that correct?

20        MS. ANTAR:  Yes.

21        THE COURT:  Within 60 days of signing this form,

22   ma'am, did you contact Department of Public Health

23   and say the information's incorrect?

24        MS. ANTAR:  No.

25        ATTY. LAWRENCE:  Thank you.

26        Sir, I'm showing you the same photocopy for

27   Angelina.  And do you recognize your signature, sir?

```
 1              MR. LODICE:  Yes.

 2              ATTY. LAWRENCE:  You signed this on May 22nd,

 3     2019 also?

 4              MR. LODICE:  Yep.

 5              ATTY. LAWRENCE:  And you understand when you

 6     signed this, you took legal responsibility for

 7     Angelina?

 8              MR. LODICE:  Yes.

 9              ATTY. LAWRENCE:  And, sir, within 60 days of

10     signing this form did you contact Department of

11     Public Health --

12              MR. LODICE:  No, I did not.

13              ATTY. LAWRENCE:  -- and say this information was

14     incorrect?

15              MR. LODICE:  No.

16              ATTY. LAWRENCE:  Thank you, sir.

17              Is it all right with the both of you if the

18     Court accepts this document as proof of Mr. Lodice's

19     duty to support Angelina along with mom?

20              MS. ANTAR:  Yes.

21              MR. LODICE:  Yes.

22              ATTY. LAWRENCE:  Thank you, ma'am.

23              Thank you, sir.

24              State's A please.

25              THE COURT:  The Court finds a duty to support

26     the minor child Angelina Lodice, date of birth May

27     21st, 2019, based on a copy of the acknowledgment of
```

1   paternity.

2          ATTY. LAWRENCE:  Thank you, your Honor.

3          So, Miss Antar, your child is currently a

4   recipient of HUSKY insurance.  Is that correct?

5          MS. ANTAR:  Yes.

6          ATTY. LAWRENCE:  Are you looking for child

7   support today?

8          MS. ANTAR:  Yes, I am.  And I also would like to

9   -- to speak with you about the situation with Mr.

10  Lodice's income 'cause I believe that based on the

11  numbers that they -- that he put on the financial

12  affidavit, it doesn't accurately represent the

13  income.

14         ATTY. LAWRENCE:  Okay.  Let's do one thing at a

15  time.

16         MS. ANTAR:  Okay.

17         ATTY. LAWRENCE:  So, ma'am, you're looking for

18  current support.  Are you also looking for past due

19  support?

20         MS. ANTAR:  Yes.

21         ATTY. LAWRENCE:  And my understanding is that

22  you're looking for past due support from the period

23  May 21st, 2019 through today's date.  Is that

24  correct?

25         MS. ANTAR:  Correct.

26         ATTY. LAWRENCE:  And that is about 24 weeks and

27  that's more or less the date that the two of you

```
1    split up or?
2         MS. ANTAR:  We were never together.
3         ATTY. LAWRENCE:  Okay.  But that -- the date,
4    you're satisfied with that date?
5         MS. ANTAR:  Correct.
6         ATTY. LAWRENCE:  Okay.
7         MR. LODICE:  Can I object to this, your Honor?
8         THE COURT:  No.  You -- you -- you get the
9    chance to speak, sir.
10        MR. LODICE:  Okay.
11        ATTY. LAWRENCE:  Yeah, this is not television.
12        MR. LODICE:  I -- I -- I don't know.
13        ATTY. LAWRENCE:  It's one thing at a time --
14        MR. LODICE:  Okay.  I'm just curious.
15        ATTY. LAWRENCE:  -- one person at a time, and I
16   get to ask the questions.
17        THE COURT:  Yeah.  One -- one person speaks at a
18   time because we have a monitor who needs to record
19   everything that's happening.
20        MR. LODICE:  Okay.
21        ATTY. LAWRENCE:  Okay.  So, Miss Antar, you're
22   looking for current and past due support.  And you're
23   currently employed.  Is that correct?
24        MS. ANTAR:  Correct.
25        ATTY. LAWRENCE:  And you've completed a
26   financial affidavit which has been submitted to the
27   Court?
```

1      MS. ANTAR:  Correct.

2           ATTY. LAWRENCE:  And your --

3      MS. ANTAR:  I also have more documents I wanted

4   to submit to the Court.

5      ATTY. LAWRENCE:  Yeah.  No, I -- ma'am, I

6   understand.

7      MS. ANTAR:  Okay.

8      ATTY. LAWRENCE:  Please let me do one thing at a

9   time.

10      MS. ANTAR:  Sure.

11      ATTY. LAWRENCE:  Your Honor, it does not appear

12   that mother's income has been included in the

13   guidelines.  So if we could pass this briefly.

14      THE COURT:  All right.  The Court will pass this

15   matter.  The State will need to run --

16      ATTY. LAWRENCE:  Oh, no.  I picked up the wrong

17   one.

18      THE COURT:  Okay.

19      ATTY. LAWRENCE:  So, I don't need the stuff

20   that --

21      THE COURT:  Then we will not pass it.

22      ATTY. LAWRENCE:  -- is incorrect.  So I don't

23   need this.  I don't need that.  And --

24      Okay.  No, that's fine.  I just don't need this

25   because it doesn't include her income.

26      So let me inquire of Mr. Lodice.

27      Mr. Lodice, you're currently employed.  Is that

1    correct?

2         MR. LODICE:  Yes.

3         ATTY. LAWRENCE:  And what kind of work do you

4    do, sir?

5         MR. LODICE:  Contractor.

6         ATTY. LAWRENCE:  And indoor or outdoor?

7         MR. LODICE:  Outdoor.

8         ATTY. LAWRENCE:  And, sir, are you self-employed

9    or do you work for a company?

10         MR. LODICE:  Self-employed.

11         ATTY. LAWRENCE:  And how long have you been at

12    the -- working at this company?

13         MR. LODICE:  Two years, in a year and a half.

14         ATTY. LAWRENCE:  Okay.  Now, my understanding is

15    that you have some -- you have another child support

16    order in the amount of $157 a week.  Is that correct,

17    sir?

18         MR. LODICE:  Yes, your Honor.  Yes.

19         ATTY. LAWRENCE:  Okay.  And you have your income

20    tax records today.  Is that correct?

21         MR. LODICE:  Yes.

22         ATTY. LAWRENCE:  And they indicate that you have

23    an income of -- an adjusted gross of about $13,000 a

24    year?

25         MR. LODICE:  Yes.

26         ATTY. LAWRENCE:  And how many months out of the

27    year do you work, sir?

1      MR. LODICE:  Ten, ten and change.

2      ATTY. LAWRENCE:  I'm sorry.  Ten?

3      MR. LODICE:  Yeah.  About ten months.

4      ATTY. LAWRENCE:  And, sir, how do you support

5  yourself on $13,000 a year?

6      MR. LODICE:  I live in my mother's house and my

7  only bills outside of my employment are my phone and

8  my car.

9      ATTY. LAWRENCE:  And, sir, you had an -- you had

10  a tax preparer prepare your income tax?

11      MR. LODICE:  Yes.

12      ATTY. LAWRENCE:  And in your income tax, of

13  course, we all know it's axiomatic that income taxes

14  are prepared in order to allow you to pay the least

15  amount of income tax.

16      MR. LODICE:  What do you mean?

17      ATTY. LAWRENCE:  A lot of times self-employed

18  individuals have the opportunity to take certain

19  deductions that people who are W-2 employees cannot

20  take.

21      MR. LODICE:  Yes, because they have other

22  financial obligations due to their business.  Yes.

23      ATTY. LAWRENCE:  Yes.

24      Okay.  So how much on an average, in an average

25  week, do you bring home or do you pay yourself?

26      MR. LODICE:  I mean, that's varies very much

27  weekly.

1    ATTY. LAWRENCE:  That's why I asked for an

2    average, sir.

3    MR. LODICE:  Average -- now, you're saying

4    before the deductions?

5    ATTY. LAWRENCE:  Before deductions, sir.

6    MR. LODICE:  About a thousand.  A week?

7    ATTY. LAWRENCE:  Yes, sir.

8    MR. LODICE:  Before deductions?

9    ATTY. LAWRENCE:  Average.

10   MR. LODICE:  Yeah.

11   ATTY. LAWRENCE:  Before deductions, sir, yes.

12   MR. LODICE:  A thousand.

13   ATTY. LAWRENCE:  Gross about $1,000?

14   MR. LODICE:  Yeah.

15   ATTY. LAWRENCE:  And what deductions do you take

16   out of that, you yourself?

17   MR. LODICE:  My car and then office expenses.

18   ATTY. LAWRENCE:  And where's your office, sir?

19   MR. LODICE:  My address.

20   ATTY. LAWRENCE:  And you take a tax deduction on

21   your office?

22   MR. LODICE:  Yes.

23   ATTY. LAWRENCE:  Okay.  And you have the tax

24   deductions on your car?

25   MR. LODICE:  Yes.

26   ATTY. LAWRENCE:  And what other expenses do you

27   take out of your taxes, out of your -- what you pay

1    yourself each week?

2         MR. LODICE:  I'd have to look at the paper but

3    there's things like office supplies, printer paper,

4    computer supplies, stuff like that.

5         ATTY. LAWRENCE:  So do you pay those as you go

6    along?

7         MR. LODICE:  Yes.

8         ATTY. LAWRENCE:  And are those weekly expenses?

9         MR. LODICE:  They vary throughout the year.  I

10   mean, it depends when I need them.

11        ATTY. LAWRENCE:  Okay.  And what kind of

12   renovations do you do or construction?  Is it new

13   constructions, renovations?

14        MR. LODICE:  Renovations.

15        ATTY. LAWRENCE:  And what kind -- what kind --

16        MR. LODICE:  I do sales for the renovations.

17        ATTY. LAWRENCE:  So you don't do the actual

18   construction?

19        MR. LODICE:  I don't do the -- the renovations

20   themselves.

21        ATTY. LAWRENCE:  Okay.  And you're subcontracted

22   to someone else?

23        MR. LODICE:  Yes.

24        ATTY. LAWRENCE:  And what company is that?

25        MR. LODICE:  That's -- wait, I subcontract.  No.

26   So, I do the sales.  I'm paid -- so I'm a

27   subcontractor for a remodeling company.  What I do is

```
1    I get the bids and I sell the job and then this

2    remodeling company does the work.

3         ATTY. LAWRENCE:  I'm sorry, what'd you -- I'm

4    sorry.  I didn't catch all that.

5         MR. LODICE:  No.  I was saying so I -- I work

6    for myself as a salesman through a remodeling

7    company.  So a remodeling company gives me leads; I

8    run the appointments and stuff, try to sell the job,

9    and then sell the job, and then the remodeling

10   company is the one that does it.

11        ATTY. LAWRENCE:  So are you actually employed

12   by the -- the remodeling company?

13        MR. LODICE:  No.

14        ATTY. LAWRENCE:  So how do they determine your

15   remuneration?  How do they pay you?

16        MR. LODICE:  It's a commission percentage based

17   on the total sales of the job.

18        ATTY. LAWRENCE:  And does that commission vary

19   from time to time?

20        MR. LODICE:  Yes.

21        ATTY. LAWRENCE:  So, sir, I'm gonna show you an

22   income disclosure from Casanova Remodeling Company --

23        MR. LODICE:  Mm-hmm.

24        ATTY. LAWRENCE:  -- which was requested by the

25   Department of Social Services which indicates that

26   they -- as a subcontractor, they pay you $60,000 a

27   year.
```

```
1              MR. LODICE:  Yes.

2              ATTY. LAWRENCE:  Okay.

3              MR. LODICE:  I mean, it was 55,000 but yes.

4              ATTY. LAWRENCE:  Well, your income tax says

5      fifty -- 55,000 but they're saying that they pay you

6      60,000.

7              MR. LODICE:  Okay.

8              ATTY. LAWRENCE:  Okay.  And, ma'am, let me show

9      you this before I submit it to the Court.  It is a

10     income disclosure that is -- is part of the ordinary

11     investigative process that Department of Social

12     Service does.  And while they hadn't filled out the

13     periods, they do indicate that 60,000 a year.

14             Do you have an objection to the Court accepting

15     this?

16             MR. LODICE:  No, not at all.

17             ATTY. LAWRENCE:  Ma'am.

18             MS. ANTAR:  No.

19             ATTY. LAWRENCE:  State's B, your Honor.

20             THE CLERK:  B.

21             THE COURT:  State's B.  Yep.

22             THE CLERK:  Thank you.

23             ATTY. LAWRENCE:  And let me let the Court look

24     at it before we proceed.

25             (Whereupon there was a pause in the

26     proceedings.)

27             THE COURT:  All right.  Attorney Lawrence.
```

1          ATTY. LAWRENCE:  Thank you, your Honor.

2          So, Mr. Lodice, you indicated that you have

3    additional expenses that obviously are not calculated

4    in that -- in that wage verification.  Did you want

5    to submit that information to the Court to show what

6    those expenses are?

7          MR. LODICE:  Yes.

8          ATTY. LAWRENCE:  Okay.  So what are you

9    submitting?

10          MR. LODICE:  My W-2 which has all the expenses

11    written on there.

12          ATTY. LAWRENCE:  You have a W-2 in here?

13          MR. LODICE:  Not a W-2, excuse me, 1099.

14          ATTY. LAWRENCE:  So these are kind of out of

15    order, sir.  You wanna put those in order so the

16    Court can review them?  Schedule C doesn't go on top.

17          MR. LODICE:  I'm not sure exactly what order

18    this goes in.  It's not listed by page number.  I

19    don't know what you're looking for for an order.  I

20    think this one was the first one initially.

21          ATTY. LAWRENCE:  Yep, that's the top one.  So

22    that's Schedule 1; that's Schedule C.

23          (Whereupon there was a pause in the

24    proceedings.)

25          ATTY. LAWRENCE:  Forty-five, sixty-two.  This is

26    part of the depreciation so -- the other part of

27    Schedule C.  All right.

```
 1              THE COURT:  Attorney Lawrence, do you think this

 2       may require a special hearing?

 3              ATTY. LAWRENCE:  Possibly, your Honor.

 4              This is Defendant's --

 5              THE CLERK:  Defendant's 1.

 6              ATTY. LAWRENCE:  The State has no objection.

 7              You have no objection, right?

 8              MS. ANTAR:  I did have an objection.  I want --

 9              ATTY. LAWRENCE:  I mean, but to the Court seeing

10       the --

11              MS. ANTAR:  No, not to them seeing it.

12              ATTY. LAWRENCE:  That.  That's -- that's where

13       we are right --

14              THE COURT:  Okay.

15              MS. ANTAR:  But to what he said.

16              ATTY. LAWRENCE:  That's where we are right now.

17              MS. ANTAR:  Okay.

18              THE CLERK:  Defendant's 1, your Honor.

19              (Whereupon there was a pause in the

20       proceedings.)

21              THE COURT:  You wanna redact the defendant's

22       Social --

23              ATTY. LAWRENCE:  Oh, yes, you do.

24              THE COURT:  -- on -- on these documents.

25              ATTY. LAWRENCE:  Sorry about that, your Honor.

26              THE COURT:  Yeah.

27              (Whereupon there was a pause in the
```

```
 1    proceedings.)
 2         ATTY. LAWRENCE:  Sorry about that, your Honor.
 3         THE COURT:  No problem.
 4         ATTY. LAWRENCE:  Thank you.
 5         THE COURT:  Okay.
 6         (Whereupon there was a pause in the
 7    proceedings.)
 8         THE COURT:  All right.  Attorney Lawrence.
 9         ATTY. LAWRENCE:  Yes.
10         Mr. Lodice, how long have you been a
11    subcontractor for this company?
12         MR. LODICE:  Since March of last year, March of
13    2018 so.
14         ATTY. LAWRENCE:  Since two thousand when?  Since
15    2018?
16         MR. LODICE:  Yeah.  So, 20 months.
17         ATTY. LAWRENCE:  So then that would explain why
18    for the year of 2018 they -- your -- your records
19    report a 55,000-dollar-a-year income.  Were they
20    perhaps projecting into 2019 what they're paying you?
21         MR. LODICE:  I don't understand the question.
22    Can you repeat that?
23         ATTY. LAWRENCE:  Well, you said you only started
24    in March and they indicated that you -- and you were
25    commenting that your income tax for 2018 reflects
26    $55,000 a year.  The wage verification from last
27    month reflects an income of 60,000.  And is it -- are
```

1  they paying you more than they did last year?

2      MR. LODICE:  No, no.  He just put it there as,

3  like, 'cause he thought it was about 60,000.  He

4  probably didn't have the exact number at the time

5  that he wrote it so he wrote 60,000 'cause he knew it

6  was close to that.

7      ATTY. LAWRENCE:  Okay.  And --

8      THE COURT:  The Court -- the Court will note,

9  Attorney Lawrence, that State's Exhibit B indicates

10  there was a date of hire in 2016 to current.

11      ATTY. LAWRENCE:  Oh, the date of --

12      THE COURT:  On the income disclosure form.

13      MR. LODICE:  There is a date of a hire?

14      THE COURT:  Indicates he's a subcontractor,

15  1099, and earns $60,000 a year.

16      MR. LODICE:  That's wrong.  I wasn't hired in

17  2016.  I didn't start there till last year.

18      THE COURT:  Well, that's what the income

19  disclosure form indicates, sir.

20      MR. LODICE:  That's not accurate.  I mean, he

21  must have wrote it wrong.  I mean, we can -- wait,

22  we're in 2019.  Right?  Yeah.  I started last year.

23      ATTY. LAWRENCE:  And, sir, you indicated you

24  work about ten months out of the year?

25      MR. LODICE:  Yes.

26      ATTY. LAWRENCE:  And what do you do the other

27  two months?

1      MR. LODICE:  Well, hopefully find some kind of

2      work or just hang -- mostly hang out with the kids.

3      I -- I don't get to see my other children as much

4      during this work year because I'm always on the road

5      and doing things so usually during the -- these two

6      months, I change my visitation with the children with

7      my ex-wife and I see them a lot more.

8          ATTY. LAWRENCE:  Okay.  As an independent

9      contractor, what -- what exactly do you do for

10     Casanova?

11         MR. LODICE:  I do -- I sell the jobs.  So if you

12     needed a new roof for your house, you would have

13     someone like me come in and I would measure it out,

14     price it; you would say yes; I would take all the

15     informations, write the contract, sign up for you,

16     and then pass the information along to the remodeling

17     company and then they would do the work.

18         ATTY. LAWRENCE:  And, sir, did you -- what is

19     your area?

20         MR. LODICE:  We do all over.  I do Mass.,

21     Connecticut, New Hampshire, Vermont, Rhode Island.

22     Basically, from Maine all the way down to

23     Pennsylvania.

24         ATTY. LAWRENCE:  Okay.

25         I have no other questions for this witness at

26     this time, your Honor.

27         THE COURT:  Okay.

1          ATTY. LAWRENCE:  If I may inquire of mother?

2          THE COURT:  You may.

3          ATTY. LAWRENCE:  Miss Antar, you indicated that

4     you are not in agreement with the defendant's claims.

5     What information do you have as to his income?

6          MS. ANTAR:  Okay.  So, just to clarify, Matthew

7     is a salesman that he's employed by Casanova

8     Remodeling.  So I'm also employed Casanova

9     Remodeling.  We're both paid as 1099 independent

10    contractors but we are employed by that company.  He

11    has business cards with his name on it from Casanova

12    Remodeling.  He's one of the salesmen.  We have a

13    group chat with the owner and all the salesmen.  I'm

14    also in the group chat.  They post their sales.  He

15    gets a commission which is -- doesn't' vary.  It's

16    ten percent of the total sale that's up to their par

17    plus 50 percent of everything above that par.  I

18    have --

19         ATTY. LAWRENCE:  I'm sorry.  Ten percent of the

20    total sales and then --

21         MS. ANTAR:  Of the par.  And then anything --

22         ATTY. LAWRENCE:  And what is -- what is that?

23         MS. ANTAR:  So, like, let's say on a roof his

24    par is 8,000 and he sells it for 8,000, his

25    commission would be 10 percent; he would make 800.

26    If he sells it for 10,000, it's 2,000 over par; he

27    makes 50 percent of the overage.  So if he sold it

1    for 2,000 over, he'd make an additional thousand on
2    that sale.  I have his sales sheet for 2019.  Like I
3    said, I'm the office manager.
4        I handle everything in the office.  This also
5    was updated recently and it shows all the checks that
6    he receives.  And he gets every check up front.  You
7    know, plus a last check that he received which was
8    for sixty-seven oh seven.  So, as of this year to
9    date, he's made -- and he's received and taken home
10   $71,753.25.
11       His income projected for the end of the year
12   with what's owed to him is almost double what it was
13   last year because this year he's worked a full year
14   whereas last year, like he said, he didn't begin
15   until March.
16       I also have a deposit slip from the last -- the
17   last check that he received that was for sixty-seven
18   oh seven.  In terms of his expenses, the -- the boss
19   actually pays for all of the hotels, all of the
20   travel expenses, the gas, the mileage; the boss
21   reimburses us for all of that.  And if you'd like to
22   subpoena him, he said that he has no problem coming
23   to court and clarifying any of this information
24   because I did speak to him about this already.
25       ATTY. LAWRENCE:  Okay.  So back up a little,
26   ma'am.  You're giving a lot of information.
27       MS. ANTAR:  Sure.

1    ATTY. LAWRENCE:  So how did you come about that

2    information that you're holding?

3    MS. ANTAR:  I'm the office manager for Casanova

4    Remodeling so I actually printed it out.  And --

5    ATTY. LAWRENCE:  So that is information that you

6    would normally have available to you?

7    MS. ANTAR:  Yes.  And I --

8    ATTY. LAWRENCE:  And do you have that -- do you

9    have that information for all employees?

10    MS. ANTAR:  Correct.

11    ATTY. LAWRENCE:  Okay.  And now you were saying

12    you printed that out.  When did you print it out?

13    MS. ANTAR:  This one was -- this one was from

14    the end of September.  So this was from September

15    23rd.  But, like I said, since then I added some -- I

16    added the other ones that came in.

17    ATTY. LAWRENCE:  Okay.  So the printout is

18    actually -- is as of September 23rd, 2019 and you've

19    made additional hand-written notations --

20    MS. ANTAR:  Yeah, for each sale.

21    ATTY. LAWRENCE:  Let me finish my sentence,

22    ma'am.

23    MS. ANTAR:  Yep.

24    ATTY. LAWRENCE:   -- made hand-written notations

25    bringing it up to what date?

26    MS. ANTAR:  Up to current of what he's taken

27    home.

1      ATTY. LAWRENCE:  Okay.  Current being, what,

2    last Friday, this Monday?

3      MS. ANTAR:  Last Friday.

4      ATTY. LAWRENCE:  Okay.  So that would have been

5    November 1st?

6      MS. ANTAR:  Correct.

7      ATTY. LAWRENCE:  We're telling the Court a story

8    so we have to keep -- we have to make sure that all

9    the story is -- is clear on the record.

10      MS. ANTAR:  Okay,

11      ATTY. LAWRENCE:  Okay.  That's why -- I mean,

12    the questions may sound kind of silly but there's a

13    -- a point to them.

14      MS. ANTAR:  Okay.

15      ATTY. LAWRENCE:  All right.  So, ma'am, you're

16    -- also indicated that the defendant is reimbursed

17    for gas and mileage.  And what else did you say?

18      MS. ANTAR:  Hotels.  Also, he doesn't have to

19    pay anything for the printing.  He doesn't have an

20    office.  He lives at home in his mother's basement;

21    there's no office there.

22      ATTY. LAWRENCE:  Okay.  Let me ask that

23    specifically.

24      Does he have an office on the premises at

25    Casanova?

26      MS. ANTAR:  No, he does not.

27      ATTY. LAWRENCE:  So where do you -- did the two

1      of you ever live together?

2            MS. ANTAR:  No.

3            MR. LODICE:  Yes.

4            MS. ANTAR:  We did not.  He's -- he spent time

5      staying at my house but he has been living at his

6      mother's house in the mother's basement.

7            MR. LODICE:  We lived with each other for three

8      months.

9            MS. ANTAR:  I live alone with my two children.

10           ATTY. LAWRENCE:  Sir, sir.

11           THE COURT:  One person at time, sir.

12           MR. LODICE:  Sorry.

13           ATTY. LAWRENCE:  You'll get a chance to respond,

14     sir.

15           MR. LODICE:  Okay.

16           ATTY. LAWRENCE:  So you're not aware that

17     whether or not he has a -- a -- a desk at his

18     mother's house that is committed to -- to this work?

19           MS. ANTAR:  He does not.  He has a desk in his

20     mother's -- in his room in his mother's house but it

21     is not an office.  Most of his work, like, you know,

22     what he does is he goes out to each appointment; he

23     -- he brings a contract with him; he -- you know, he

24     -- if he sells the deal, if he signs the contract; he

25     brings the contract back to our office which is

26     located at 269 Main Street in Terryville which is --

27     the property is owned by the owner of the company

1       John Casanova.  It's an office that was just opened

2       earlier this year back in, I wanna say, April he

3       opened it.  And so, in that office he has a

4       conference table; he has three printers, computers.

5       So Matthew along with the other sales guys, will come

6       in; they'll print their pictures; they'll -- they'll

7       get their materials.  Anything they need, coffee,

8       water, everything, is provided by the owner.  Every

9       time that Matthew has a toll, the owner will

10      reimburse him.  Every time he has -- he has -- gives

11      him a certain amount for gas.  He also gives him --

12      the hotels are always paid.

13          ATTY. LAWRENCE:  Okay.

14          MS. ANTAR:  So every expense that they have is

15      provided by the employer.  He doesn't have any other

16      purpose of having an office because him -- he is

17      employed by Casanova Remodeling.

18          And, like, I, as the office manager, handle the

19      calendar for all of the salesmen, including Matthew.

20      I have a Google calendar on my phone showing the

21      past, you know, three months of appointments he's run

22      and all of that.  You know, every time there's an

23      appointment, I'm the one who sends it to him along

24      with the sales manager 'cause we're both managers for

25      the company.  So, you know, it's pretty straight

26      forward where, you know, he's -- you know, he has his

27      boss that's a sales manager and I'm the office

```
 1      manager.  The sales manager and I work together.  We
 2      hand out the appointments, we give them the
 3      appointments, and then he has a chance to run it.  If
 4      he sells it, he hands in the contract to the boss and
 5      then he gets, you know, half of his commission up
 6      front; the other half when the job is done and is
 7      completely paid for.  So that's why he calls it in
 8      the pipe.  Whatever he has in the pipe is money
 9      that's still owed to him for the rest of the year.
10      And so this year he's made significantly more than he
11      did last year.  And, you know, as you can see with
12      all these checks, including this most recent one,
13      it's -- it's ridiculous to say he makes 13,000 which
14      then how are you eating?  How are you doing any of
15      that?  It's -- he's lying about his income and trying
16      to use the 1099 as an excuse which is why I think we
17      should go by, you know, this sales information here,
18      the number I have is he's made 71,753 take -- taken
19      home that much this year so far.
20          THE COURT:  All right.  Attorney Lawrence --
21          ATTY. LAWRENCE:  So, ma'am --
22          Just one question.
23          THE COURT:  We're gonna need a special hearing
24      on this.
25          ATTY. LAWRENCE:  Yeah, I think so.
26          If we could have a transcript of this and
27      continue this for a special hearing.
```

1      THE COURT:  Yeah.

2      ATTY. LAWRENCE:  I did have one other question,

3  ma'am.  Mr. Lodice reported that he only works about

4  ten months out of the year.  Is that -- is that your

5  understanding?  Is that correct?

6      MS. ANTAR:  Not -- not technically because it's

7  not like he's officially laid off.  But during, like,

8  you know, November and December it's kind of slow

9  where there's really not many appointments going

10  around.  But, you know, he's still, like, on-call.

11  If -- if they had an appointment, they could still

12  call him and say, hey, you wanna take this and he can

13  do it.  So it's not like he's, like, told that he

14  can't work at all.  He just -- we don't really have

15  much business in the Christmas and Thanksgiving

16  season.

17      THE COURT:  Anything else, Attorney Lawrence?

18      ATTY. LAWRENCE:  That's it.  That's it for this

19  time, your Honor.

20      THE COURT:  All right.  The Court -- the Court

21  is gonna set this matter down for a special hearing

22  because it's gonna take more time than the Court has

23  today on today's calendar.  Give you a chance to both

24  present your sides of the -- of the case and so the

25  Court can be more thorough and -- and make an

26  informed decision.

27      MS. ANTAR:  Okay.

```
 1        THE COURT:  At the hearing, you -- you're

 2   welcome to bring any -- any witnesses you might have

 3   to testify on your behalf as well.

 4        MS. ANTAR:  Okay.

 5        THE COURT:  Okay.

 6        THE CLERK:  Your Honor --

 7        ATTY. LAWRENCE:  I --

 8        THE CLERK:  -- does the A --

 9        ATTY. LAWRENCE:  Same with you, sir.

10        THE CLERK:  -- does the AAG need to be present

11   for this matter?

12        THE COURT:  Yes.

13        ATTY. LAWRENCE:  It's our petition, so yeah.

14        THE CLERK :  So would you like a UIFSA day?  A

15   Tuesday or a Thursday or -- or a Friday.

16        ATTY. LAWRENCE:  Well, my problem is that -- I

17   guess you could put it on a UIFSA day in the

18   afternoon for Attorney Guido 'cause I have UIFSA in

19   Waterbury.

20        THE COURT:  All right.  Let's do it, like, 2

21   o'clock --

22        THE CLERK:  All right.  We'll do --

23        THE COURT:  -- so we have the whole afternoon.

24        THE CLERK:  We can do December 2nd, your Honor.

25        ATTY. LAWRENCE:  As long as we have the

26   transcript there so that Attorney Guido and the Court

27   can review it.
```

27

```
1          THE CLERK:  Can you get it by then?
2      All right.  December 2nd, 2 o'clock.
3          THE CLERK:  All right.  This matter is continued
4      to December 2nd at 2 o'clock for a special hearing.
5          Okay.  Again, bring any -- any and all
6      documentation that you might have or any witnesses
7      that you may think --
8          MR. LODICE:  Okay, your Honor.
9          THE COURT:  -- that you wanna call on that date.
10     Okay.
11         MR. LODICE:  Thank you, your Honor.
12         MS. ANTAR:  Thank you.
13         THE COURT:  All right.  You both are excused.
14         MS. ANTAR:  Thank you.
15         ATTY. LAWRENCE:  Thank you, ma'am.
16     Thank you, sir.
17         MR. LODICE:  Thank you.
18
19
20
21
22
23
24
25
26
27
```

```
NNH-FA19-6096801-S              :    SUPERIOR COURT

THODORA ANTAR                   :    JUDICIAL DISTRICT
                                     OF NEW HAVEN

v.                              :    AT NEW HAVEN, CONNECTICUT

MATTHEW LODICE                  :    NOVEMBER 5, 2019
```

C E R T I F I C A T I O N

    I hereby certify the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of New Haven, Connecticut, before the Honorable Donald Green, Magistrate, on the 5th day of November, 2019.

    Dated this 13th day of December, 2019 in New Haven, Connecticut.

Shannon B. Turbert
Court Recording Monitor

Docket Number: NNH-FA19-6096801 S

SUPERIOR COURT OF
CONNECTICUT

Plaintiff _Theodora F. Antar_

JUDICIAL DISTRICT OF
NEW HAVEN
AT NEW HAVEN

v.

Defendant _Matthew J. Lodice_

Date:

## MOTION TO TRANSFER

The Plaintiff / Defendant respectfully moves that this matter be transferred to the
_Milford Superior Court_ for the following reason(s):

I reside in Orange, CT since December 2017.
Since I am in the jurisdiction of
Milford Superior court due to my address, I
am requesting that my case be moved.

By the Plaintiff / Defendant

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**

**MAR 29 2022**

**CHIEF CLERK'S OFFICE**

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all parties of record including:

Matthew Lodice
78 Quarry Hill Rd
Waterbury, CT

(Signature)

111

Docket Number: _NNHFA1960168801_

SUPERIOR COURT OF
CONNECTICUT

JUDICIAL DISTRICT OF
NEW HAVEN
AT NEW HAVEN

Plaintiff _Theodora Artar_

v.

Defendant _Matthew Lodice_

Date:

### ORDER

The foregoing is hereby granted / denied.

_____

**Order For Hearing and Summons** *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[X] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** ➡ | Superior Court, Judicial District of  New Haven | | Date 5/6/22 |
|---|---|---|---|
| | Court Address  235 church st New Haven ct | Room Number  3A | Time 2:00pm |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served  Matthew Lodge | Address |
|---|---|
| By the Court  Osm Ferguson | Assistant Clerk/Support Enforcement Officer | Date Signed 4/1/22 |

**Order**   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   **and**   [ ] **Further orders** *(if applicable)*:

_____

_____

_____

| By the Court  *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [X] Waived

JD-FM-174 (Back/Page 2)  Rev. 2-13

# APPLICATION FOR WAIVER OF FEES/ PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75  Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6
*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied and, upon request, schedule a hearing.

**To: The Superior Court**

| Name of case (Name of plaintiff v. Name of defendant) | Docket number (If applicable) |
|---|---|
| Antar, Theodora F. vs. Ladue, Matthew J | NNH-FA19-6096801-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church St, New Haven, CT |

| Name of applicant (Last, first, middle initial) | Address of applicant (Number, street, town, state and zip code) | Phone number |
|---|---|---|
| Antar, Theodora, F. | 856 Shagbark drive, Orange, CT 06477 | 2032738419 |

## Type of proceeding (select all that apply)

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other (ex parte custody, etc.) (Specify): Motion to Transfer
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs I owe (select all that apply)

- [ ] Entry fee (fee to file a new case)
- [ ] Filing fee(s) (fee to file motion, etc.)
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other (certified copy of judgment, etc.) (Specify):
- [x] Costs of service of process (delivery of papers by a marshal or other proper officer)
- [ ] Costs for participating in parenting education program C.G.S. § 46b-69b
- [ ] Cost of the transcript for appeal

*FILED
SUPERIOR COURT
Judicial District of New Haven
APR 05 2022
CHIEF CLERK'S OFFICE*

## Grounds for Appeal (Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)

The grounds on which I propose to appeal are: _____

## Appointment of Counsel (This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)

- [ ] I ask that the court appoint an attorney to represent me.

## Financial Affidavit

### 1. Dependents (people supported by you)

Total number of dependents (not including yourself) [2]

### 2. Monthly Income

| | |
|---|---|
| A. Gross monthly income (before deductions) | 2,000.00 |
| B. Net monthly income (after taxes) from employment | + |
| C. Other income (TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here): Child support | 460.00 |
| Total Monthly Income (B+C) | = 2,460.00 |

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 2000.00 |
| B. Real Estate Taxes | 46.66 |
| C. Utilities (telephone, electric, water, gas, cable, etc.) | 845.00 |
| D. Food, not including SNAP (food stamps) | 950.00 |
| E. Clothing | 10.00 |
| F. Insurance Premiums (medical/dental, auto, life, home) | 625.00 |
| G. Medical/Dental (costs not covered by insurance) | 200.00 |
| H. Transportation (bus, gasoline, etc.) | 825.00 |
| I. Child Care | 680.00 |
| J. Other (child support, alimony, etc.) (Specify): | |
| Total Monthly Expenses | 6551.66 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | *Real Estate* |
| B. Motor Vehicles | 8,000.00 | 12,000.00 | *Motor Vehicle* -4000.00 |
| C. Other Personal Property (for example, jewelry, furniture, etc.) | | | *Other Property* |
| D. Savings Account Balance (Total of all accounts) | | | *Savings* 35.00 |
| E. Checking Account Balance (Total of all accounts) | | | *Checking* 200.00 |
| F. Cash | | | *Cash* 100.00 |
| G. Other Assets (Specify): | | | *Other Assets* |
| | | Total Assets | -3665.00 |

### 5. Liabilities/Debts (for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets.")

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 25,000.00 | 400.00 |
| Credit cards | 17,000.00 | 200.00 |
| | | |
| | | |
| Total Liabilities | 42,000.00 | 600.00 |

Page 1 of 3

112

| Name of case | Docket number *(If applicable)* |
|---|---|
| Antar, Theodora F. v. Lodice, Matthew J | NNHPA19 6196681-S |

**6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:**

_____

_____

_____

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| *[signature]* | Theodora Antar | 4/5/22 |

| Subscribed and sworn to before me: | On *(Date)* 4/5/22 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* *[signature]* |
|---|---|---|

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Order *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply):* [✓] Not indigent    [ ] Indigent **and** unable to pay

[ ] Indigent **or** unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

[ ] Granted as follows:

    1. The following costs are ordered paid by the State
        [ ] Costs of service of process not to exceed:   $ _____
        [ ] Cost of the transcript for appeal in accordance with Practice Book section 63-6.
        [ ] Other *(Specify):* _____

    2. The following fees are waived   [ ] Entry fee   [ ] Filing fee   [ ] Appellate filing fee (Supreme or Appellate Court)
        [ ] Other *(Specify):* _____

    3. [ ] All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. [ ] Counsel is   [ ] Appointed *(Name):* _____

[✓] Denied. If denied only in part, specify: _____

[ ] The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

[ ] Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| BM | 4/6/22 | Jennifer Aguilar | 4/6/22 |

Page 2 of 3

| Name of case | Docket number  *(If applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐  I request a court hearing on the application.

▶ _____    _____
Signed *(Applicant)*                                                                   Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant    ☐ Not indigent    ☐ Indigent and unable to pay      hereby orders the application:

☐ Granted as follows:
   ☐ 1. The following costs are ordered paid by the State
      ☐ Costs of service of process not to exceed    $ _____
      ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
      ☐ Other *(Specify):* _____

   ☐ 2. The following fees are waived    ☐ Entry fee    ☐ Filing fee    ☐ Appellate filing fee (Supreme or Appellate Court)
      ☐ Other *(Specify):* _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

# WITHDRAWAL

JD-CV-41  Rev. 1-18

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

Docket number
FA 19 6096801

Return date *(For Civil and Housing cases only)*
MAY 3rd, 2022

Answer date *(For Small Claims cases only)*

Instructions:
1. Complete this form by selecting any applicable withdrawal categories below.
2. File with the clerk.

Name of case *(First-named Plaintiff vs. First-named Defendant)*
Antar, Theodora F. VS. Lodge, Matthew J.

☒ Judicial District   ☐ Housing Session

Address of court *(Number, street, town and zip code)*
235 Church St, New Haven, CT

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)      ☐ The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)      ☐ A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | ☐ Complaint | (WAPPCOM) | ☐ Apportionment Complaint |
| (WOC) | ☐ Counterclaim | (WDINTCO) | ☐ Intervening Complaint |
| (WDCC) | ☐ Cross Complaint (cross claim) | (WDTHPC) | ☐ Third Party Complaint |
| (WDCOUNT) | ☐ Counts of the complaint: | | |

(WOAAP)      ☐ Plaintiff(s): _____

(WOAAD)      ☐ Complaint against defendant(s): _____

only without costs

(WOM)      ☒ Motion: 111,00 Motion to transfer _____
☐ Other: _____

## Signature of Filer(s)

Party _____ ; By Theodora Antar _____ Attorney or Self-represented party

Party _____ ; By _____ Attorney or Self-represented party

Party _____ ; By _____ Attorney or Self-represented party

Party _____ ; By _____ Attorney or Self-represented party

**Name & Address of Filer(s)** ▶ Theodora Antar
856 Shagbark drive, Orange, CT, 06477

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) 5/3/22 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew Lodge
23 Lyman St, New Britain, CT

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

Signed (Signature of filer)

Print or type name of person signing
Theodora Antar

Date signed
5/3/22

Mailing address *(Number, street, town, state and zip code)*
856 Shagbark drive, Orange, CT, 06477

Telephone number
2032738419

Judicial District of New Haven
**SUPERIOR COURT**
**FILED**
MAY 03 2022
**CHIEF CLERK'S OFFICE**

115

DOCKET NO.: NNH-FA19-6096801-S    :       SUPERIOR COURT
THEODORA ANTAR                 :       J.D. OF NEW HAVEN
VS.                                  :       AT NEW HAVEN
MATTHEW LODICE                 :       June 15, 2023

## <u>Motion to Transfer</u>

       Pursuant to § 24-21 of the Conn. Rules of Practice the plaintiff Theodora F. Antar hereby moves to transfer the above referenced matter to Waterbury Superior Court since neither party, nor the minor child resides within the jurisdiction of the New Haven Superior Court, nor have they ever since this minor child has been born.

       Furthermore, this is a IV-D child support magistrate matter and pursuant to Connecticut State law, must be heard in the jurisdiction in which one of the parties reside. Matthew Lodice resides in Waterbury, CT. and states that he currently does not have a functioning vehicle and lives 40 minutes away from New Haven Superior Court. He does not have any means of transportation and has stated that he is unable to leave Waterbury as his only vehicle has been on three wheels for several weeks now.

       New Haven is outside of the jurisdiction of where I reside and is outside of the jurisdiction where the defendant and the minor child reside. Traveling to New Haven is causing a large financial burden on me. The cost of transportation to New Haven, as well as the cost of parking in the city which requires paid parking on the street or in a garage, has been adding up significantly. Furthermore, it is within my right to have my case heard in the proper jurisdiction. I reside in Orange, CT and the defendant resides in Waterbury, CT. Since I am the plaintiff in this case, I am asking that it be transferred to Waterbury Superior Court so that they can properly handle the case in that jurisdiction so that it gets handled properly according to the correct jurisdiction.

                                     THE PLAINTIFF,

                                   *Theodora Antar*
                                _____

         By:
                                     Theodora Antar
                                     856 Shagbark Drive
                                     Orange, CT, 06477

1

**ORDER**

The foregoing motion having been duly heard, it is hereby ordered:

**GRANTED / Denied**

BY THE COURT,

_____
JUDGE / CLERK

**<u>CERTIFICATION</u>**

 This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*

_____
Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

DOCKET NO.: NNH-FA19-6096801-S        :        SUPERIOR COURT
THEODORA ANTAR                        :        J.D. OF NEW HAVEN
VS.                                   :        AT NEW HAVEN
MATTHEW LODICE                        :        June 15, 2023

### Motion to Transfer

  Pursuant to § 24-21 of the Conn. Rules of Practice the plaintiff Theodora F. Antar hereby moves to transfer the above referenced matter to Waterbury Superior Court since neither party, nor the minor child resides within the jurisdiction of the New Haven Superior Court, nor have they ever since this minor child has been born.

  Furthermore, this is a IV-D child support magistrate matter and pursuant to Connecticut State law, must be heard in the jurisdiction in which one of the parties reside. Matthew Lodice resides in Waterbury, CT. and states that he currently does not have a functioning vehicle and lives 40 minutes away from New Haven Superior Court. He does not have any means of transportation and has stated that he is unable to leave Waterbury as his only vehicle has been on three wheels for several weeks now.

  New Haven is outside of the jurisdiction of where I reside and is outside of the jurisdiction where the defendant and the minor child reside. Traveling to New Haven is causing a large financial burden on me. The cost of transportation to New Haven, as well as the cost of parking in the city which requires paid parking on the street or in a garage, has been adding up significantly. Furthermore, it is within my right to have my case heard in the proper jurisdiction. I reside in Orange, CT and the defendant resides in Waterbury, CT. Since I am the plaintiff in this case, I am asking that it be transferred to Waterbury Superior Court so that they can properly handle the case in that jurisdiction so that it gets handled properly according to the correct jurisdiction.


THE PLAINTIFF,


*Theodora Antar*

By:        _____

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

1

**ORDER**

The foregoing motion having been duly heard, it is hereby ordered:

**GRANTED** / **Denied**

BY THE COURT,

_____

JUDGE / CLERK

**CERTIFICATION**

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*

_____

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

2

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA196096801S |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[X] Plaintiff    [ ] Defendant    [ ] Support Enforcement Officer    to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at → | Superior Court, Judicial District of New Haven | | Date 7/14/23 |
|---|---|---|---|
| | Court Address 235 CHURCH STREET, NEW HAVEN CT 06510 | Room Number 3A | Time 9:00 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served Matthew Lodice (CFSM Ferguson) | Address | | Date Signed 6/16/23 |
|---|---|---|---|
| By the Court | Assistant Clerk/Support Enforcement Officer | | |

## Order    The court has heard this motion and orders it

[ ] Granted    [ ] Denied    and    [ ] Further orders *(if applicable):*

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:    [ ] Paid    [ ] Waived

JD-FM-174 (Back/Page 2)  Rev. 2-13

DOCKET NO.: NNH-FA19-6096801-S     :

THEODORA ANTAR             :

VS.                                   :

MATTHEW LODICE           :

SUPERIOR COURT

J.D. OF NEW HAVEN

AT NEW HAVEN

June 15, 2023

### <u>Motion to Transfer</u>

       Pursuant to § 24-21 of the Conn. Rules of Practice the plaintiff Theodora F. Antar hereby moves to transfer the above referenced matter to Waterbury Superior Court since neither party, nor the minor child resides within the jurisdiction of the New Haven Superior Court, nor have they ever since this minor child has been born.

       Furthermore, this is a IV-D child support magistrate matter and pursuant to Connecticut State law, must be heard in the jurisdiction in which one of the parties reside. Matthew Lodice resides in Waterbury, CT. and states that he currently does not have a functioning vehicle and lives 40 minutes away from New Haven Superior Court. He does not have any means of transportation and has stated that he is unable to leave Waterbury as his only vehicle has been on three wheels for several weeks now.

       New Haven is outside of the jurisdiction of where I reside and is outside of the jurisdiction where the defendant and the minor child reside. Traveling to New Haven is causing a large financial burden on me. The cost of transportation to New Haven, as well as the cost of parking in the city which requires paid parking on the street or in a garage, has been adding up significantly. Furthermore, it is within my right to have my case heard in the proper jurisdiction. I reside in Orange, CT and the defendant resides in Waterbury, CT. Since I am the plaintiff in this case, I am asking that it be transferred to Waterbury Superior Court so that they can properly handle the case in that jurisdiction so that it gets handled properly according to the correct jurisdiction.

THE PLAINTIFF,

*Theodora Antar*

By: _____

Theodora Antar

856 Shagbark Drive

Orange, CT, 06477

1

**ORDER**

The foregoing motion having been duly heard, it is hereby ordered:

**GRANTED** / **Denied**

BY THE COURT,

_____

JUDGE / CLERK

**CERTIFICATION**

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*

_____

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

2

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA19609680IS |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☒ Plaintiff   ☐ Defendant   ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of New Haven | | Date 7/14/23 |
|---|---|---|---|
| | Court Address **235 CHURCH STREET, NEW HAVEN CT 06510** | Room Number 3A | Time 9:00 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served Matthew Lodice (CFSM Ferguson) | Address | |
|---|---|---|
| | Assistant Clerk/Support Enforcement Officer | Date Signed 6/16/23 |

## Order   The court has heard this motion and orders it

☐ **Granted**   ☐ **Denied**   and   ☐ **Further orders** *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☐ Waived

JD-FM-174 (Back/Page 2)  Rev. 2-13

| DOCKET NO.: NNH-FA19-6096801-S | : | SUPERIOR COURT |
| THEODORA ANTAR | : | J.D. OF NEW HAVEN |
| VS. | : | AT NEW HAVEN |
| MATTHEW LODICE | : | June 15, 2023 |

## Motion for Suspension Order

The Plaintiff in this action hereby moves that, in accordance with Sec. 46b-220. Suspension of license of delinquent child support obligor that the court suspend the professional Home Improvement Contractor License and the Connecticut Driver's License for Matthew John Lodice due to delinquency and willful contempt and refusal to comply with court orders for child support, arrearages, childcare and medical costs for the minor child.

Sec. 46b-220 states the following:

(a) For the purposes of this section:

(1) "Delinquent child support obligor" means an obligor who (A) owes overdue support, accruing after the entry of a court order, in an amount which exceeds ninety days of periodic payments on a current support or arrearage payment order, (B) has failed to make court ordered medical or dental insurance coverage available within ninety days of the issuance of a court order or fails to maintain such coverage pursuant to court order for a period of ninety days, or (C) has failed, after receiving appropriate notice, to comply with subpoenas or warrants relating to paternity or child support proceedings;

(2) "License" means each license, certification or permit to engage in a profession or occupation regulated pursuant to the provisions of title 19a, 20 or 21, a motor vehicle operator's license or a commercial driver's license issued by the Commissioner of Motor Vehicles in accordance with chapter 246, and licenses and permits issued by the Department of Energy and Environmental Protection pursuant to part III of chapter 490;

(3) "Licensing authority" means any board, commission, department or official with authority to issue a license;

(4) "Obligor" means any person owing a duty of child support;

(5) "Obligee" means the person or entity to whom child support payments are owed;

(6) "Past-due support" has the same meaning as provided in section 52-362j; and

(7) "Overdue support" has the same meaning as provided in section 52-362j.

(b) The Superior Court and any family support magistrate may issue a suspension order, which suspends the license of a delinquent child support obligor, to enforce a child support order. Such suspension order shall specify the conditions which must be met to avoid license suspension and shall be effective only on the filing of an affidavit, sufficient under subsection (c) of this section, as to the obligor's delinquency. Such order shall also specify the conditions of reinstatement of any such suspended license in the event of suspension by the court or family support magistrate. In IV-D cases, the order shall specify that the Department of Social Services shall notify the licensing authority of the suspension order and of compliance with or rescission of such order. In non-IV-D cases, the order shall specify the procedure for notification of the licensing authority of the suspension order and of compliance with or rescission of such order and the person required to provide such notification. No judge or family support magistrate may issue a suspension order unless he finds (1) the obligor has received actual notice of the proceeding and that a motor vehicle operator's license or professional, occupational or recreational license which

1

he holds may be suspended, (2) the noncompliance with his child support obligations was wilful and without good cause, (3) the suspension order is fair and equitable, (4) the obligor has sufficient financial resources to comply with the conditions specified in the suspension order. A copy of any suspension order issued against a nonappearing obligor shall be sent to the obligor by first class mail, postage prepaid by the Department of Social Services, or, in any non-IV-D case, any person specified in the suspension order.

(c) If the obligor fails to comply with the conditions of a suspension order within thirty days of the issuance of such order, the Department of Social Services, a support enforcement officer, the attorney for the obligee or the obligee, as provided in the suspension order, shall file with the court or assistant clerk of the Family Support Magistrate Division, an affidavit stating that the conditions of the suspension order have not been met, and provide the obligor with a copy of such affidavit. Such affidavit shall be filed within forty-five days of the expiration of such thirty-day period. Such suspension order shall be effective upon the filing of such affidavit.

(d) If (1) the obligor satisfies the conditions of the suspension order within thirty days of the issuance of such suspension order, or (2) the affidavit is not filed within forty-five days of the expiration of such thirty-day period, such order shall be null and void and shall have no further effect.

(e) Upon receipt of an effective court order directing suspension of a license, the Department of Social Services or, in any non-IV-D case, any person specified in such order shall provide the licensing authority with a copy of the suspension order and affidavit. The licensing authority shall, upon receipt of such order and affidavit, suspend such license. Upon the obligor's compliance with the conditions of the license suspension order concerning reinstatement, or upon any subsequent order of the court or family support magistrate to rescind such license suspension, the licensing authority shall immediately reinstate such license. No licensing authority may charge a fee for the reinstatement of any such license which exceeds the actual administrative cost of such reinstatement.

Mr. Lodice has not made any payments on his arrears or past due balance of child support, medical, and childcare. Per the law, once the balance exceeds that of 90 days of support, the court can issue suspension of professional and driver's license. Mr. Lodice has held, without lapse, an active Home Improvement Contractor license in the state of Connecticut since April of 2021. He has maintained an active full-service construction company that he owns and operates, has maintained active insurance for his business, and renewed his license for the last three years consecutively. He has maintained a driver's license and continues to buy and register vehicles. He currently owes in excess of 116 weeks of unpaid support between child support, arrears, and medical and childcare costs.

Plaintiff is asking that, since the law allows suspension after 90 days accumulation, and the defendant has an accumulation of 816 days worth of nonpayment, I am asking that he immediately have suspension on both licenses and that a purge amount be set to fulfil the obligation. He currently owes in excess of $14,000.00 between child support arrears and childcare.

THE PLAINTIFF,

*Theodora Antar*

By:      _____

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

BY THE COURT,

_____
JUDGE  /  CLERK

<u>CERTIFICATION</u>

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
 48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*
_____
                    Theodora Antar
                 856 Shagbark Drive
                Orange, CT, 06477

DOCKET NO.: NNH-FA19-6096801-S  :  SUPERIOR COURT
THEODORA ANTAR                 :  J.D. OF NEW HAVEN
VS.                            :  AT NEW HAVEN
MATTHEW LODICE                 :  June 15, 2023

<u>Motion for Suspension Order</u>

  The Plaintiff in this action hereby moves that, in accordance with Sec. 46b-220. Suspension of license of delinquent child support obligor that the court suspend the professional Home Improvement Contractor License and the Connecticut Driver's License for Matthew John Lodice due to delinquency and willful contempt and refusal to comply with court orders for child support, arrearages, childcare and medical costs for the minor child.

  Sec. 46b-220 states the following:

  (a) For the purposes of this section:

  (1) "Delinquent child support obligor" means an obligor who (A) owes overdue support, accruing after the entry of a court order, in an amount which exceeds ninety days of periodic payments on a current support or arrearage payment order, (B) has failed to make court ordered medical or dental insurance coverage available within ninety days of the issuance of a court order or fails to maintain such coverage pursuant to court order for a period of ninety days, or (C) has failed, after receiving appropriate notice, to comply with subpoenas or warrants relating to paternity or child support proceedings;

  (2) "License" means each license, certification or permit to engage in a profession or occupation regulated pursuant to the provisions of title 19a, 20 or 21, a motor vehicle operator's license or a commercial driver's license issued by the Commissioner of Motor Vehicles in accordance with chapter 246, and licenses and permits issued by the Department of Energy and Environmental Protection pursuant to part III of chapter 490;

  (3) "Licensing authority" means any board, commission, department or official with authority to issue a license;

  (4) "Obligor" means any person owing a duty of child support;

  (5) "Obligee" means the person or entity to whom child support payments are owed;

  (6) "Past-due support" has the same meaning as provided in section 52-362j; and

  (7) "Overdue support" has the same meaning as provided in section 52-362j.

  (b) The Superior Court and any family support magistrate may issue a suspension order, which suspends the license of a delinquent child support obligor, to enforce a child support order. Such suspension order shall specify the conditions which must be met to avoid license suspension and shall be effective only on the filing of an affidavit, sufficient under subsection (c) of this section, as to the obligor's delinquency. Such order shall also specify the conditions of reinstatement of any such suspended license in the event of suspension by the court or family support magistrate. In IV-D cases, the order shall specify that the Department of Social Services shall notify the licensing authority of the suspension order and of compliance with or rescission of such order. In non-IV-D cases, the order shall specify the procedure for notification of the licensing authority of the suspension order and of compliance with or rescission of such order and the person required to provide such notification. No judge or family support magistrate may issue a suspension order unless he finds (1) the obligor has received actual notice of the proceeding and that a motor vehicle operator's license or professional, occupational or recreational license which

1

he holds may be suspended, (2) the noncompliance with his child support obligations was wilful and without good cause, (3) the suspension order is fair and equitable, (4) the obligor has sufficient financial resources to comply with the conditions specified in the suspension order. A copy of any suspension order issued against a nonappearing obligor shall be sent to the obligor by first class mail, postage prepaid by the Department of Social Services, or, in any non-IV-D case, any person specified in the suspension order.

(c) If the obligor fails to comply with the conditions of a suspension order within thirty days of the issuance of such order, the Department of Social Services, a support enforcement officer, the attorney for the obligee or the obligee, as provided in the suspension order, shall file with the court or assistant clerk of the Family Support Magistrate Division, an affidavit stating that the conditions of the suspension order have not been met, and provide the obligor with a copy of such affidavit. Such affidavit shall be filed within forty-five days of the expiration of such thirty-day period. Such suspension order shall be effective upon the filing of such affidavit.

(d) If (1) the obligor satisfies the conditions of the suspension order within thirty days of the issuance of such suspension order, or (2) the affidavit is not filed within forty-five days of the expiration of such thirty-day period, such order shall be null and void and shall have no further effect.

(e) Upon receipt of an effective court order directing suspension of a license, the Department of Social Services or, in any non-IV-D case, any person specified in such order shall provide the licensing authority with a copy of the suspension order and affidavit. The licensing authority shall, upon receipt of such order and affidavit, suspend such license. Upon the obligor's compliance with the conditions of the license suspension order concerning reinstatement, or upon any subsequent order of the court or family support magistrate to rescind such license suspension, the licensing authority shall immediately reinstate such license. No licensing authority may charge a fee for the reinstatement of any such license which exceeds the actual administrative cost of such reinstatement.

Mr. Lodice has not made any payments on his arrears or past due balance of child support, medical, and childcare. Per the law, once the balance exceeds that of 90 days of support, the court can issue suspension of professional and driver's license. Mr. Lodice has held, without lapse, an active Home Improvement Contractor license in the state of Connecticut since April of 2021. He has maintained an active full-service construction company that he owns and operates, has maintained active insurance for his business, and renewed his license for the last three years consecutively. He has maintained a driver's license and continues to buy and register vehicles. He currently owes in excess of 116 weeks of unpaid support between child support, arrears, and medical and childcare costs.

Plaintiff is asking that, since the law allows suspension after 90 days accumulation, and the defendant has an accumulation of 816 days worth of nonpayment, I am asking that he immediately have suspension on both licenses and that a purge amount be set to fulfil the obligation. He currently owes in excess of $14,000.00 between child support arrears and childcare.

2

THE PLAINTIFF,

*Theodora Antar*

By:
                                Theodora Antar
                                856 Shagbark Drive
                                Orange, CT, 06477

## ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

BY THE COURT,

_____
JUDGE  /  CLERK

## CERTIFICATION

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

3

Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

4

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA196096801S |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☒ Plaintiff ☐ Defendant ☐ Support Enforcement Officer to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at ➡ | Superior Court, Judicial District of: New Haven | | Date: 7/14/23 |
|---|---|---|---|
| | Court Address: **235 CHURCH STREET, NEW HAVEN CT 06510** | Room Number: 3A | Time: 9:00AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served | Address | |
|---|---|---|
| Matthew Lodice | | |
| By the Court: (CFSM Ferguson) | Assistant Clerk/~~Support Enforcement Officer~~ [signature] | Date Signed: 6/16/23 |

**Order** The court has heard this motion and orders it

☐ **Granted** ☐ **Denied** **and** ☐ **Further orders** *(if applicable)*:

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify: ☐ Paid ☐ Waived

DOCKET NO.: NNH-FA19-6096801-S   :    SUPERIOR COURT
THEODORA ANTAR             :    J.D. OF NEW HAVEN
VS.                              :    AT NEW HAVEN
MATTHEW LODICE             :    June 15, 2023

## Motion for Suspension Order

The Plaintiff in this action hereby moves that, in accordance with Sec. 46b-220. Suspension of license of delinquent child support obligor that the court suspend the professional Home Improvement Contractor License and the Connecticut Driver's License for Matthew John Lodice due to delinquency and willful contempt and refusal to comply with court orders for child support, arrearages, childcare and medical costs for the minor child.

Sec. 46b-220 states the following:

(a) For the purposes of this section:

(1) "Delinquent child support obligor" means an obligor who (A) owes overdue support, accruing after the entry of a court order, in an amount which exceeds ninety days of periodic payments on a current support or arrearage payment order, (B) has failed to make court ordered medical or dental insurance coverage available within ninety days of the issuance of a court order or fails to maintain such coverage pursuant to court order for a period of ninety days, or (C) has failed, after receiving appropriate notice, to comply with subpoenas or warrants relating to paternity or child support proceedings;

(2) "License" means each license, certification or permit to engage in a profession or occupation regulated pursuant to the provisions of title 19a, 20 or 21, a motor vehicle operator's license or a commercial driver's license issued by the Commissioner of Motor Vehicles in accordance with chapter 246, and licenses and permits issued by the Department of Energy and Environmental Protection pursuant to part III of chapter 490;

(3) "Licensing authority" means any board, commission, department or official with authority to issue a license;

(4) "Obligor" means any person owing a duty of child support;

(5) "Obligee" means the person or entity to whom child support payments are owed;

(6) "Past-due support" has the same meaning as provided in section 52-362j; and

(7) "Overdue support" has the same meaning as provided in section 52-362j.

(b) The Superior Court and any family support magistrate may issue a suspension order, which suspends the license of a delinquent child support obligor, to enforce a child support order. Such suspension order shall specify the conditions which must be met to avoid license suspension and shall be effective only on the filing of an affidavit, sufficient under subsection (c) of this section, as to the obligor's delinquency. Such order shall also specify the conditions of reinstatement of any such suspended license in the event of suspension by the court or family support magistrate. In IV-D cases, the order shall specify that the Department of Social Services shall notify the licensing authority of the suspension order and of compliance with or rescission of such order. In non-IV-D cases, the order shall specify the procedure for notification of the licensing authority of the suspension order and of compliance with or rescission of such order and the person required to provide such notification. No judge or family support magistrate may issue a suspension order unless he finds (1) the obligor has received actual notice of the proceeding and that a motor vehicle operator's license or professional, occupational or recreational license which

1

he holds may be suspended, (2) the noncompliance with his child support obligations was wilful and without good cause, (3) the suspension order is fair and equitable, (4) the obligor has sufficient financial resources to comply with the conditions specified in the suspension order. A copy of any suspension order issued against a nonappearing obligor shall be sent to the obligor by first class mail, postage prepaid by the Department of Social Services, or, in any non-IV-D case, any person specified in the suspension order.

(c) If the obligor fails to comply with the conditions of a suspension order within thirty days of the issuance of such order, the Department of Social Services, a support enforcement officer, the attorney for the obligee or the obligee, as provided in the suspension order, shall file with the court or assistant clerk of the Family Support Magistrate Division, an affidavit stating that the conditions of the suspension order have not been met, and provide the obligor with a copy of such affidavit. Such affidavit shall be filed within forty-five days of the expiration of such thirty-day period. Such suspension order shall be effective upon the filing of such affidavit.

(d) If (1) the obligor satisfies the conditions of the suspension order within thirty days of the issuance of such suspension order, or (2) the affidavit is not filed within forty-five days of the expiration of such thirty-day period, such order shall be null and void and shall have no further effect.

(e) Upon receipt of an effective court order directing suspension of a license, the Department of Social Services or, in any non-IV-D case, any person specified in such order shall provide the licensing authority with a copy of the suspension order and affidavit. The licensing authority shall, upon receipt of such order and affidavit, suspend such license. Upon the obligor's compliance with the conditions of the license suspension order concerning reinstatement, or upon any subsequent order of the court or family support magistrate to rescind such license suspension, the licensing authority shall immediately reinstate such license. No licensing authority may charge a fee for the reinstatement of any such license which exceeds the actual administrative cost of such reinstatement.

Mr. Lodice has not made any payments on his arrears or past due balance of child support, medical, and childcare. Per the law, once the balance exceeds that of 90 days of support, the court can issue suspension of professional and driver's license. Mr. Lodice has held, without lapse, an active Home Improvement Contractor license in the state of Connecticut since April of 2021. He has maintained an active full-service construction company that he owns and operates, has maintained active insurance for his business, and renewed his license for the last three years consecutively. He has maintained a driver's license and continues to buy and register vehicles. He currently owes in excess of 116 weeks of unpaid support between child support, arrears, and medical and childcare costs.

Plaintiff is asking that, since the law allows suspension after 90 days accumulation, and the defendant has an accumulation of 816 days worth of nonpayment, I am asking that he immediately have suspension on both licenses and that a purge amount be set to fulfil the obligation. He currently owes in excess of $14,000.00 between child support arrears and childcare.

2

THE PLAINTIFF,

*Theodora Antar*

By:

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

_____

JUDGE / CLERK

CERTIFICATION

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

3

Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT

*Theodora Antar*
_____
Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

4

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA196096801S |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☒ Plaintiff ☐ Defendant ☐ Support Enforcement Officer  to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at → | Superior Court, Judicial District of New Haven | | Date 7/14/23 |
|---|---|---|---|
| | Court Address 235 CHURCH STREET, NEW HAVEN CT 06510 | Room Number 3A | Time 9:00 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served Matthew Lodice (CFSM Ferguson) | Address | Date Signed 6/16/23 |
|---|---|---|
| | Assistant Clerk/Support Enforcement Officer | |

## Order   The court has heard this motion and orders it

☐ Granted   ☐ Denied   and   ☐ Further orders *(if applicable):*

_____

_____

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☐ Waived

JD-FM-174 (Back/Page 2)   Rev. 2-13

DOCKET NO.: NNH-FA19-6096801-S          :          SUPERIOR COURT
THEODORA ANTAR                                    :          J.D. OF NEW HAVEN
VS.                                                              :          AT NEW HAVEN
MATTHEW LODICE                                 :          June 15, 2023

## Motion for order to maintain health insurance of minor child

The Plaintiff in this action hereby moves that the defendant be ordered to maintain Husky health insurance or another comparable health insurance plan for the minor child Angelina Lodice. Child is set to lose her health insurance on 6/30/23.

THE PLAINTIFF,

By:



Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED  /  Denied

BY THE COURT,

1

_____
JUDGE / CLERK

<u>CERTIFICATION</u>

 This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT



_____
Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

2

DOCKET NO.: NNH-FA19-6096801-S     :     SUPERIOR COURT
THEODORA ANTAR     :     J.D. OF NEW HAVEN
VS.     :     AT NEW HAVEN
MATTHEW LODICE     :     June 15, 2023

## Motion for order to maintain health insurance of minor child

      The Plaintiff in this action hereby moves that the defendant be ordered to maintain Husky health insurance or another comparable health insurance plan for the minor child Angelina Lodice. Child is set to lose her health insurance on 6/30/23.

THE PLAINTIFF,



By:

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

1

————————————————————
JUDGE  /  CLERK

## CERTIFICATION

 This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT



————————————————————
Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

2

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA19609680IS |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

☒ Plaintiff   ☐ Defendant   ☐ Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| Hearing to be held at → | Superior Court, Judicial District of<br>New Haven | Date<br>7/14/23 | |
|---|---|---|---|
| | Court Address<br>235 CHURCH STREET, NEW HAVEN CT 06510 | Room Number<br>3A | Time<br>9:00 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served<br>Matthew Lodice | Address | |
|---|---|---|
| By the Court<br>( CFSM Ferguson ) | Assistant Clerk/Support Enforcement Officer | Date Signed<br>6/16/23 |

## Order   The court has heard this motion and orders it

☐ Granted   ☐ Denied   and   ☐ Further orders *(if applicable):*

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|

**For Court Use Only**
Fee for Motion to Modify:   ☐ Paid   ☐ Waived

JD-FM-174 (Back/Page 2)  Rev. 2-13

DOCKET NO.: NNH-FA19-6096801-S     :     SUPERIOR COURT
THEODORA ANTAR                       :     J.D. OF NEW HAVEN
VS.                                      :     AT NEW HAVEN
MATTHEW LODICE                       :     June 15, 2023

## Motion for order to maintain health insurance of minor child

The Plaintiff in this action hereby moves that the defendant be ordered to maintain Husky health insurance or another comparable health insurance plan for the minor child Angelina Lodice. Child is set to lose her health insurance on 6/30/23.

THE PLAINTIFF,



By:

Theodora Antar
856 Shagbark Drive
Orange, CT, 06477

ORDER

The foregoing motion having been duly heard, it is hereby ordered:

GRANTED / Denied

BY THE COURT,

1

_____
                    JUDGE / CLERK

<u>CERTIFICATION</u>

This is to certify that on or about the above date 6/14/23 , a copy of the foregoing was delivered to:

Matthew Lodice
23 Lyman Street, Apt #2
48 Quarry Hill Rd
Waterbury, CT



_____
                    Theodora Antar
                    856 Shagbark Drive
                    Orange, CT, 06477

2

| Plaintiff's Name *(Last, first, middle initial)* | Defendant's Name *(Last, first, middle initial)* | Docket Number |
|---|---|---|
| Antar | Lodice | FA196096801S |

## Order For Hearing and Summons *(To be completed by clerk or support enforcement officer, if applicable)*

The Court orders that a hearing be held at the time and place shown below. The Court also orders the

[X] Plaintiff   [ ] Defendant   [ ] Support Enforcement Officer   to give notice to the opposing party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the opposing party by any proper officer at least **12 days** before the date of the hearing. Proof of service must be made to this Court at least **6 days** before the date of hearing.

| **Hearing to be held at** → | Superior Court, Judicial District of  New Haven | | Date  7/14/23 |
|---|---|---|---|
| | Court Address   235 CHURCH STREET, NEW HAVEN CT 06510 | Room Number  3A | Time  9:00 AM |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order For Hearing and Summons on the person named below in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be Served  Matthew Lodice | Address | |
|---|---|---|
| By the Court  ( CFSM Ferguson) | Assistant Clerk/Support Enforcement Officer | Date Signed  6/16/23 |

## Order   The court has heard this motion and orders it

[ ] Granted   [ ] Denied   **and**   [ ] Further orders *(if applicable):*

| By the Court *(Judge/Family Support Magistrate/Assistant Clerk)* | Date Ordered |
|---|---|
| | |

**For Court Use Only**
Fee for Motion to Modify:   [ ] Paid   [ ] Waived

JD-FM-174 (Back/Page 2)  Rev. 2-13

[header]

**CASEFLOW REQUEST**
JD-FM-292  Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



<div style="border:1px solid">
*COURT USE ONLY*
FACFREQ

||||||||||| (barcode)
</div>

**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form.  Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

***Note**:*
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*

Name of case *(Plaintiff v. Defendant)*

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| | | | FA          - S |

## I am requesting: *(Select box(es) that apply and give reason(s) for request below)*

☐  A Status Conference on or about: *(date)* _____

☐  Pretrial on or about: *(date)* _____

☐  That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

    1. Motion # _____ entitled _____
    2. Motion # _____ entitled _____
    3. Motion # _____ entitled _____
    4. Motion # _____ entitled _____
    5. Motion # _____ entitled _____

☐  Other: _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | | |

**Reason(s) for request** *(must be completed for all requests of any type)*:




I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of record that I would be asking for the requested action.  **All Counsel and Self-represented Parties:**

☐ Consent      ☐ Do not consent to the action requested above

| Signed *(Person making request)* *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* |
|---|---|

The person requesting the action is the:

☐ Plaintiff    ☐ Defendant    ☐ Attorney for Plaintiff    ☐ Attorney for Defendant

| Firm name *(If applicable)* | Address | Telephone number *(with area code)* |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* *Theodora Antar* | Date |
|---|---|

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| | **FA**                    **- S** |

## Order

Request is

☐ Granted        ☐ Denied

The court further orders:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Signed *(Judge)* | Date |
|---|---|
| | |

JD-FM-292   Rev. 7-22

# APPLICATION FOR WAIVER OF FEES/PAYMENT OF COSTS/APPOINTMENT OF COUNSEL - FAMILY

JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 83-6
*Use only for family/family support magistrate matters.*
*For civil, housing and small claims, use form JD-CV-120.*

**Instructions to applicant (person filing)**
1. Print or type all information requested.
2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.
3. Bring this form to the superior court where your case will be filed or is/was pending.
4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
1. Bring to a judge or family support magistrate, if applicable.
2. If granted, notify the applicant and counsel, if appointed.
3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.

## To: The Superior Court

| | |
|---|---|
| Name of case (Name of plaintiff v. Name of defendant) Theodora Antar v. Matthew Lodice | Docket number (if applicable) NNH-FA19-6096801-S |
| Judicial District New Haven | Address of court 235 Church St, New Haven, CT 06510 |
| Name of applicant (Last, first, middle initial) Antar, Theodora, F | Address of applicant (Number, street, town, state and zip code) 856 Shagbark Drive, Orange, CT | Phone number 203-273-8419 |

## Type of proceeding *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other *(ex parte custody, etc.)* (Specify): Magistrate motion for health insurance, suspension
- [ ] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [ ] Contempt
- [ ] Parentage
- [ ] Cross Complaint

## Fee Waiver/Payment of Costs on 07/1

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [ ] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee *(Supreme or Appellate Court)*
- [ ] Other *(certified copy of judgment, etc.)* (Specify):
- [x] Costs of service of process *(delivery of papers by state marshal or other proper officer)*
- [ ] Costs for participating in parenting education
- [ ] Cost of the transcript for appeal

**JUDICIAL DISTRICT OF New Haven**
**SUPERIOR COURT**
**FILED**
JUN 21 2023

## Grounds for Appeal *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*

The grounds on which I propose to appeal are:

## Appointment of Counsel *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*

- [ ] I ask that the court appoint an attorney to represent me.

**CHIEF CLERK'S OFFICE**

## Financial Affidavit

### 1. Dependents *(people supported by you)*

Total number of dependents *(not including yourself)* **2**

### 2. Monthly Income

A. Gross monthly income *(before deductions)*

B. Net monthly income *(after taxes) from employment*

C. Other income *(TFA, Social Security, child support, alimony, etc.) (Specify which one(s) here):* 637.00

**Total Monthly Income (B+C)** $0.00 637

### 3. Monthly Expenses

| | |
|---|---|
| A. Rent/Mortgage | 1650 |
| B. Real Estate Taxes | |
| C. Utilities *(telephone, electric, water, gas, cable, etc.)* | 350 |
| D. Food, *not including SNAP (food stamps)* | 800 |
| E. Clothing | 20 |
| F. Insurance Premiums *(medical/dental, auto, life, home)* | 280 |
| G. Medical/Dental *(costs not covered by insurance)* | 150 |
| H. Transportation *(bus, gasoline, etc.)* | 300 |
| I. Child Care | |
| J. Other *(child support, alimony, etc.) (Specify):* | |
| **Total Monthly Expenses** | $0.00  $3,550 |

### 4. Assets

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate | | | Real Estate $0.00 |
| B. Motor Vehicles | | | Motor Vehicle $0.00 |
| C. Other Personal Property *(for example, jewelry, furniture, etc.)* | | | Other Property $0.00 |
| D. Savings Account Balance *(Total of all accounts)* | | | Savings |
| E. Checking Account Balance *(Total of all accounts)* | | | Checking 150 |
| F. Cash | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | **Total Assets** | $0.00 $150 |

### 5. Liabilities/Debts *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| Student loans | 56,000.00 | 400 |
| credit cards | 16,620 | 800 |
| **Total Liabilities** | $0.00  72,520 | $0.00  1200 |

Page 1 of 3

Print Form   Reset Form

| Name of case | Docket number *(if applicable)* |
|---|---|
| | |

**6.** If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** | *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed *(Applicant)* | Print name of person signing at left | Date signed |
|---|---|---|
| *Theodora Antar* | Theodora Antar | 6/5/23 |

| Subscribed and sworn to before me: | On *(Date)* 6/5/23 | Signed *(Notary Public, Commissioner of the Superior Court, Assistant Clerk)* Michelle Caldron |
|---|---|---|

MICHELLE DENISE CALDRON
NOTARY PUBLIC
State of Connecticut
My Commission Expires
January 31, 2027

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

**Order** *(To be completed by the Court)*

The Court, having found the applicant *(Select all that apply)*: ☐ Not indigent ☒ Indigent and unable to pay

☐ Indigent or unable to pay *for parenting education* program under C.G.S. § 46b-69b, hereby orders the application:

☒ Granted as follows:

  **1.** The following costs are ordered paid by the State

    ☒ Costs of service of process not to exceed: $   *Statute*

    ☒ Cost of the transcript for appeal in accordance with Practice Book section 63-6.

    ☐ Other *(Specify):*

  **2.** The following fees are waived   ☒ Entry fee   ☒ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

    ☐ Other *(Specify):*

  **3.** ☐ All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

  **4.** Counsel is   ☐ Appointed *(Name):*

☐ Denied. If denied only in part, specify:

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

☐ Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court *(Print or type name of Judge/Fam. Sup. Magistrate)* FSM | On *(Date)* 6/22/23 | Signed *(Judge, FSM, Assistant Clerk)* Jennifer Aguilar | Date signed 6/20/23 |
|---|---|---|---|

| Name of case | Docket number *(if applicable)* |
|---|---|
| | |

## Request for Hearing on Denied Application

*The following section applies only to a denial of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐ I request a court hearing on the application.

▶ _____        Date signed _____
Signed *(Applicant)*

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay          hereby orders the application:

☐ Granted as follows:
    ☐ 1. The following costs are ordered paid by the State
        ☐ Costs of service of process not to exceed      $ _____
        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.
        ☐ Other *(Specify):* _____
    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)
        ☐ Other *(Specify):* _____

☐ Denied for the following reason(s):

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

# REQUEST FOR REMOTE TESTIMONY

JD-FM-295   New 10-21

C.G.S. § 46b-15c; P.A. 21-78 §§ 2, 6, 7

**For information on ADA accommodations, contact a court clerk or go to:**
***www.jud.ct.gov/ADA.***

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



| COURT USE ONLY |
| --- |
| REMTEST |

**Instructions to Applicant**

*1. If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your child and you want to give testimony remotely in a family court proceeding, you must fill out and file this form with the court at least 2 days before your hearing date.*

*2. You must provide your contact information (phone number and/or e-mail address) in order for the court to set up your remote testimony.*

*3. If your contact information is protected by a court order or by operation of law, **do not** include your phone number or e-mail address below, but fill out the rest of the form. You must, however, contact the clerk's office when you file this form so the court can set up your remote testimony.*

**Instructions to Clerk**

*1. Upon receipt, arrange for the testimony in accordance with the request.*

*2. Inform the judicial authority who will be presiding over this family court proceeding that the party below will be appearing remotely.*

| Name of Plaintiff | Name of Defendant | Docket number |
| --- | --- | --- |
| | | |

I, *(name)* _____ , have a restraining order, protective order, or standing criminal protective order issued on my behalf or on behalf of my child. The other party to this case is the subject of that/those order(s). A family court proceeding in this case is scheduled for *(date – must be at least 2 days from the file date of this request)* _____

and I would like to testify *(Select one)*

- ☐ At the courthouse, but outside the presence of the other party.
- ☐ Remotely (from home or another location).

| Signed  *(Signature of filer)* | Print name of person signing | Date signed |
| --- | --- | --- |
| ▶  *Theodora Antar* | | |
| E-mail address | | Telephone number |

**REQUEST FOR REMOTE TESTIMONY**
JD-FM-295  New 10-21
C.G.S. § 46b-15c; P.A. 21-78 §§ 2, 6, 7

**For information on ADA accommodations, contact a court clerk or go to:** *www.jud.ct.gov/ADA.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**COURT USE ONLY**
REMTEST

**Instructions to Applicant**
*1. If a restraining order, protective order, or standing criminal protective order has been issued on your behalf or on behalf of your child and you want to give testimony remotely in a family court proceeding, you must fill out and file this form with the court at least 2 days before your hearing date.*
*2. You must provide your contact information (phone number and/or e-mail address) in order for the court to set up your remote testimony.*
*3. If your contact information is protected by a court order or by operation of law, do not include your phone number or e-mail address below, but fill out the rest of the form. You must, however, contact the clerk's office when you file this form so the court can set up your remote testimony.*

**Instructions to Clerk**
*1. Upon receipt, arrange for the testimony in accordance with the request.*
*2. Inform the judicial authority who will be presiding over this family court proceeding that the party below will be appearing remotely.*

| Name of Plaintiff | Name of Defendant | Docket number |
|---|---|---|
| **Theodora F. Antar** | **Matthew J. Lodice** | **NNH-FA-196096801S** |

I, *(name)* **Theodora Antar** _____ , have a restraining order, protective order, or standing criminal protective order issued on my behalf or on behalf of my child. The other party to this case is the subject of that/those order(s). A family court proceeding in this case is scheduled for *(date – must be at least 2 days from the file date of this request)* **7/14/23 and 8/2/23** and I would like to testify *(Select one)*

☐ At the courthouse, but outside the presence of the other party.

☒ Remotely (from home or another location).

| Signed *(Signature of filer)* ▶ *Theodora Antar* | Print name of person signing **Theodora Antar** | Date signed **07/03/2023** |
|---|---|---|
| E-mail address **theodoraantar@gmail.com** | | Telephone number **203-273-8419** |

ORDER

7/5/23    Denied.

          [signature] 7/5/23

| Print Form | Page 1 of 1 | Reset Form |

ORDER    432619

DOCKET NO: NNHFA196096801S                 SUPERIOR COURT

ANTAR, THEODORA F (ST/CT)                  JUDICIAL DISTRICT OF NEW HAVEN
    V.                                            AT NEW HAVEN
LODICE, MATTHEW J
                                           7/5/2023


<u>ORDER</u>


ORDER REGARDING:
07/03/2023 119.00 REQUEST FOR REMOTE TESTIMONY(FORM JD-FM-295)

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

                432619
_____

                Family Support Magistrate:
                FREDERIC GILMAN
                Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTINUANCE**
JD-CV-21  Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
|---|
| **MFCSE** |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

| Docket number |
|---|
| **NNH-FA-19-6096801-S** |

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA F (ST/CT)  v. LODICE, MATTHEW J**

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number _____ | Address of Court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
|---|---|---|---|

| Date of Motion **Jul-3-2023** | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
|---|---|---|

| Date of Scheduled Event **Jul-14-2023** | Person Making Motion is: [ ] Plaintiff's Attorney  [X] Plaintiff  [ ] Defendant's Attorney  [ ] Defendant  [ ] Other |
|---|---|

| Firm Name, if Applicable | Address **856 SHAGBARK DRIVE ORANGE, CT 06477** | Phone Number (with area code) **203-273-8419** |
|---|---|---|

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

| | | |
|---|---|---|
| [ ] Arbitration | [ ] Early Intervention Conference | [ ] Pretrial |
| [ ] Administrative Appeal Hearing | [ ] Fact-Finding | [ ] Status Conference |
| [ ] Attorney Trial Referee Proceeding | [ ] Foreclosure Mediation | [ ] Trial Management Conference |
| [ ] Court Trial | [ ] Jury Trial | [X] Other  **Magistrate Hearing** |
| [ ] Judicial-Alternative Dispute Resolution (J-ADR) | [ ] Hearing In Damages | |

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

| | |
|---|---|
| [ ] Counsel not ready | [ ] Discovery not complete |
| [ ] Lay witness not available *(Name of witness)* | |
| [ ] Counsel not available | [ ] Other |
| [X] Party not available *(Name of party)* | |
| [ ] Expert witness not available *(Name of witness)* | |

*Continue explanation, if necessary:*

**I have another court proceeding scheduled for a separate matter in a different court location scheduled for this same date and time. I am requesting this to be continued to a later date.**

For the above reason(s), I request this case be continued to (date): _____ or  [X] at the court's discretion.
See Attached

**I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:**
[ ] Consent  [ ] Do Not Consent  [X] Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
**I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jul-3-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**OFFICE OF CHILD SUPPORT SERVICES A - DEPT OF SOCIAL SERVICES/50 HUMPHREY STREET/NEW HAVEN, CT 06513**

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-3-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **203-273-8419** |

| **Order** | Motion For Continuance is: [ ] Granted  [ ] Denied | Matter Continued To: | Signed *(Judge)* | Date |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

**Continuation of JDCV21 Motion For Continuance Form for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Additional Information on date continuance is requested:**

I have another court proceeding scheduled for a separate matter in a different court location scheduled for this same date and time. I am requesting this to be continued to a later date.

**Continuation of JDCV21 Motion For Continuance Form for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV21)**

**Name and Address at which service was made:**

GAIL LAWRENCE - AG-COLLECTIONS/CHILD SUP/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106

MATTHEW J LODICE (Self Represented) - 48 QUARRY HILL ROAD WATERBURY, CT 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

**MOTION FOR CONTINUANCE**
JD-CV-21  Rev. 5-15
C.G.S. § 52-196
P.B. §§ 14-23, 14-24

| ADA NOTICE |
|---|
| The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*. |

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*

| COURT USE ONLY |
|---|
| **MFCSE** |
| ‖‖‖‖‖‖‖‖‖‖ |

**Instructions To Person Making Motion**
*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number
**NNH-FA-19-6096801-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**ANTAR, THEODORA F (ST/CT)  v. LODICE, MATTHEW J**

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number | Address of Court *(Number, street, town and zip code)* **235 CHURCH STREET NEW HAVEN, CT 06510** |
|---|---|---|---|

| Date of Motion **Jul-3-2023** | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
|---|---|---|

| Date of Scheduled Event **Jul-14-2023** | Person Making Motion is: [ ] Plaintiff's Attorney  [X] Plaintiff  [ ] Defendant's Attorney  [ ] Defendant  [ ] Other |
|---|---|

| Firm Name, if Applicable | Address **856 SHAGBARK DRIVE ORANGE, CT 06477** | Phone Number (with area code) **203-273-8419** |
|---|---|---|

## Event For Which Continuance Is Requested: ("X" applicable box(es) and explain below)

[ ] Arbitration
[ ] Administrative Appeal Hearing
[ ] Attorney Trial Referee Proceeding
[ ] Court Trial
[ ] Judicial-Alternative Dispute Resolution (J-ADR)

[ ] Early Intervention Conference
[ ] Fact-Finding
[ ] Foreclosure Mediation
[ ] Jury Trial
[ ] Hearing In Damages

[ ] Pretrial
[ ] Status Conference
[ ] Trial Management Conference
[X] Other **Magistrate Hearing**

## Reason(s) For Continuance Request: ("X" reason(s) and provide an explanation)

[ ] Counsel not ready
[ ] Lay witness not available *(Name of witness)*
[ ] Counsel not available
[X] Party not available *(Name of party)*
[ ] Expert witness not available *(Name of witness)*

[ ] Discovery not complete
[ ] Other

*Continue explanation, if necessary:*

**I have another court proceeding scheduled for a separate matter in a different court location scheduled for this same date and time. I am requesting this to be continued to a later date.**

For the above reason(s), I request this case be continued to (date): _____ or [X] at the court's discretion.
**See Attached**

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:
[ ] Consent  [ ] Do Not Consent  [X] Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*
I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jul-3-2023** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**OFFICE OF CHILD SUPPORT SERVICES A - DEPT OF SOCIAL SERVICES/50 HUMPHREY STREET/NEW HAVEN, CT 06513**

| Signed *(Signature of filer)* ▶ **Lookittstheo** | Print or type name of person signing **THEODORA ANTAR** | Date signed **Jul-3-2023** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **856 SHAGBARK DRIVE ORANGE, CT 06477** | | Telephone number **203-273-8419** |

| **Order** | Motion For Continuance is: [X] Granted  [ ] Denied | Matter Continued To: | Signed *(Judge)* | Date **7/5/23** |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.*

**Continuation of JDCV21 Motion For Continuance Form for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Additional Information on date continuance is requested:**

I have another court proceeding scheduled for a separate matter in a different court location scheduled for this same date and time. I am requesting this to be continued to a later date.

**Continuation of JDCV21 Motion For Continuance Form for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV21)**

**Name and Address at which service was made:**

GAIL LAWRENCE - AG-COLLECTIONS/CHILD SUP/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106

MATTHEW J LODICE (Self Represented) - 48 QUARRY HILL ROAD WATERBURY, CT 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

ORDER    432619

DOCKET NO: NNHFA196096801S

ANTAR, THEODORA F (ST/CT)
     V.
LODICE, MATTHEW J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
     AT NEW HAVEN

7/5/2023

<u>ORDER</u>

ORDER REGARDING:
07/03/2023 120.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Judicial Notice (JDNO) was sent regarding this order.

432619
_____

Family Support Magistrate:
FREDERIC GILMAN
Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical
(pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services
Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the
Connecticut General Statutes and Connecticut Practice Book Section 4-4.

ORDER   435701

DOCKET NO: NNHFA196096801S

ANTAR, THEODORA F (ST/CT)
    V.
LODICE, MATTHEW J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
    AT NEW HAVEN

7/5/2023

<u>ORDER</u>

The following order is entered in the above matter:

ORDER:

The Magistrate hearing dates on NNH FA19-5046828 for 8/2/2023 and NNH FA19-6096801 for 7/14/2023 shall be continued to a date to be scheduled by Caseflow. Both cases shall be scheduled and heard on the same date and time. All parties, counsel and Support Enforcement Services are ordered to appear.

Judicial Notice (JDNO) was sent regarding this order.

435701
_____

Judge: JANE KUPSON GROSSMAN
Processed by: Nancy Sasser

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# WITHDRAWAL
JD-CV-41   Rev. 1-18

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| | |
|---|---|
| Docket number | |
| **NNH-FA-19-6096801-S** | |
| Return date *(For Civil and Housing cases only)* | |
| **Oct-07-2019** | |
| Answer date *(For Small Claims cases only)* | |

*Instructions:*
*1. Complete this form by selecting any applicable withdrawal categories below.*
*2. File with the clerk.*

Name of case *(First-named Plaintiff vs. First-named Defendant)*

**ANTAR, THEODORA F (ST/CT)  v. LODICE, MATTHEW J**

| | | Address of court *(Number, street, town and zip code)* |
|---|---|---|
| [X] Judicial District | [ ] Housing Session | **235 CHURCH STREET NEW HAVEN, CT 06510** |

## Dispositive (Complete) Withdrawal
*(Do not check the following two boxes if any intervening complaints, cross complaints, counterclaims, or third party complaints remain pending in this case. See below for partial withdrawal of action.)*

(WDACT)  [X]  The Plaintiff's action is WITHDRAWN AS TO ALL DEFENDANTS without costs to any party.

(WOARD)  [ ]  A judgment has been rendered against the following Defendant(s): _____

and the Plaintiff's action is WITHDRAWN AS TO ALL REMAINING DEFENDANTS without costs.

## Partial Withdrawal
**The following pleading(s), motion(s) or other paper(s) in the case named above is or are withdrawn:**

| | | | | |
|---|---|---|---|---|
| (WDCOMP) | [ ] Complaint | (WAPPCOM) | [ ] Apportionment Complaint |
| (WOC) | [ ] Counterclaim | (WDINTCO) | [ ] Intervening Complaint |
| (WDCC) | [ ] Cross Complaint (cross claim) | (WDTHPC) | [ ] Third Party Complaint |
| (WDCOUNT) | [ ] Counts of the complaint: _____ |

(WOAAP)  [ ]  Plaintiff(s): _____

(WOAAD)  [ ]  Complaint against defendant(s): _____
_____ only without costs

(WOM)  [ ]  Motion: _____

[ ]  Other: _____

## Signature of Filer(s)

| Party | **P-01 THEODORA F ANTAR** | ; By | **THEODORA F ANTAR** | Attorney or Self-represented party |
|---|---|---|---|---|
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |
| Party | | ; By | | Attorney or Self-represented party |

**Name & Address of Filer(s):** ▶  **THEODORA ANTAR**

**856 SHAGBARK DRIVE, Orange, CT, 06477**

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on (date) ___**Jul-24-2023**___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

| Name and address of each party and attorney that copy was or will be mailed or delivered to* | *For Court Use Only* |
|---|---|
| **OFFICE OF CHILD SUPPORT SERVICES A - DEPT OF SOCIAL SERVICES/50 HUMPHREY STREET/ NEW HAVEN, CT 06513** | |

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed |
|---|---|---|
| ▶  **Lookittstheo** | **THEODORA ANTAR** | **Jul-24-2023** |
| Mailing address *(Number, street, town, state and zip code)* | | Telephone number |
| **856 SHAGBARK DRIVE ORANGE, CT 06477** | | **2032738419** |

**Continuation of JDCV41 Withdrawal for NNH-FA-19-6096801-S**

**Submitted By THEODORA F ANTAR (Lookittstheo)**

**Certification of Service (Continued from JDCV41)**

**Name and Address at which service was made:**

GAIL LAWRENCE - AG-COLLECTIONS/CHILD SUP/165 CAPITOL AVE 4TH FLR/HARTFORD, CT 06106

MATTHEW J LODICE (Self Represented) - 48 QUARRY HILL ROAD WATERBURY, CT 06706

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***

ORDER    435701

DOCKET NO: NNHFA196096801S

ANTAR, THEODORA F (ST/CT)
   V.
LODICE, MATTHEW J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/2/2023

## ORDER

ORDER REGARDING:
07/25/2023 122.00 WITHDRAWAL OF ACTION

The foregoing, having been considered by the Court, is hereby:

ORDER: REJECTED

The withdrawal of this action is not permitted absent leave of the court for good cause shown. (See CGS 52-80)

The matter remains on the docket. All prior orders remain in effect.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

NO. NNH-FA19-6096801-S

| | |
|---|---|
| Theodora F. Antar | SUPERIOR COURT |
| v. | JUDICIAL DISTRICT OF NEW HAVEN |
| Matthew J. Lodice | AT NEW HAVEN |
| | |
| | Date: JULY 24, 2023 |

## NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL

DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR,

DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:


NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24,

2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the

Clerk of the United States District Court for the District of Connecticut.

PLAINTIFF

THEODORA F. ANTAR, PRO SE


By:        *Theodora Antar*
           _____
           THEODORA F. ANTAR, PRO SE

           856 SHAGBARK DRIVE

           ORANGE, CT, 06477

           203-273-8419

           THEODORAANTAR@GMAIL.COM

2

## CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513


*Theodora Antar*
_____
THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

NO. NNH-FA-19-5046828-S

JUL 24 2023 PM1:32
FILED-USDC-CT-NEW HAVEN

| | |
|---|---|
| Theodora F. Antar | SUPERIOR COURT |
| v. | JUDICIAL DISTRICT OF NEW HAVEN |
| Matthew J. Lodice | AT NEW HAVEN |
| | |
| | Date: JULY 24, 2023 |

## NOTICE OF REMOVAL WITH PREJUDICE TO FEDERAL COURT

TO THE SUPERIOR COURT OF THE STATE OF CONNECTICUT FOR THE JUDICIAL

DISTRICT OF NEW HAVEN AND TO PLAINTIFF(S) THEODORA F. ANTAR,

DEFENDANTS MATTHEW J. LODICE, AND THEIR ATTORNEYS OF RECORD:


NOTICE IS HEREBY GIVEN that PLAINTIFF THEODORA F. ANTAR has on JULY 24,

2023, filed a notice of removal with prejudice, a copy of which is attached, in the Office of the

Clerk of the United States District Court for the District of Connecticut.

PLAINTIFF

THEODORA F. ANTAR, PRO SE

By:      *Theodora Antar*
        _____
        THEODORA F. ANTAR, PRO SE

        856 SHAGBARK DRIVE

        ORANGE, CT, 06477

        203-273-8419

        THEODORAANTAR@GMAIL.COM

2

# CERTIFICATE OF SERVICE

I certify that a copy of the above Notice of Removal to Federal Court was mailed or delivered electronically or nonelectronically on 7/23/2023 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

Parties and/or attorneys served:

Matthew John Lodice Pro, Se
48 Quarry Hill Rd, Waterbury, CT, 06706
T: (203) 919-9528 C: (860) 518-2388 matthewlodice@gmail.com

Support Enforcement Services (Juris 104033) SES New Haven
414-A Chapel street, 2nd floor, New Haven, CT, 06511

Attorney General (Family) 46b-55(a) AAG Gail M. Lawrence (401580)
AG-Collections/Child Supp 165 Capital Ave, 4th floor, Hartford, CT, 06106

Office of Child Support Services A (104016) Dept of Social Services
50 Humphrey St, New Haven, CT, 06513


*Theodora Antar*
_____
THEODORA F. ANTAR, PRO SE

856 SHAGBARK DRIVE

ORANGE, CT, 06477

203-273-8419

THEODORAANTAR@GMAIL.COM

**APPLICATION FOR WAIVER OF FEES/
PAYMENT OF COSTS/APPOINTMENT
OF COUNSEL - FAMILY**
JD-FM-75   Rev. 12-21
C.G.S. §§ 46b-160(d), 46b-231, 52-259b;
P.A. 21-15; P.B. §§ 8-2, 25-63, 63-6

*Use only for family/family support magistrate matters.
For civil, housing and small claims, use form JD-CV-120.*

**Instructions to applicant (person filing)**
*1. Print or type all information requested.*
*2. Sign the Financial Affidavit section in front of a court clerk, a notary public or an attorney.*
*3. Bring this form to the superior court where your case will be filed or is/was pending.*
*4. If your application for waiver of fees payable to the court or for payment of costs of service of process is denied, you may ask for a hearing.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions to Clerk**
*1. Bring to a judge or family support magistrate, if applicable.*
*2. If granted, notify the applicant and counsel, if appointed.*
*3. If the application for waiver of fees payable to the court or for payment of costs of service of process is denied, and upon request, schedule a hearing.*

**To: The Superior Court**

| Name of case *(Name of plaintiff v. Name of defendant)* | Docket number *(If applicable)* |
|---|---|
| Theodora F. Antar v Matthew J. Lodice | NNH-FA19-6096801-S |

| Judicial District | Address of court |
|---|---|
| New Haven | 235 Church st, New Haven, CT, 06510 |

| Name of applicant *(Last, first, middle initial)* | Address of applicant *(Number, street, town, and zip code)* | Phone number |
|---|---|---|
| Antar, Theodora. F. | 856 Shagbark Drive, Orange, CT, 06477 | 203-273-8419 |

**Type of proceeding** *(select all that apply)*

- [ ] Motion to Open Judgment
- [ ] Application for Custody
- [ ] Application or Petition for Visitation
- [x] Other *(ex parte custody, etc.) (Specify):* dy
- [x] Motion for Modification
- [ ] Dissolution of Marriage/Civil Union (Divorce)
- [ ] Appellate Matter (Supreme or Appellate Court)
- [x] Contempt
- [ ] Parentage
- [ ] Cross Complaint

**Fee Waiver/Payment of Costs**

I ask that the court order that I do not have to pay fees or costs or order the State to pay the fees and costs below. *(select all that apply)*

- [ ] Entry fee *(fee to file a new case)*
- [x] Filing fee(s) *(fee to file motion, etc.)*
- [ ] Appellate filing fee (Supreme or Appellate Court)
- [ ] Other *(certified copy of judgment, etc.) (Specify):*
- [x] Costs of service of process *(delivery of papers by state marshal or court)*
- [ ] Costs for participating in parenting education under C.G.S.
- [ ] Cost of the transcript for appeal

Judicial District of New Haven
SUPERIOR COURT
FILED
AUG 01 2023
CHIEF CLERK'S OFFICE

**Grounds for Appeal** *(Complete if requesting waiver of Appellate filing fee/payment of cost of the transcript for appeal.)*
The grounds on which I propose to appeal are:

**Appointment of Counsel** *(This applies only in a contempt proceeding or to the putative parent in a parentage proceeding.)*
- [x] I ask that the court appoint an attorney to represent me.

**Financial Affidavit**

**1. Dependents** *(people supported by you)*

Total number of dependents *(not including yourself)*  | 2 |

**2. Monthly Income**

A. Gross monthly income *(before deductions)* ...................... | |
B. Net monthly income *(after taxes) from employment*......... | |  +
C. Other income *(TFA, Social Security, child support, alimony, etc.)*.............. *(Specify which one(s) here):* child support | $ 637.00 | =
Total Monthly Income (B+C) | $ 637.00 |

**3. Monthly Expenses**

A. Rent/Mortgage .............................. | $ 1,650.00 |
B. Real Estate Taxes........................... | |
C. Utilities *(telephone, electric, water, gas, cable, etc.)* | $ 350.00 |
D. Food, *not including SNAP (food stamps)*.. | $ 800.00 |
E. Clothing ................................. | $ 20.00 |
F. Insurance Premiums *(medical/dental, auto, life, home)*........ | $ 280.00 |
G. Medical/Dental *(costs not covered by insurance)*............. | $ 150.00 |
H. Transportation *(bus, gasoline, etc.)*........ | |
I. Child Care ................................. | $ 300.00 |
J. Other *(child support, alimony, etc.) (Specify):* | |
Total Monthly Expenses | $ 3,550.00 |

**4. Assets**

| | Estimated Value | Loan Balance | Equity |
|---|---|---|---|
| A. Real Estate........ | | | Real Estate $ 0.00 |
| B. Motor Vehicles.... | | | Motor Vehicle $ 0.00 |
| C. Other Personal Property............. *(for example, jewelry, furniture, etc.)* | | | Other Property $ 0.00 |
| D. Savings Account Balance (Total of all accounts)........ | | | Savings |
| E. Checking Account Balance (Total of all accounts) ...... | | | Checking $ 300.00 |
| F. Cash............................ | | | Cash |
| G. Other Assets *(Specify):* | | | Other Assets |
| | | Total Assets | $ 300.00 |

**5. Liabilities/Debts** *(for example, credit card balances, loans, etc. Do not include mortgage or loan balances that are listed under "Assets".)*

| Type of Debt | Amount Owed | Monthly Payment |
|---|---|---|
| student loans | $ 56,000.00 | $ 400.00 |
| credit cards | $ 36,520.00 | $ 900.00 |
| Total Liabilities | $ 92,520.00 | $ 1,300.00 |

Print Form     Page 1 of 3     Reset Form     125

| Name of case | Docket number (If applicable) |
|---|---|
| Theodora F. Antar v Matthew J. Lodice | NNH-FA19-6096801-S |

6. If you claim zero Total Monthly Income in number 2 above or zero Total Monthly Expenses in number 3 above, explain how you are supported:

I certify that the information in this application is true and accurate to the best of my knowledge and that I can, if asked, document all income, expenses, and liabilities listed above.

**Notice ▶** *Any false statement made by you under oath that you do not believe to be true and that is intended to mislead a public servant in the performance of his or her official function may be punishable by a fine and/or imprisonment.*

| Signed (Applicant) | Print name of person signing at left | Date signed |
|---|---|---|
| | Theodora Antar | 8/1/2023 |
| Subscribed and sworn to before me: | On (Date) 8/1/2023 | Signed (Notary Public, Commissioner of the Superior Court, Assistant Clerk) |

JOSHUA HILLMAN
Notary Public, Connecticut
My Commission Expires Feb. 28, 2024

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Order (To be completed by the Court)

The Court, having found the applicant (Select all that apply): [X] Not indigent        [ ] Indigent **and** unable to pay

[ ] Indigent **or** unable to pay for parenting education program under C.G.S. § 46b-69b, hereby orders the application:

[ ] Granted as follows:

    1. The following costs are ordered paid by the State

        [ ] Costs of service of process not to exceed:    $ _____

        [ ] Cost of the transcript for appeal in accordance with Practice Book section 63-6.

        [ ] Other (Specify): _____

    2. The following fees are waived    [ ] Entry fee    [ ] Filing fee    [ ] Appellate filing fee (Supreme or Appellate Court)

        [ ] Other (Specify): _____

    3. [ ] All costs for participation in a parenting education program shall be covered by the service provider pursuant to C.G.S. § 46b-69b, because the applicant is found indigent or unable to pay.

    4. Counsel is    [ ] Appointed (Name): _____

[X] Denied. If denied only in part, specify:  AFFidavit is inconsistent with Prior court testimony.

[ ] The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

[ ] Counsel is not appointed because the applicant does not face potential incarceration.

| By the Court (Print or type name of Judge/Fam. Sup. Magistrate) | On (Date) | Signed (Judge, FSM, Assistant Clerk) | Date signed 8/2/23 |
|---|---|---|---|

| Name of case | Docket number  *(if applicable)* |
|---|---|
| Theodora F. Antar v Matthew J. Lodice | NNH-FA19-6096801-S |

## Request for Hearing on Denied Application

*The following section applies only to a **denial** of the application for waiver of fees payable to the court or for the costs of service of process. It does not apply to applications for fee waiver for parenting education or to appointment of counsel.*

☐   I request a court hearing on the application.

▶ _____   _____
Signed *(Applicant)*                                                                    Date signed

| Hearing to be held at the Court location shown on page 1 on the date and time shown below: | | | |
|---|---|---|---|
| Hearing on *(Date)* | At *(Time)* | Room number | Signed *(Assistant Clerk)* |
| | | | |

## Order After Hearing

The Court, having found the applicant   ☐ Not indigent   ☐ Indigent and unable to pay   hereby orders the application:

☐ Granted as follows:

    ☐ 1. The following costs are ordered paid by the State

        ☐ Costs of service of process not to exceed   $ _____

        ☐ Cost of the transcript for appeal in accordance with Practice Book Section 63-6.

        ☐ Other *(Specify)*: _____

    ☐ 2. The following fees are waived   ☐ Entry fee   ☐ Filing fee   ☐ Appellate filing fee (Supreme or Appellate Court)

        ☐ Other *(Specify)*: _____

☐ Denied for the following reason(s): _____

☐ The application for waiver of the payment of a fee or fees or the cost of service of process is DENIED because the applicant has repeatedly filed actions with respect to the same or similar matters, such filings establish an extended pattern of frivolous filings that have been without merit, the application sought is in connection with an action before the court that is consistent with the applicant's previous pattern of frivolous filings, and the granting of such application would constitute a flagrant misuse of Judicial Branch resources.

| By the Court *(Print or type name of Judge/FSM)* | On *(Date)* | Signed *(Judge, FSM, Assistant Clerk)* | Date signed |
|---|---|---|---|
| | | | |

ORDER    435701

DOCKET NO: NNHFA196096801S

ANTAR, THEODORA F (ST/CT)
   V.
LODICE, MATTHEW J

SUPERIOR COURT

JUDICIAL DISTRICT OF NEW HAVEN
   AT NEW HAVEN

8/2/2023

<u>ORDER</u>

ORDER REGARDING:
08/01/2023 125.00 MOTION FOR WAIVER

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Affidavit is inconsistent with prior court testimony.

Judicial Notice (JDNO) was sent regarding this order.

435701

Judge: JANE KUPSON GROSSMAN
Processed by: Christina Sanchez

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

**MOTION FOR CONTEMPT/**
**CONTEMPT CITATION**
JD-FM-173  Rev. 7-21
C.G.S. §§ 46b-87, 46b-87a, 46b-220, 51-33;
P.B. § 25-27

STATE OF CONNECTICUT
SUPERIOR COURT
www.jud.ct.gov

| COURT USE ONLY | |
|---|---|
| MFCONTP | Certification has been filled out. |
| CONTCPL | Motion is "Before Judgment," but no certification has been filled out. Fill out and attach Page 2. |
| CONTCIT | Motion is "After Judgment," but no certification has been filled out. Fill out and attach Page 2. |

*Instructions to filer*
1. Fill out Page 1 of this form.
2. Keep a copy of the completed form for your records.
3. File the completed form with the court clerk's office.

*(Select one)* [ ] Before Judgment (pendente lite)  [x] After Judgment

| Judicial District of | At *(Town)* | Docket number |
|---|---|---|
| New Haven | New Haven | NNH-FA19-6096801-S |

| Plaintiff's name | Plaintiff's address *(Number, street, city, state, zip code)* |
|---|---|
| Theodora F. Antar | 856 Shagbark Drive, Orange, CT, 06477 |

| Defendant's name | Defendant's address *(Number, street, city, state, zip code)* |
|---|---|
| Matthew J. Lodice | 48 Quarry Hill Rd, Waterbury, CT, 06706 |

| Third Party's name *(if applicable)* | Third Party's address *(Number, street, city, state, zip code)* |
|---|---|
| | |

I am the [x] Plaintiff  [ ] Defendant  [ ] Third Party  in this case.

On *(date)* 06/01/2022   the court made an order that *(name)* Matthew Lodice   is not following.

**Court Order and ways the Order has not been followed**
*(List specific language of the court order that you claim is not being followed. Then, explain exactly how the order is not being followed. You must be specific. If you claim that an order to pay money is not being followed, include the total amount due and say if the total is as of the date of this motion or as of some other date. Attach more pages if needed.)*

Matthew Lodice was orderd to pay $24.00 per week in arrearages and to pay off the balance of arreage for past due child support and child care payments that are currently left unpaid. As of 8/1/23, the Defendant owes a total of more than $15,000.00 in unpaid past due arrears. He is refusing to pay any of this amount and stated that he will not pay and said that if I have an issue with his wilful non-payment that I can "take it up with the Judge" and tells me that he will not pay under any circumstances unless a purge is set. He previously only pays when there is a purge, when there is an interception of his tax return, or when it comes out of his unemployment. He has never willfully paid and currently owes me over $15,000.00. I have proof that he makes more than $500,000 a year in income and he owns a successful, lucrative, busy construction company Whole House Remodeling LLC

**Claim for Relief**

I ask the court to find *(name)* Matthew Lodice   in contempt and to enter any other orders the court finds appropriate.  *(Select only if this applies)* [ ] I also ask the court to enter an Immediate Income Withholding Order.

I confirm that the above information is true to the best of my knowledge.

| Signature *(Self-represented party or attorney)* | Print or type name | Date |
|---|---|---|
| | Theodora Antar | 08/01/2023 |

| Mailing address of self-represented party or attorney | | |
|---|---|---|
| 856 Shagbark Drive, Orange, CT, 06477 | | |

| E-mail address | Phone number *(Area code first)* |
|---|---|
| theodoraantar@gmail.com | 203-273-8419 |

**Certification**  *(Complete if motion is filed before judgment (pendente lite), leave blank if motion is filed after judgment.)*

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* 08/01/2023   to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who were or will immediately be delivered a copy.

Judicial District of New Haven
SUPERIOR COURT
FILED
AUG 0 1 2023
CHIEF CLERK'S OFFICE

Name and address of each party and attorney that copy was or will be mailed or delivered to*
Matthew Lodice
48 Quarry Hill Rd
Waterbury, CT, 06706

*If necessary, attach additional sheet of sheets with name and address that the copy was or will be mailed or delivered to.

| Signed *(Self-represented party or attorney)* | Print or type name | Date signed |
|---|---|---|
| | Theodora Antar | 08/01/2023 |

For information on ADA accommodations,
contact a court clerk or go to: *www.jud.ct.gov/ADA.*

[ Print Form ]     Page 1     [ Reset Form ]

Is this a family support magistrate (IV-D) matter? [ ] Yes  [ ] No

| Plaintiff's name | Defendant's name | Docket number |
|---|---|---|
| Theodora F. Antar | Matthew J. Lodice | NNH-FA19-6096801-S |

**Order to Attend Court Event - Contempt Citation**

The attached Motion for Contempt/Contempt Citation has been filed in this case claiming that you failed to follow a court order. The court **orders you**, the ☐ Plaintiff  ☐ Defendant  ☐ Third Party  **to attend** a court event on

*(date)* _____ at *(time)* _____ and to be ready to show why you are not in contempt.

If you **do not** obey this order to attend, the court may:
• issue a civil arrest order (capias) against you;
• enter orders that affect you, without your participation; and/or
• schedule additional court events.

This court event will be  ☐ a hearing   ☐ a Resolution Plan Date*   ☐ a Case Date   ☐ Other: _____

This court event will be held  ☐ in person at:

| Superior Court, Judicial District of: | Room number *(if known)* | Phone number *(Area code first)* |
|---|---|---|
| Court location *(Number, street and town)* | | |

OR

☐ remotely (online by video). You are ordered to:

• File an Appearance form with a current, valid e-mail address at least 5 days before this court event, unless you have already done so;
• Attend this court event by following the instructions that are sent to your e-mail address by the court; and
• Contact the court clerk's office before the scheduled time of this court event if you are unable to follow the instructions.

You must contact the court clerk's office at least 5 days before this court event if you do not have or cannot get an e-mail address, or if you do not have access to an electronic device that you can use to participate in this remote event.

Note: If you do not have a current Appearance form (JD-CL-12) on file in this case, you might not receive important notices, including notices about court events. If your contact information changes, you must file a new Appearance form with the correct information in order to get future notices.

***About Resolution Plan Dates***
*If the court event listed above is a Resolution Plan Date, at your court event you will talk to Family Services about this case. If you have an attorney, and they have filed an Appearance form by the Resolution Plan Date, your attorney must also participate. After you have talked to Family Services, a judge will either consider any agreement that you reach with the opposing party or will issue scheduling orders or other appropriate orders.*

---

**Order to Give Notice**

The court orders the  ☐ Plaintiff  ☐ Defendant  ☐ Third Party  **to give notice to the opposing party** of the motion and of the court event by having a true and attested copy of the motion and this order served on the opposing party by any proper officer at least **12 days** before the date of the court event. Proof of service must be made to this court at least **6 days** before the date of the court event.

To Any Proper Officer: By the Authority of the State of Connecticut, you must serve a true and attested copy of the attached Motion for Contempt/Contempt Citation and this order on the person named below in one of the ways required by law at least **12 days** before the date of the court event, and file proof of service with this court at least **6 days** before the court event.

| Person to be served | Address |
|---|---|
| By the court (Judge/Assistant clerk) | Date signed |

Print Form          Page 2          Reset Form

**CASEFLOW REQUEST**
JD-FM-292   Rev. 7-22

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA.* |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**Instructions**
*Select the appropriate type of request being made, provide the additional information requested, and the reason for your request.*
*If you need to request a continuance of a scheduled court date, do not use this form. Please use form JD-CV-21, Motion for Continuance, for all continuance requests.*

**Note:**
*If the request is granted, the court will schedule the event for the requested date, if that date is available.*
*If that date is not available, the court will schedule the event for the next available date.*



COURT USE ONLY
FACFREQ

Name of case *(Plaintiff v. Defendant)*
**Theodora F. Antar v Matthew J. Lodice**

| Judicial District of | Date of scheduled event *(if applicable)* | Name of Judge who scheduled the event *(if applicable)* | Docket number |
|---|---|---|---|
| **New Haven** | **n/a** | **n/a** | NNH **FA** 196096801          **- S** |

**I am requesting:** *(Select box(es) that apply and give reason(s) for request below)*

- [ ] A Status Conference on or about: *(date)* _____
- [ ] Pretrial on or about: *(date)* _____
- [x] That the following pendente lite motion(s), in which I am the moving party or the attorney for the moving party, be scheduled on the earliest available Motion Docket:

  1. Motion # **114** entitled **Motion to Transfer**
  2. Motion # **115** entitled **Motion for order of professional and driver license suspension**
  3. Motion # **116** entitled **Motion for order to maintain health insurance for minor child**
  4. Motion # _____ entitled _____
  5. Motion # _____ entitled _____

- [ ] Other: _____

This case is already scheduled for the following court event(s) on the date(s) shown:

| Case Date(s): | Trial or specially assigned hearing date(s): | Other: *(specify event and date)* |
|---|---|---|
| | | |

**Reason(s) for request** *(must be completed for all requests of any type):*

**Need a hearing for these motions** , I previously filed a case request 2 months ago asking that these motions be scheduled for a hearing and am still waiting for said hearing. Requesting an immediate hearing

I agree to notify my client and all counsel of record and self-represented parties whether the requested action is granted or denied, and if granted, the specific ruling of the court. I have told all counsel and self-represented parties of what I would be asking for the requested action. **All Counsel and Self-represented Parties:**

Judicial District of New Haven
SUPERIOR COURT
FILED
AUG 0 1 2023
CHIEF CLERK'S OFFICE

- [x] Consent
- [ ] Do not consent to the action requested above

| Signed *(Person making request)* *Theodora Antar* | Name of attorney and juris number or self-represented party *(Print or type)* **Theodora Antar** |
|---|---|

The person requesting the action is the:

- [x] Plaintiff
- [ ] Defendant
- [ ] Attorney for Plaintiff
- [ ] Attorney for Defendant

| Firm name *(If applicable)* | Address **856 Shagbark Drive, Orange, CT, 06477** | Telephone number *(with area code)* **203-273-8419** |
|---|---|---|

I certify that a copy of the above was mailed or delivered on the date shown below to all counsel and self-represented parties of record. A sheet is attached listing the name and address of each party the copy was mailed or delivered to.

| Signed *(Individual attorney or self-represented party)* *Theodora Antar* | Date ~~08/15/2023~~ 8/1/2023 |
|---|---|

Print Form        Page 1 of 2        Reset Form

127

| Name of case *(Plaintiff v. Defendant)* | Docket number |
|---|---|
| **Theodora F. Antar v Matthew J. Lodice** | **NNH FA 196096801** — **S** |

## Order

Request is

☐ Granted      ☑ Denied

The court further orders:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| Signed *(Judge)* | Date |
|---|---|
| | 8-2-21 |